## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## <u>STRUCTURLAM MASS TIMBER U.S., INC. (CASE NO. 23-10497)</u>

---

1.  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | ) Case No. 23-10497 (CTG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

The Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and Statements of Financial Affairs (collectively, the "<u>Statements</u>," and, together with the Schedules, the "<u>Schedules and Statements</u>") filed by SLP Holdings Ltd. ("<u>SLP</u>"), Structurlam Mass Timber Corporation (formerly SLP Operations Ltd., "<u>SMTC</u>"), Structurlam Mass Timber U.S., Inc. ("<u>SMTU</u>"), and Natural Outcomes, LLC ("<u>NOLLC</u>" and together with SLP, SMTC, and SMTU, the "<u>Company</u>") as debtors and debtor-in-possession (collectively, the "<u>Debtors</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), were prepared in accordance with section 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Shawn Turkington, Interim Chief Financial Officer ("<u>CFO</u>") of the Company. Mr. Turkington has not (nor could have) personally verified the accuracy of each statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Turkington has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Turkington necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.**

## Global Notes and Overview of Methodology

1.  **General Reservation of Rights.** Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.  **Description of Case and "As Of" Information Date.** On April 21, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors continue to operate their business and manage their assets as a debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made

in these chapter 11 cases. Unless otherwise stated herein, assets and liabilities are reported as of April 21, 2023.

3.   **Basis of Presentation.** The Schedules and Statements purport to reflect the assets and liabilities of the Debtors. The Debtors reserve all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

4.   **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

5.   **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including but not limited to certain deferred expenses and deferred revenue items, lease assets and related lease liabilities and certain accrued liabilities. The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6.   **Amendments and Supplements; All Rights Reserved.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist. The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

7.   **References.**   References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

8.   **Currency.**   Amounts originally denominated in foreign currencies have been converted into U.S. dollar equivalents at the exchange rate as of April 20, 2023 for all assets and liabilities and at an average exchange rate for income statement and cash flow items.

9.   **Book Value.** Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of its net book values as of April 21, 2023. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the

Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

10. **Paid Claims.** The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees, taxes, critical vendors, shippers, and holders of claims under section 503(b)(9) of the Bankruptcy Code — pursuant to various "first day" orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities as of the Petition Date may have been reduced by post-petition payments made on account of prepetition liabilities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, after incorporating invoices received post-petition for prepetition services.  In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claim objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

11. **Recharacterization.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate prior to any plan or disclosure statement being filed.

12. **Claims of Third-Party Entities.** Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified its estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

13. **Liabilities.** The Debtors allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and post-petition periods may change. The Debtors reserve all rights to- amend the Schedules and Statements as they deem appropriate.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of

the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

14.     **Guarantees and Other Secondary Liability Claims.** Where guarantees have been identified, they have been included in the relevant liability Schedule for the Debtors affected by such guarantee. The Debtors have also listed such guarantees on the applicable Schedule H. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

15.     **Intercompany Claims.** The net balance of intercompany transactions between the Debtors is set forth on Schedule A/B or Schedule E/F, as applicable, and receivables are classified as current assets. Intercompany transfers between Debtors are not captured on Statement 2 or 3. The listing in the Schedules or Statement (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and a Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.

16.     **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

17.     **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. Instead, the Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

18.     **Claims Description.** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and

Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

19.    **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

20.    **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

21.    **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

22.    **Employee Addresses.** Current employee, former employee, and director addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

23.    **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

24.    **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

25.    **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, filebacks, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain

amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

26.     **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

27.     **Confidentiality:** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

<u>General Disclosures Applicable to Schedules</u>

28.     **Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

29.     **Schedule A/B - Real and Personal Property.**

a)      Schedule A/B.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date unless otherwise noted below.

b)      Schedule A/B.3. Bank account balances are as of the end of business on Petition Date.

c)      Schedule A/B.11. Accounts Receivable balances are as of the end of business on April 20, 2023 and do not include Intercompany balances.

d)      Schedule A/B.15. Equity interests in subsidiaries and affiliates arise from common stock ownership. For purposes of these Schedules, the value of the Debtors' interests is undetermined. The book values of certain assets may materially differ from their fair market values and/or the liquidation of the assets prepared in connection with the Disclosure Statement.

e)      Schedule A/B. Parts 5, 7, 8, and 9.
        a.  An external or professional valuation of the Debtors' physical goods inventory has not been taken.
        b.  Dollar amounts are presented net of accumulated depreciation and other adjustments as of April 20, 2023.

f)      Schedule A/B 60-64.  Intellectual property is listed in Schedule A/B 60-64 as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ

significantly from its net book value. Nothing herein or in the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtors reserve all rights with respect to any such issues.

g)    Schedule A/B 72. Interests in Net Operating Losses ("NOLs"). Certain of the Debtors may have the ability to take advantage of NOLs, which amounts may be accumulated for more than one tax year. For combined or consolidated returns, the value of NOLs is reported at the parent level. The Debtors may have the ability to claim NOLs for subsequent years, but such amounts are estimates.

h)    Schedule A/B 74/75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim. In the ordinary course of its business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against its suppliers. Additionally, the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74/75.

i)    Schedule A/B73. Interests in Insurance Policies or Annuities. A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage and (III) Granting Related Relief* [Docket No. 10]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Accordingly, such policies are not listed on Schedule A/B, Part 11. All current insurance policies are listed in response to Schedule A/B 73.

30.    **Schedule D - Creditors Holding Secured Claims.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before April 21, 2023.

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtors' Schedule D. Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's Claim. To that end, the

Debtors take no position as to the extent or priority of any particular creditor's lien in the Schedules and Statements.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors have made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

31.    **Schedule E/F— Creditors Holding Unsecured Claims.** The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.  Further, on May 16, 2023, the Bankruptcy Court entered the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Certain Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 114], authorizing the Debtor to pay or honor certain prepetition obligations with respect to employee wages and other compensation, reimbursable employee expenses and similar benefits.  Also on May 16, 2023, the Bankruptcy Court entered the *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 113].

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the

Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the Debtors. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date.

The Debtors may pay additional Claims listed on Schedule E/F during the chapter 11 cases pursuant to orders of the Bankruptcy Court, and reserve all rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

32.    **Schedule G — Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, the Debtors' business is complex, and inadvertent errors, omissions, or overinclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases, which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, indemnity agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and the Debtors reserves all rights in that regard, including without limitation the right to assert that any

agreement is not executory, has expired pursuant to its terms, is severable in whole or in part, or was terminated prepetition.

33. **Schedule H — Co-debtors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of its business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

Schedule H also reflects guarantees by the Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or are unenforceable.

## General Disclosures Applicable to Statements

34. **Questions 1 and 2.** The gross revenue and non-business revenue reported for the current fiscal year are through April 20, 2023.

35. **Question 3 and 4.** For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

**Question 3.** Question 3 includes any disbursement or other transfer made by the Debtors except for those made to employees.

For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in, or exercise sufficient control over the Debtors so as to dictate corporate policy and the disposition of assets. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under

applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

36.     **Question 7.** The Debtors reserve all rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

37.     **Question 10.** The Debtors have made best efforts to collect applicable and responsive information however, certain *de minimis* losses, which are not tracked separately, may have been omitted.

38.     **Question 11**. Certain of the payments listed may have been paid for services outside of debt consolidation, restructuring or bankruptcy relief.

39.     **Question 13.** While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally.

40.     **Question 26d.** The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors and their advisors and potential purchasers under the Debtors' sale process.

41.     **Question 27**. The company performs a full physical count at least once a year, no more than 30 days before year end close, for all inventory items, including finished goods, work in process, raw materials, samples, and maintenance, repair, and operating inventory. Additionally, each item of stock, covered by the approved Inventory Cycle Counting Program, must be counted at least twice annually, and achieve a 97% accuracy rate over at least 6 months.  The company's basis for inventory value is FIFO, Lower of Cost or Net Realizable Value.

42.     **Question 30.** For this question, please reference Statement of Financial Affairs, Question 4.

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber U.S., Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10497 (CTG)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals         12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ...................................................................................

        $         0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* ...............................................................................

        $       8,262,375.97

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* .................................................................................

        $       8,262,375.97

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................

    $      49,057,696.96

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................

        $         0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .............................

        + $     47,465,534.28

4. **Total liabilities**

    Lines 2 + 3a + 3b ...............................................................................................

    $      96,523,231.24

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber U.S., Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10497 (CTG)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   2.1 None                                                                          $

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 BMO Harris | Checking | 2652 | $    95,687.76 |
| 3.2 BMO Harris | Checking | 9922 | $    939.21 |

4. **Other cash equivalents** *(Identify all)*

   4.1 None                                                                          $

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $    96,626.97 |

Debtor: Structurlam Mass Timber U.S., Inc.

Name

Case number *(if known)*: 23-10497

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

_____   $ _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 None _____   $ _____

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ _____ 0.00

Debtor: Structurlam Mass Timber U.S., Inc.
_____
Name

Case number *(if known)*: 23-10497
_____

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Trade receivables | $ 370,749.00 | - $ | | =..... ➔ | $ | 370,749.00 |
| 11b. | Over 90 days old: | Receivables | $ 190,835.00 | - $ | 190,835.00 | =..... ➔ | $ | 0.00 |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 370,749.00

| Debtor: | Structurlam Mass Timber U.S., Inc. | Case number *(if known)* | 23-10497 |
|---|---|---|---|
| | Name | | |

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $ |
|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 Natural Outcomes, LLC | 100 | | $  Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $ |
|---|---|---|

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

Debtor: Structurlam Mass Timber U.S., Inc.

Name

Case number (if known): 23-10497

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☐ No. Go to Part 6.
- ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 Raw materials | Continuous count | $ 2,955,000.00 | Activity based costing | $ 2,955,000.00 |
| 20. **Work in progress** | | | | |
| 20.1 Work in progress | Continuous count | $ 3,742,000.00 | Activity based costing | $ 3,742,000.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 Finished goods | Continuous count | $ 626,000.00 | Activity based costing | $ 626,000.00 |
| 22. **Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$ 7,323,000.00

24. **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☑ Yes.

Raw Materials, Work in Progress and Finished Goods

| Description | Book value $ Undetermined | Valuation method | Current value $ Undetermined |
|---|---|---|---|

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Name

Case number *(if known)*    23-10497

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $                  0.00 |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Description _____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Structurlam Mass Timber U.S., Inc.

Case number *(if known)*    23-10497

Name

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 None | $ | | $ |
| **40. Office fixtures** | | | |
| 40.1 Office Fixtures | $ 285,000.00 | | $ Undetermined |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Equipment | $ 159,728.01 | | $ Undetermined |
| 41.2 Computer Software | $ 368,574.81 | | $ Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$                    0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Name

Case number *(if known)*: 23-10497

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $    9,755.85 | | $    Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Schedule A/B 50 Attachment | $    47,436,167.92 | | $    Undetermined |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$    0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known):* 23-10497

Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☑  Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See Schedule A/B 55 Attachment | | $        16,574,876.10 | | $        Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$            0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐  No

☑  Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No

☐  Yes

| Debtor: | Structurlam Mass Timber U.S., Inc. | Case number *(if known)*: | 23-10497 |
|---|---|---|---|
| | Name | | |

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Name

Case number *(if known)*    23-10497

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.

☑  Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

| Description (include name of obligor) | Total face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 71.1 None | $ | - $ | | =..... ➔ | $ |

72. **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | | | |
|---|---|---|---|
| 72.1 Dept of Finance – Arkansas – Create Rebate Program | Tax year 2022 | $ | 236,000.00 |

| Description (for example, federal, state, local) | | | |
|---|---|---|---|
| 72.2 Dept of Finance – Arkansas -  Governor's Quick Action Closing Fund | Tax year 2022 | $ | 236,000.00 |

73. **Interests in insurance policies or annuities**

| 73.1 See Schedule A/B 73 Attachment | $ | Unsecured |
|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 None | $ | |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $ | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75.1 None | $ | |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $ | |

76. **Trusts, equitable or future interests in property**

| 76.1 None | $ | |
|---|---|---|

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

| 77.1 None | $ | |
|---|---|---|

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $ | 472,000.00 |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Name

Case number *(if known)*: 23-10497

---

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ | 96,626.97 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | 0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ | 370,749.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ | 0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ | 7,323,000.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | 0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | 0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9* .......................................➔ | | | $ 0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | 0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ | 472,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column..........................91a. | $ | 8,262,375.97 | + 91b. $ 0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........... | | | $ 8,262,375.97 |

---

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber U.S., Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10497 (CTG)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

Bank of Montreal

Creditor's Name

**Creditor's mailing address**

Notice Name

600-595 Burrard Street

Street

| Vancouver | BC | V7X 1L5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Creditor's email address, if known**

**Date debt was incurred**  12/3/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Substantially all debtor's assets

**Describe the lien**

As described in the Credit Agreement, as amended

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $  49,057,696.96

Column B: $  Undetermined

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $  49,057,696.96

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Blake, Cassels & Graydon LLP | | | Line 2.1 | |
| Name | | | | |
| Austin Beck | | | | |
| Notice Name | | | | |
| 855 - 2nd Street S.W. | | | | |
| Street | | | | |
| Suite 3500, Bankers Hall East Tower | | | | |
| | | | | |
| Vancouver | AB | T2P 4J8 | | |
| City | State | ZIP Code | | |
| Canada | | | | |
| Country | | | | |
| Blake, Cassels & Graydon LLP | | | Line 2.1 | |
| Name | | | | |
| Christopher Keliher | | | | |
| Notice Name | | | | |
| 855 - 2nd Street S.W. | | | | |
| Street | | | | |
| Suite 3500, Bankers Hall East Tower | | | | |
| | | | | |
| Vancouver | AB | T2P 4J8 | | |
| City | State | ZIP Code | | |
| Canada | | | | |
| Country | | | | |
| Blake, Cassels & Graydon LLP | | | Line 2.1 | |
| Name | | | | |
| Erik Fleming | | | | |
| Notice Name | | | | |
| 855 - 2nd Street S.W. | | | | |
| Street | | | | |
| Suite 3500, Bankers Hall East Tower | | | | |
| | | | | |
| Vancouver | AB | T2P 4J8 | | |
| City | State | ZIP Code | | |
| Canada | | | | |
| Country | | | | |

Debtor: Structurlam Mass Timber U.S., Inc.

Name

Case number *(if known)*: 23-10497

Blake, Cassels & Graydon LLP

Line 2.1

Name

Kelly Bourassa

Notice Name

855 - 2nd Street S.W.

Street

Suite 3500, Bankers Hall East Tower

| Vancouver | AB | T2P 4J8 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber U.S., Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10497 (CTG)

☐  Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☑  No. Go to Part 2.

☐  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | $ |
| | *Check all that apply.* | |

Creditor Name

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

Address

**Basis for the claim:**

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐  No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

☐  Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 4,796.37 |

Accurate Solutions - Atlanta, Inc.
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

825 Chance Rd, Sutie 10
Address

☐ Disputed

**Basis for the claim:**

Trade payables

| Marietta | GA | 30066 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 578.13 |

Airgas USA LLC
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

2530 Sever Road #300
Address

☐ Disputed

**Basis for the claim:**

Trade payables

| Lawrenceville | GA | 30043 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account**

☐ Yes

**number**

| Debtor: | Structurlam Mass Timber U.S., Inc. | | Case number *(if known)* | 23-10497 |
|---|---|---|---|---|
| | Name | | | |

**3.3 Nonpriority creditor's name and mailing address**

Airgas USA, LLC
Creditor Name

Creditor's Notice name

418 Highway 65 N
Address

| Conway | AR | 72034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    11,675.23
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.4 Nonpriority creditor's name and mailing address**

AP Fabrications, LLC
Creditor Name

Creditor's Notice name

801 East 2nd Street
Address

| Stuttgart | AR | 72160 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    14,715.95
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*  23-10497
Name

---

**3.5** **Nonpriority creditor's name and mailing address**

APA - The Engineered Wood Association
Creditor Name

Creditor's Notice name

7011 South 19th Street West
Address

| Tacoma | WA | 98466 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    13,661.17
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

Apquip Company, Inc.
Creditor Name

Creditor's Notice name

5 Harris Court, Unit Q
Address

| Monterey | CA | 93940 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                     1,360.23
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

| Debtor: | Structurlam Mass Timber U.S., Inc. | | Case number *(if known)* | 23-10497 |

**3.7 Nonpriority creditor's name and mailing address**

Arkansas Carbide Saw & Tool Co., Inc
Creditor Name

Creditor's Notice name

1401 Hwy 112 North
Address



Pocola              OK              47902
City                State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                453.66
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒   No

☐   Yes

---

**3.8 Nonpriority creditor's name and mailing address**

Arkansas Soft Water, LLC
Creditor Name

Creditor's Notice name

dba Culligan of North Little
Address

131 W. Military Drive


North Little Rock    AR              72118
City                State           ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              3,043.70
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

---

**3.9** **Nonpriority creditor's name and mailing address**

BDO Calgary
Creditor Name

Creditor's Notice name

903-8th Avenue SW
Address

Suite 620

| Calgary | AB | T2P 0P7 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 4,718.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

BDO Kelowna
Creditor Name

Creditor's Notice name

BDO Canada LLP
Address

400-1631 Dickson Ave

| Kelowna | BC | V1Y 0B5 |
|---------|-----|---------|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 25,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*    23-10497

**3.11 Nonpriority creditor's name and mailing address**

Bluestar Retirement Services Inc.

Creditor Name

Creditor's Notice name

PO Box 2349

Address

| Ponte Vedra Beach | FL | 32004-2349 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,375.89
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.12 Nonpriority creditor's name and mailing address**

BMO Financial Group

Creditor Name

Creditor's Notice name

PO Box 5732

Address

| Carol Stream | IL | 60197-5732 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,803.55
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber U.S., Inc.
_____
Name

Case number *(if known)*    23-10497

| | |
|---|---|
| 3.13 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $ 883.13 |
| Booneville Vending & Coffee Services | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 22 West Main St. | Trade payables |
| Address | |

| | | | |
|---|---|---|---|
| Booneville | AR | 72927 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

| | |
|---|---|
| 3.14 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $ 401.00 |
| Boyd Metals of Little Rock, Inc | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 4323 Muaney Road | Trade payables |
| Address | |

| | | | |
|---|---|---|---|
| Fort Smith | AR | 72203 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account**

**number**

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*    23-10497

---

**3.15** **Nonpriority creditor's name and mailing address**

Browning's Welding Service, INC
Creditor Name

Creditor's Notice name

163 Shaw Bridge Road
Address

| Wooster | AR | 72181 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

CAC Specialty
Creditor Name

Creditor's Notice name

115 Office Park Drive
Address

| Birmingham | AL | 35223 |
|------------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    28,095.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.
_____
Name

Case number (if known)    23-10497

---

3.17 **Nonpriority creditor's name and mailing address**

Cal-Tex Lumber CO
_____
Creditor Name

_____
Creditor's Notice name

2912 Rayburn Dr
_____
Address

_____

| Nacogdoches | TX | 75963-1010 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    42,493.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.18 **Nonpriority creditor's name and mailing address**

CDW Direct LLC
_____
Creditor Name

_____
Creditor's Notice name

200 N. Milwaukee Ave
_____
Address

_____

| Vernon Hills | IL | 60061 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,398.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

3.19 **Nonpriority creditor's name and mailing address**

CED, Inc. dba Keathley Patterson Electric
Creditor Name

Creditor's Notice name

585 Commerce Road
Address

Conway | AR | 72032
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    2,695.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

3.20 **Nonpriority creditor's name and mailing address**

Cintas Corporation
Creditor Name

Creditor's Notice name

102 Champs Blvd
Address

PO Box 13990

Maumelle | AR | 72113
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    13,299.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*   23-10497

**3.21** **Nonpriority creditor's name and mailing address**

Clarke's Sheet Metal
Creditor Name

Creditor's Notice name

600 Conger Street
Address

| Eugene | OR | 97402 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**

Complex Technologies Monitoring
Creditor Name

Creditor's Notice name

1853 W Henri De Tonti BLVD
Address

| Springdale | AR | 72762 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                314.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*     23-10497

---

**3.23** **Nonpriority creditor's name and mailing address**

Conway Corp
Creditor Name

Creditor's Notice name

PO Box 99
Address

| Conway | AR | 72033 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          1,339.04
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

Conway Industrial Supply
Creditor Name

Creditor's Notice name

561 Equity Ave
Address

| Conway | AR | 72032 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          23,499.58
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*  23-10497

---

**3.25**  **Nonpriority creditor's name and mailing address**

Day & Ross Inc.
Creditor Name

Creditor's Notice name

398 Main Street
Address

| Hartland | NB | E7P 1C6 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  3,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**

Deepwell Energy Services, LLC
Creditor Name

Creditor's Notice name

4025 Hwy 35 North
Address

| Columbia | MS | 39429 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  2,450.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor: | Structurlam Mass Timber U.S., Inc. | Case number *(if known)* | 23-10497 |
|---------|-----|-----|-----|

**3.27 Nonpriority creditor's name and mailing address**

Delta Dental of Arkansas
Creditor Name

Creditor's Notice name

ATTN: Sales & Account Management
Address

PO Box 15965

| North Little Rock | AR | 72231 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 118.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.28 Nonpriority creditor's name and mailing address**

Eagle Electric, Inc.
Creditor Name

Creditor's Notice name

4355 Boone Road
Address

PO Box 488

| Benton | AR | 72015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,326.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

Name

**3.29 Nonpriority creditor's name and mailing address**

Electro Rent Corporation

Creditor Name

Creditor's Notice name

8511 Fallbrook Ave

Address

Suite 200

| West Hills | CA | 91304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 132.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

Employment Security Department Washington State

Creditor Name

Creditor's Notice name

UI Tax Administration

Address

PO Box 34949

| Seattle | WA | 98124-1949 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 908.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor: | Structurlam Mass Timber U.S., Inc. | Case number *(if known)* | 23-10497 |
|---------|-----------|---------|---------|
| | Name | | |

**3.31 Nonpriority creditor's name and mailing address**

Eurotec GmbH
Creditor Name

Creditor's Notice name

Unter dem Hofe 5
Address

| Hagen | | 58099 |
|-------|-------|-------|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                     2,708.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.32 Nonpriority creditor's name and mailing address**

EZ Roll Products Inc.
Creditor Name

Creditor's Notice name

dba. Diamond State Industrial Products
Address

17 Drillers Dr.

| Conway | AR | 72032 |
|--------|-------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                     1,106.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

---

3.33 **Nonpriority creditor's name and mailing address**

Fastenal Company
Creditor Name

Creditor's Notice name

650 E Robins Street
Address

Conway | AR | 72032
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,576.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.34 **Nonpriority creditor's name and mailing address**

Fusionsite Services dba Arkansas Portable Toilets
Creditor Name

Creditor's Notice name

924 W 15th St. North Little Rock
Address

PO Box 34033

Little Rock | AR | 72023
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,710.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*    23-10497

---

**3.35 Nonpriority creditor's name and mailing address**

George R Douglas and Associates
Creditor Name

Creditor's Notice name

3261 Commercial Parkway
Address

| Memphis | TN | 38116 |
|---------|------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    9,978.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.36 Nonpriority creditor's name and mailing address**

Greenwood Motor Lines Inc DBA R+L Carriers
Creditor Name

Creditor's Notice name

PO Box 10020
Address

| Port William | OH | 45164-2000 |
|--------------|------|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,817.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| Debtor: | Structurlam Mass Timber U.S., Inc. | | Case number *(if known)* | 23-10497 |
|---|---|---|---|---|
| | Name | | | |

**3.37** **Nonpriority creditor's name and mailing address**

Henkel Corporation
Creditor Name

Creditor's Notice name

10 Finderne Ave
Address

| Bridgewater | NJ | 08807 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                183,099.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

Heritage-Crystal Clean, LLC
Creditor Name

Creditor's Notice name

2175 Point Blvd
Address

Suite 375

| Elgin | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                  1,198.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| Debtor: | Structurlam Mass Timber U.S., Inc. | | Case number *(if known)* | 23-10497 |
| --- | --- | --- | --- | --- |
| | Name | | | |

**3.39** **Nonpriority creditor's name and mailing address**

Hiegel Supply LLC
Creditor Name

Creditor's Notice name

1310 Bruce Street
Address

| Conway | AR | 72034 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            4,006.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**

Hugg & Hall Equipment Company
Creditor Name

Creditor's Notice name

8101 Fourche Rd
Address

| Little Rock | AR | 72209 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $           28,558.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*  23-10497

---

**3.41  Nonpriority creditor's name and mailing address**

Hugg & Hall Mobile Storage
Creditor Name

Creditor's Notice name

6601 Scott Hamilton Dr.
Address

| Little Rock | AR | 72209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                3,330.18
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.42  Nonpriority creditor's name and mailing address**

ID Technology Canada (Corp)
Creditor Name

Creditor's Notice name

165 Annagem Boulevard
Address

| Mississauga | ON | L5T 2V1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                3,187.48
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:  Structurlam Mass Timber U.S., Inc.

Case number *(if known)*    23-10497

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:  $    17,760.13
--- | --- | ---

Industrial Finishes & Systems, Inc

Creditor Name

*Check all that apply.*

☐  Contingent

Creditor's Notice name

☐  Unliquidated

3455 West 1st Avenue

☐  Disputed

Address

**Basis for the claim:**

Trade payables

| Eugene | OR | 97402 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑  No

☐  Yes

**Last 4 digits of account**

**number**

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:  $    1,567.14
--- | --- | ---

Joulin

Creditor Name

*Check all that apply.*

☐  Contingent

Creditor's Notice name

☐  Unliquidated

2551 Hwy 70 SW

☐  Disputed

Address

**Basis for the claim:**

Trade payables

| Hickory | NC | 72022 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑  No

☐  Yes

**Last 4 digits of account**

**number**

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*   23-10497

**3.45  Nonpriority creditor's name and mailing address**

Kerlin Drake Consulting
Creditor Name

Creditor's Notice name

6 Oaklawn Drive
Address

| Covington | LA | 70433 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                3,700.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.46  Nonpriority creditor's name and mailing address**

Kutak Rock LLP
Creditor Name

Creditor's Notice name

PO Box 30057
Address

| Omaha | NE | 69103-1157 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                6,776.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | Structurlam Mass Timber U.S., Inc. | Case number *(if known)* | 23-10497 |
| | Name | | |

**3.47 Nonpriority creditor's name and mailing address**

Leitz Tooling Systems LP
Creditor Name

Creditor's Notice name

4301 East Paris S.E.
Address

Grand Rapids     MI     49512
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $ 240.03
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade payables

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.48 Nonpriority creditor's name and mailing address**

Lift Truck Service Center, MC.
Creditor Name

Creditor's Notice name

12829 Interstate 30
Address

Little Rock     AR     72209
City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $ 5,598.11
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade payables

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*  23-10497

---

**3.49  Nonpriority creditor's name and mailing address**

M. M. Satterfield Oil Co
Creditor Name

Creditor's Notice name

105 E. Robins St
Address

PO Box 1080

| Conway | AR | 72033 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,471.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.50  Nonpriority creditor's name and mailing address**

McElroy Metal Mill Inc dba. Metal Mart
Creditor Name

Creditor's Notice name

678 Hwy 365 South
Address

| Mayflower | AR | 72106 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,682.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 1,102.99 |

**3.51 Nonpriority creditor's name and mailing address**

McMaster-Carr Supply Company
Creditor Name

Creditor's Notice name

600 N County Line Road
Address

| Elmhurst | IL | 60126 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,102.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.52 Nonpriority creditor's name and mailing address**

Microtec SRL
Creditor Name

Creditor's Notice name

Julius-Durst 98
Address

| Bressanone | | 39042 |
| City | State | ZIP Code |

Italy
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| Debtor: Structurlam Mass Timber U.S., Inc. | Case number *(if known)*  23-10497 |

**3.53** **Nonpriority creditor's name and mailing address**

Mid South Sales, LLC
Creditor Name

Creditor's Notice name

243 CR 414
Address

| Jonesboro | AR | 72404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  353.41
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade payables

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**

Mock Inc dba. Hi-Speed Industrial Service
Creditor Name

Creditor's Notice name

6812 Lindsey Road
Address

| Little Rock | AR | 72206 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  2,972.57
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade payables

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

| | |
|---|---|
| 3.55 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 13,429.92 |
| Motion Industries Inc. | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 5312 W 65th Street | Trade payables |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Little Rock | AR | 72209 |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| 3.56 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,418.50 |
| MSM Markier-Sensor-Systeme GmbH | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Benzst 1 | Trade payables |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| Kenzingen | | 79341 |

Germany

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

---

| Debtor: | Structurlam Mass Timber U.S., Inc. | Case number *(if known)* | 23-10497 |
| | Name | | |

**3.57** **Nonpriority creditor's name and mailing address**

MTC Solutions
_Creditor Name_

_Creditor's Notice name_

106-12941 115th Ave
_Address_

| Surrey | BC | V3R 0E2 |
| City | State | ZIP Code |

Canada
_Country_

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    42,542.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

NABCO M&E, Inc.
_Creditor Name_

_Creditor's Notice name_

1750 S. Amity Road
_Address_

PO Box 1547

| Conway | AR | 72033 |
| City | State | ZIP Code |

_Country_

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,658.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)* 23-10497

---

**3.59  Nonpriority creditor's name and mailing address**

Occupational Health Solutions
Creditor Name

Creditor's Notice name

dba Canopy Employment Screenings
Address

814 North Creek Drive, Suite B

| Conway | AR | 72032 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,325.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.60  Nonpriority creditor's name and mailing address**

Owens Corning Sales LLC
Creditor Name

Creditor's Notice name

1 Owens Corning Pkwy
Address

| Toledo | OH | 43659 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    51,031.72
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

| Debtor: | Structurlam Mass Timber U.S., Inc. | | Case number *(if known)* | 23-10497 |
|---|---|---|---|---|
| | Name | | | |

**3.61** **Nonpriority creditor's name and mailing address**

Ozark Fluid Power, Inc.
Creditor Name

Creditor's Notice name

10801 East Otter Creek BLVD
Address

| Mabelvale | AR | 72103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,056.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

Pinnacle West Enterprises Inc
Creditor Name

Creditor's Notice name

31897 Mercantile Way
Address

| Abbotsford | BC | V2T 4C3 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,292.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| Debtor: | Structurlam Mass Timber U.S., Inc. | | Case number *(if known)* | 23-10497 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.63 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | 13,627.56 |
|---|---|---|---|---|---|

**3.63 Nonpriority creditor's name and mailing address**

PR Marketing, LLC dba ASAP Personnel Services
Creditor Name

_____
Creditor's Notice name

10301 N. Rodney Parham Road
Address

Ste A3

| Little Rock | AR | 72227 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              13,627.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.64 Nonpriority creditor's name and mailing address**

Purvis Industries
Creditor Name

_____
Creditor's Notice name

PO Box 54757
Address

| Dallas | TX | 75354 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               9,591.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:   Structurlam Mass Timber U.S., Inc.

Case number *(if known)*   23-10497

---

3.65  **Nonpriority creditor's name and mailing address**

Radiophone of Central AR dba. Radiophone of NW AR

Creditor Name

Creditor's Notice name

207 E. Monroe Avenue, Ste. A

Address

| Lowell | AR | 72745 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                8,102.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

3.66  **Nonpriority creditor's name and mailing address**

Ricoh USA, Inc

Creditor Name

Creditor's Notice name

PO Box 660342

Address

| Dallas | TX | 75266-0342 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                4,651.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

---

| Debtor: | Structurlam Mass Timber U.S., Inc. | | Case number *(if known)* | 23-10497 |
|---|---|---|---|---|

Name

**3.67** **Nonpriority creditor's name and mailing address**

Rotho Blaas USA Inc

Creditor Name

Creditor's Notice name

30 Wall St, 8th Floor

Address

| New York | NY | 10005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $      174,538.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**

Rusco Packaging Inc

Creditor Name

Creditor's Notice name

1010 Regal Row

Address

| Dallas | TX | 75247 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $      6,440.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

---

3.69 **Nonpriority creditor's name and mailing address**

Shane E. Ford, OD, PA dba Arkansas Eye Care Group

Creditor Name

Creditor's Notice name

3005 Fountain Drive

Address

| Conway | AR | 72034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.70 **Nonpriority creditor's name and mailing address**

Simpson Strong-Tie Company, Inc.

Creditor Name

Creditor's Notice name

2151 S Airport Drive

Address

| McKinney | TX | 75069 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 288,631.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| Debtor: | Structurlam Mass Timber U.S., Inc. | Case number (if known) | 23-10497 |
|---|---|---|---|
| | Name | | |

**3.71** **Nonpriority creditor's name and mailing address**

Smart Choice Delivery, Inc.
Creditor Name

Creditor's Notice name

6005 Scott Hamilton Drive
Address

| Little Rock | AR | 71-0824879 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,300.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑   No

☐   Yes

---

**3.72** **Nonpriority creditor's name and mailing address**

Southern Mississippi Trading LLC
Creditor Name

Creditor's Notice name

797 Industrial Park
Address

| Waynesboro | MS | 39367 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              10,250.24
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑   No

☐   Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor: | Structurlam Mass Timber U.S., Inc. | | Case number *(if known)* | 23-10497 |
|---------|---|---|---|---|
| | Name | | | |

**3.73** **Nonpriority creditor's name and mailing address**

SouthernCarlson, Inc
Creditor Name

Creditor's Notice name

10840 Harney Street
Address

| Omaha | NE | 68154 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 378.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

Speights Auto Parts
Creditor Name

Creditor's Notice name

6601 Forbing Road
Address

| Little Rock | AR | 72209 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 110.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*    23-10497

| | |
|---|---|
| 3.75 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $                62,563.03 |
| Stiles Machinery (Parts Only) | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 3965 44th St SE | Trade payables |
| Address | |

| Grand Rapids | MI | 49512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| 3.76 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $             1,236,205.98 |
| Stiles Machinery Inc | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 3944 Solutions Center | Trade payables |
| Address | |

| Chicago | IL | 60677-3009 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number (if known) 23-10497

### 3.77 Nonpriority creditor's name and mailing address

Structurlam Mass Timber Corporation
Creditor Name

Creditor's Notice name

2176 Government Street
Address

| Penticton | BC | V2A 8B5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 12,815,792.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

### 3.78 Nonpriority creditor's name and mailing address

Summit Utilities
Creditor Name

Creditor's Notice name

PO Box 2414
Address

| Fort Smith | AR | 72902-2414 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 159,469.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number (if known):  23-10497

**3.79**  **Nonpriority creditor's name and mailing address**

T&B Construction Services LLC

Creditor Name

Creditor's Notice name

711 Industrial Blvd

Address

Lufkin | TX | 75904
---|---|---
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                                          2,121.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.80**  **Nonpriority creditor's name and mailing address**

Timberwolf Tools

Creditor Name

Creditor's Notice name

2 Wilderness Dr

Address

PO Box 25

Newry | ME | 04261
---|---|---
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                                          3,796.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒  No

☐  Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Structurlam Mass Timber U.S., Inc.
Name

Case number *(if known)*    23-10497

**3.81 Nonpriority creditor's name and mailing address**

Total Quality Logistics, LLC
Creditor Name

Creditor's Notice name

4289 Ivy Pointe Blvd.
Address

| Cincinnati | OH | 45245 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    150.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.82 Nonpriority creditor's name and mailing address**

W.W. Grainger, Inc
Creditor Name

Creditor's Notice name

100 Grainger Parkway
Address

| Lake Forest | IL | 60045-5201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    24,828.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

**3.83** **Nonpriority creditor's name and mailing address**

Walmart Inc.
Creditor Name


Creditor's Notice name

Matt Allen, Vice President, Finance
Address

702 S.W. 8th Street


Bentonville | AR | 72716
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    31,786,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

Walmart, Inc.
Creditor Name

Michael Guptan, Vice President Corporate Development
Creditor's Notice name

702 S.W. 8th Street
Address


Bentonville | AR | 72716
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Loan Guarantee

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

---

**3.85** **Nonpriority creditor's name and mailing address**

West Termite & Pest Mgmt
Creditor Name

Creditor's Notice name

810 Spring Creek Rd
Address

| Lowell | AR | 72745 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                240.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

Western Pneumatics Inc
Creditor Name

Creditor's Notice name

PO Box 21340
Address

110 N Seneca Rd

| Eugene | OR | 97402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $              3,862.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*  23-10497

---

3.87 **Nonpriority creditor's name and mailing address**

Weyerhaeuser NR Company
Creditor Name

Creditor's Notice name

200 Occidental Ave S
Address

| Seattle | WA | 98104 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 123,697.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.88 **Nonpriority creditor's name and mailing address**

Wholesale Electric Supply Co., Inc.
Creditor Name

Creditor's Notice name

803 S Robison Rd
Address

| Texarkana | TX | 75504 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,176.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

**3.89 Nonpriority creditor's name and mailing address**

Wilkinson's, Inc. dba Wilkinson's Mall
Creditor Name

Creditor's Notice name

1212 Harrison Street
Address

| Conway | AR | 72032 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,250.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

Williams Scotsman, Inc
Creditor Name

Creditor's Notice name

PO Box 91975
Address

| Chicago | IL | 60693-1975 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 40,885.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Structurlam Mass Timber U.S., Inc.

Case number *(if known)*    23-10497

---

**3.91**   **Nonpriority creditor's name and mailing address**

Winsupply Conway AR Co

Creditor Name

Creditor's Notice name

555 Commerce Rd

Address

| Conway | AR | 72032-7801 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $            4,250.10
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒   No

☐   Yes

---

**3.92**   **Nonpriority creditor's name and mailing address**

WISOL GmbH

Creditor Name

Creditor's Notice name

Schlossweiher Str. 5

Address

7320 Sargans

| | | |
|--------|-----|-----------|
| City | State | ZIP Code |

Switzerland

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $            5,544.19
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade payables

**Is the claim subject to offset?**

☒   No

☐   Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 3:**     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Bank of Montreal<br>Name<br><br>Alex Melnikov, BMO Sponsor Finance<br>Notice Name<br><br>595 Burrard Street<br>Street<br><br>6th Floor<br><br>Vancover   BC   V7X 1L7<br>City   State   ZIP Code<br><br>Canada<br>Country | Line  3.84<br>☐  Not Listed.Explain | |
| **4.2** Walmart, Inc.<br>Name<br><br>David Hollander, Senior Assoicate GC, M&A<br>Notice Name<br><br>702 S.W. 8th Street<br>Street<br><br><br>Bentonville   AR   72716<br>City   State   ZIP Code<br><br>Country | Line  3.84<br>☐  Not Listed.Explain | |
| **4.3** Walmart, Inc.<br>Name<br><br>Matt Allen, Vice President, Finance<br>Notice Name<br><br>702 S.W. 8th Street<br>Street<br><br><br>Bentonville   AR   72716<br>City   State   ZIP Code<br><br>Country | Line  3.84<br>☐  Not Listed.Explain | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 47,465,534.28 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 47,465,534.28 |

**Fill in this information to identify the case:**

Debtor Name: In re : Structurlam Mass Timber U.S., Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10497 (CTG)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR PAYMENTS IN LIEU OF TAXES | CITY OF CONWAY, ARKANSAS |
|---|---|---|---|
| | | | Name |
| | | | BART CASTLEBERRY/MAYOR |
| | | | Notice Name |
| | | | 1201 OAK STREET |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | CONWAY  AR  72032 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | CONWAY LEASE | CITY OF CONWAY, ARKANSAS |
|---|---|---|---|
| | | | Name |
| | | | BART CASTLEBERRY/MAYOR |
| | | | Notice Name |
| | | | 1201 OAK STREET |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | CONWAY  AR  72032 |
| | | | City   State   ZIP Code |
| | | | Country |

Debtor: Structurlam Mass Timber U.S., Inc.

Name

Case number *(if known)*: 23-10497

| | | |
|---|---|---|
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | HUDSON OFFICE BUILDING |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

JC LEWIS CONSTRUCTION, LLC
Name

JERET FLEMING
Notice Name

155 FOREST SERVICE LOOP
Address

| | | |
|---|---|---|
| LUFKIN | TX | 75904 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

JOHN PTOLEMY
Name

Notice Name

ADDRESS ON FILE
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES ENGAGEMENT LETTER |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

KERLIN DRAKE CONSULTING
Name

KERLIN DRAKE
Notice Name

103 SUMMIT PLACE
Address

| | | |
|---|---|---|
| EL DORADO | AR | 71730 |
| City | State | ZIP Code |

Country

Debtor: Structurlam Mass Timber U.S., Inc.

Case number *(if known)*: 23-10497

| | | |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT |
| | | MATTHEW KARMEL |
| | | Name |
| | | Notice Name |
| | | ADDRESS ON FILE |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Country | | |

| | | |
|---|---|---|
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | ACC-30760 (40X8 CONTAINER) |
| | | WILLIAMS SCOTSMAN, INC. (WILLSCOT) |
| | | Name |
| | | PAUL MAMMARELLI |
| | | Notice Name |
| | | 7424 BICENTENNIAL |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| LITTLE ROCK | AR | 72205 |
| Country | | |

| | | |
|---|---|---|
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | CL6824 (68X24 CLASSROOM) |
| | | WILLIAMS SCOTSMAN, INC. (WILLSCOT) |
| | | Name |
| | | PAUL MAMMARELLI |
| | | Notice Name |
| | | 7424 BICENTENNIAL |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| LITTLE ROCK | AR | 72205 |
| Country | | |

Debtor: Structurlam Mass Timber U.S., Inc.
Name

Case number *(if known)*: 23-10497

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | MO6412 (64X12 MOBILE OFFICE) |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

WILLIAMS SCOTSMAN, INC. (WILLSCOT)
Name

PAUL MAMMARELLI
Notice Name

7424 BICENTENNIAL
Address

| LITTLE ROCK | AR | 72205 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | SM6448 (64X48 MODULAR) |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

WILLIAMS SCOTSMAN, INC. (WILLSCOT)
Name

PAUL MAMMARELLI
Notice Name

7424 BICENTENNIAL
Address

| LITTLE ROCK | AR | 72205 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | TT6012 (60X20 TOILET UNIT) |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

WILLIAMS SCOTSMAN, INC. (WILLSCOT)
Name

PAUL MAMMARELLI
Notice Name

7424 BICENTENNIAL
Address

| LITTLE ROCK | AR | 72205 |
|---|---|---|
| City | State | ZIP Code |

Country

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : Structurlam Mass Timber U.S., Inc. |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (if known): 23-10497 (CTG) |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Natural Outcomes, LLC | 2176 Government Street<br>Street<br><br>Penticton                BC                V2A 8B5<br>City                State                ZIP Code<br>Country | Bank of Montreal | ☑ D<br><br>☐ E/F<br><br>☐ G |
| 2.2  SLP Holdings Ltd. | 2176 Government Street<br>Street<br><br>Penticton                BC                V2A 8B5<br>City                State                ZIP Code<br>Country | Bank of Montreal | ☑ D<br><br>☐ E/F<br><br>☐ G |

Debtor: Structurlam Mass Timber U.S., Inc.
Name

Case number *(if known)*: 23-10497

| 2.3 | Structurlam Mass Timber Corporation | 2176 Government Street | | | Bank of Montreal | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Penticton | BC | V2A 8B5 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |
| 2.4 | Walmart Inc. | c/o Greenberg Traurig, LLP, ATTN: Dennis A Meloro | | | Bank of Montreal | ☐ D |
| | | Street | | | | ☑ E/F |
| | | 222 Delaware Avenue,Suite 1600 | | | | ☐ G |
| | | Wilmington | DE | 19801 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

**Schedule H: Codebtors**

| Fill in this information to identify the case: |
| --- |
| Debtor Name: In re : Structurlam Mass Timber U.S., Inc. |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (if known): 23-10497 (CTG) |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/22/2023___                    ✖ /s / Shawn Turkington
        MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                                Shawn Turkington
                                              Printed name

                                              Interim Chief Financial Officer
                                              Position or relationship to debtor

**In re: Structurlam Mass Timber U.S., Inc.**
**Case No. 23-10497**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|------|------|-------|---------------------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 2013 | Taylor Dunn | B0-248-36 Elec. Cart | | $2,249.74 | | Undetermined |
| | EZ GO | Golf Cart - 6 seater | | $1,374.98 | | Undetermined |
| | | Golf Cart - 4 seater | A5KD2GDBAHG017806 | $1,515.15 | | Undetermined |
| | | ZT Avenger Zero Turn - Bad Boy | | $4,615.98 | | Undetermined |
| | | | TOTAL: | $9,755.85 | TOTAL: | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 2016 Toyota Forklift 50000 lbs - Sturgis | $17,187.23 | | Undetermined |
| 2016 Toyota Forklift 50000 lbs - Sturgis | $5,215.09 | | Undetermined |
| CLT Bay 1x5T Crane 17471, Hoist 188601 - Sturgis | $52,372.48 | | Undetermined |
| CLT OMlCrane20T 17472/ 4 Detroit Hoist168602,3,4,5 - Sturgis | $214,320.51 | | Undetermined |
| CLT Sander 3600mm wide (Imeas) - Sturgis | $387,935.36 | | Undetermined |
| CLT Sander 3600mm wide (Imeas) - Sturgis | $30,024.44 | | Undetermined |
| CLT Sander 3600mm wide (Imeas) - Sturgis | $2,917.16 | | Undetermined |
| CLT Sander 3600mm wide (Imeas) - Sturgis | $41,584.70 | | Undetermined |
| Comblift Big Mod:C12000XLSer. 52315Cap.10,695lbs - Sturgis | $234,162.46 | | Undetermined |
| Comblift Big Mod:C12000XLSer. 52315Cap.10,695lbs - Sturgis | $18,483.40 | | Undetermined |
| Deal panel transport - Sturgis | $2,231,021.29 | | Undetermined |
| Deal panel transport - Sturgis | $0.00 | | Undetermined |
| Deal panel transport - Sturgis | $0.00 | | Undetermined |
| Deal panel transport - Sturgis | $0.00 | | Undetermined |
| Deal panel transport - Sturgis | $0.00 | | Undetermined |
| Deal panel transport - Sturgis | $0.00 | | Undetermined |
| Deal panel transport - Sturgis | $0.00 | | Undetermined |
| Director Table with Stools - Sturgis | $3,019.70 | | Undetermined |
| Genie Boom Lift Z80/ ref. SCM42420 - Sturgis | $30,000.26 | | Undetermined |
| Glulam 5t Crane 17470C/Hoist168600 - Sturgis | $55,429.24 | | Undetermined |
| Glulam Bay 5T Crane - Sturgis | $55,429.24 | | Undetermined |
| Glulam Bay 5T Crane17470A/Hoist168599 - Sturgis | $55,429.24 | | Undetermined |
| Glulam Beam Sander 4 Sided Max Size 500x1200 (Imeas) - Sturgis | $435,550.28 | | Undetermined |
| Glulam Beam Sander 4 Sided Max Size 500x1200 (Imeas) - Sturgis | $37,952.48 | | Undetermined |
| Hugg&Hall - Sturgis | $50,586.29 | | Undetermined |
| Hugg&Hall - Sturgis | $59,293.04 | | Undetermined |
| Hundegger K2 Machining center - Sturgis | $1,759,801.05 | | Undetermined |
| Hundegger K2 Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger K2 Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger K2 Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger PBA Machining center - Sturgis | $1,476,695.77 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Hundegger PBA Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger PBA Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger PBA Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger UFA Machining center - Sturgis | $1,449,909.67 | | Undetermined |
| Hundegger UFA Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger UFA Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger UFA Machining center - Sturgis | $0.00 | | Undetermined |
| Hundegger UFA Machining center - Sturgis | $0.00 | | Undetermined |
| Joulin CLT Vaccum Lifting System (15,000lbs) - Sturgis | $182,169.00 | | Undetermined |
| Kaeser Air Compressor System - Sturgis | $177,406.15 | | Undetermined |
| Kaeser Air Compressor System - Sturgis | $0.00 | | Undetermined |
| Kaeser Air Compressor System - Sturgis | $0.00 | | Undetermined |
| Kaeser Air Compressor System - Sturgis | $0.00 | | Undetermined |
| Kaeser Air Compressor System - Sturgis | $0.00 | | Undetermined |
| Kaeser Air Compressor System - Sturgis | $0.00 | | Undetermined |
| Kaeser Air Compressor System - Sturgis | $0.00 | | Undetermined |
| Lift Master Boom Model: LM-1T-8-36 - Sturgis | $1,813.48 | | Undetermined |
| Long Fork T2 - Sturgis | $48,476.79 | | Undetermined |
| Maintenance Tools - PARENT - Sturgis | $0.00 | | Undetermined |
| Maintenance Tools - PARENT - Sturgis | $2,508.00 | | Undetermined |
| Maintenance Tools - PARENT - Sturgis | $2,014.43 | | Undetermined |
| Maintenance Tools - PARENT - Sturgis | $417.71 | | Undetermined |
| MGLT - Sturgis | $2,939,922.23 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| MGLT - Sturgis | $0.00 | | Undetermined |
| Minda GLT finishing A04 - Sturgis | $1,469,961.12 | | Undetermined |
| Minda GLT finishing A04 - Sturgis | $0.00 | | Undetermined |
| Minda GLT finishing A04 - Sturgis | $0.00 | | Undetermined |
| Minda GLT finishing A04 - Sturgis | $0.00 | | Undetermined |
| Minda GLT finishing A04 - Sturgis | $0.00 | | Undetermined |
| Minda GLT finishing A04 - Sturgis | $0.00 | | Undetermined |
| Minda GLT finishing A04 - Sturgis | $0.00 | | Undetermined |
| Minda GLT finishing A04 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $2,939,922.23 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT package formation and pressing A03 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $1,469,961.12 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda GLT repair station A05 - Sturgis | $0.00 | | Undetermined |
| Minda Laying and pressing area A13 - Sturgis | $4,899,870.47 | | Undetermined |
| Minda Laying and pressing area A13 - Sturgis | $1,007.10 | | Undetermined |
| Minda Laying and pressing area A13 - Sturgis | $0.00 | | Undetermined |
| Minda Laying and pressing area A13 - Sturgis | $0.00 | | Undetermined |
| Minda Laying and pressing area A13 - Sturgis | $0.00 | | Undetermined |
| Minda MCS system - Sturgis | $489,987.00 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $1,959,948.24 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $0.00 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $0.00 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $0.00 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $0.00 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $0.00 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $0.00 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $0.00 | | Undetermined |
| Minda Multi-level storage A02 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of laying and pressing area A12 (CLT Press) - Sturgis | $489,987.00 | | Undetermined |
| Minda Preparation of laying and pressing area A12 (CLT Press) - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of laying and pressing area A12 (CLT Press) - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of laying and pressing area A12 (CLT Press) - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of laying and pressing area A12 (CLT Press) - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of laying and pressing area A12 (CLT Press) - Sturgis | $9,760.75 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Minda Preparation of length and Cross layers A11 - Sturgis | $1,567,958.56 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Preparation of length and Cross layers A11 - Sturgis | $0.00 | | Undetermined |
| Minda Safety PLC A90 - Sturgis | $489,987.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $881,976.68 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda Vertical curing storage A22 - Sturgis | $0.00 | | Undetermined |
| Minda/System TM crosslayer saw - Sturgis | $881,976.68 | | Undetermined |
| New Genie GS2632 Scissor lift, SCM42420 - Sturgis | $9,363.39 | | Undetermined |
| PROPANE STORAGE - Cage Cylinder 70" Height, 60" Width, 36" Depth - Sturgis | $3,603.08 | | Undetermined |
| QC EQUIPMENT - PARENT - Sturgis | $0.00 | | Undetermined |
| QC EQUIPMENT - PARENT - Sturgis | $119,093.34 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| QC EQUIPMENT - PARENT - Sturgis | $18,637.03 | | Undetermined |
| QC EQUIPMENT - PARENT - Sturgis | $15,413.98 | | Undetermined |
| QC EQUIPMENT - PARENT - Sturgis | $29,599.96 | | Undetermined |
| Racking/Storage - PARENT - Sturgis | $0.00 | | Undetermined |
| Racking/Storage - PARENT - Sturgis | $44,033.45 | | Undetermined |
| Racking/Storage - PARENT - Sturgis | $11,190.38 | | Undetermined |
| Racking/Storage - PARENT - Sturgis | $1,568.65 | | Undetermined |
| Racking/Storage - PARENT - Sturgis | $24,447.58 | | Undetermined |
| Racking/Storage - PARENT - Sturgis | $2,455.28 | | Undetermined |
| Rex Glulam Planer - Sturgis | $979,382.14 | | Undetermined |
| Rex Glulam Planer - Sturgis | $2,829.20 | | Undetermined |
| Rex Knife Grinder - Sturgis | $170,271.62 | | Undetermined |
| Rex lamella planer - Sturgis | $450,643.81 | | Undetermined |
| Rex lamella planer - Sturgis | $10,536.09 | | Undetermined |
| Rex lamella planer - Sturgis | $6,369.59 | | Undetermined |
| Rex lamella planer - Sturgis | $251.29 | | Undetermined |
| RF Tunnel - Sturgis | $1,619,715.71 | | Undetermined |
| RF Tunnel - Sturgis | $0.00 | | Undetermined |
| RF Tunnel - Sturgis | $3,331.64 | | Undetermined |
| Short Fork T3 - Sturgis | $48,476.79 | | Undetermined |
| Small Tools Plant - PARENT - Sturgis | $0.00 | | Undetermined |
| Small Tools Plant - PARENT - Sturgis | $3,146.68 | | Undetermined |
| Small Tools Plant - PARENT - Sturgis | $7,029.32 | | Undetermined |
| Small Tools Plant - PARENT - Sturgis | $3,069.80 | | Undetermined |
| Small Tools Plant - PARENT - Sturgis | $4,013.20 | | Undetermined |
| Small Tools Plant - PARENT - Sturgis | $2,116.78 | | Undetermined |
| Small Tools Plant - PARENT - Sturgis | $5,555.14 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $4,549,269.61 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Cross-Cut Line # 1361 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $4,899,870.44 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $16,036.48 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line # 1362 - Sturgis | $0.00 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $0.00 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $9,902.34 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $2,374.96 | | Undetermined |
| System TM  Grading Line  # 1362 - Sturgis | $2,730.16 | | Undetermined |
| Toyota 8FGU25 LP Gas  5000 lbs cap. ref. SCM42920 - Sturgis | $11,100.03 | | Undetermined |
| Vehicle Scale - Sturgis | $40,000.00 | | Undetermined |
| Weima WLK8 - Ginder for Wood Waste - Sturgis | $47,880.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $2,181,731.80 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $2,455.58 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $3,045.84 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $5,326.17 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |

In re: Structurlam Mass Timber U.S., Inc.
Case No. 23-10497
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $0.00 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $40,465.68 | | Undetermined |
| Western penumatics fingerjoint line - Sturgis | $82,219.25 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $2,219,293.07 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $2,522.55 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $2,180.28 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Dust Collection System - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Grinder and tools - Sturgis | $110,266.64 | | Undetermined |
| Western Pneumatics Grinder and tools - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Grinder and tools - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Grinder and tools - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Grinder and tools - Sturgis | $0.00 | | Undetermined |

**In re: Structurlam Mass Timber U.S., Inc.**
**Case No. 23-10497**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Western Pneumatics Grinder and tools - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Grinder and tools - Sturgis | $0.00 | | Undetermined |
| Western Pneumatics Grinder and tools - Sturgis | $0.00 | | Undetermined |
| TOTAL: | $47,436,167.92 | TOTAL: | Undetermined |

**In re: Structurlam Mass Timber U.S., Inc.**
**Case No. 23-10497**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 2 Additional Staircases per Quote #21M11488 | Sturgis | Leasehold Improvements | $6,247.17 | | Undetermined |
| 3/4" SCH40 Pipe, for Plant Air Lines | Sturgis | Leasehold Improvements | $334.75 | | Undetermined |
| 5/8x4x8 BC YP Plywood for Shelving | Sturgis | Leasehold Improvements | $1,478.21 | | Undetermined |
| Add'd Renovation of Building | Sturgis | Leasehold Improvements | $1,918.68 | | Undetermined |
| Beam Hangars, Ginding Room | Sturgis | Leasehold Improvements | $3,577.43 | | Undetermined |
| Building Renovation | Sturgis | Leasehold Improvements | $90,847.70 | | Undetermined |
| Building Renovation | Sturgis | Leasehold Improvements | $3,960.42 | | Undetermined |
| Building Renovation | Sturgis | Leasehold Improvements | $21,911.75 | | Undetermined |
| Building Renovation | Sturgis | Leasehold Improvements | $7,883,340.91 | | Undetermined |
| Building Renovation | Sturgis | Leasehold Improvements | $63,670.72 | | Undetermined |
| Building Renovation | Sturgis | Leasehold Improvements | $50,808.81 | | Undetermined |
| Building Renovation | Sturgis | Leasehold Improvements | $13,036.17 | | Undetermined |
| Building Renovation | Sturgis | Leasehold Improvements | $74,987.63 | | Undetermined |
| Cameras - IT | Sturgis | Leasehold Improvements | $4,470.46 | | Undetermined |
| Chain Link Fence, Secure Hardware Warehouse | Sturgis | Leasehold Improvements | $6,593.60 | | Undetermined |
| Control Tower T&M | Sturgis | Leasehold Improvements | $15,037.35 | | Undetermined |
| Conway land | Sturgis | Owned | $1,241,338.00 | | Undetermined |
| Dismantle & move 2x Air Makeup units | Sturgis | Leasehold Improvements | $29,448.46 | | Undetermined |
| Electic Breaker | Sturgis | Leasehold Improvements | $28,218.17 | | Undetermined |
| Electrical for Wall Fans | Sturgis | Leasehold Improvements | $16,981.04 | | Undetermined |
| Elevated Platforms - Design & Drawings | Sturgis | Leasehold Improvements | $288,978.20 | | Undetermined |
| Elevated platforms & K2 support frame | Sturgis | Leasehold Improvements | $16,152.47 | | Undetermined |
| EUAFA Air Piping | Sturgis | Leasehold Improvements | $13,894.70 | | Undetermined |
| Extended Stiles Parts Warehouse | Sturgis | Leasehold Improvements | $845.83 | | Undetermined |
| Fiber Optics for Internet | Sturgis | Leasehold Improvements | $20,002.69 | | Undetermined |
| FIRE PUMP INSTAL EST. 5789 | Sturgis | Leasehold Improvements | $85,151.59 | | Undetermined |
| Fire Suppressin System Changes | Sturgis | Leasehold Improvements | $20,241.99 | | Undetermined |
| Front Entry Sign | Sturgis | Leasehold Improvements | $51,345.94 | | Undetermined |
| Handrails for Controls Building | Sturgis | Leasehold Improvements | $2,698.80 | | Undetermined |
| Heating Units | Sturgis | Leasehold Improvements | $3,166.74 | | Undetermined |
| IT Cabinets and junction boxes for network' | Sturgis | Leasehold Improvements | $79,103.31 | | Undetermined |
| Lip-Pipe support on Hundegger PBA | Sturgis | Leasehold Improvements | $1,659.80 | | Undetermined |
| Lunch Room | Sturgis | Leasehold Improvements | $2,847.35 | | Undetermined |
| Main Plant Building, Including all Infastructure- Sturgis | Sturgis | Leasehold Improvements | $5,120,983.74 | | Undetermined |
| Main Plant Sturgis - Northwest Office | Sturgis | Leasehold Improvements | $48,055.54 | | Undetermined |
| Mass Timber package Controls Building | Sturgis | Leasehold Improvements | $154,648.30 | | Undetermined |
| Misting Fans | Sturgis | Leasehold Improvements | $5,357.04 | | Undetermined |
| plywood 19/32 18"x48 for Shelving | Sturgis | Leasehold Improvements | $4,049.79 | | Undetermined |
| Power to 28 space heaters | Sturgis | Leasehold Improvements | $60,216.25 | | Undetermined |
| Provide and Install Electrical Package for New Controls Building | Sturgis | Leasehold Improvements | $76,052.06 | | Undetermined |
| Recently Installed Heater | Sturgis | Leasehold Improvements | $3,977.86 | | Undetermined |

**In re: Structurlam Mass Timber U.S., Inc.**
**Case No. 23-10497**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Renovation of Building | Sturgis | Leasehold Improvements | $5,142.16 | | Undetermined |
| Renovation of Building | Sturgis | Leasehold Improvements | $24,714.92 | | Undetermined |
| Renovation of Building | Sturgis | Leasehold Improvements | $40,243.28 | | Undetermined |
| Repairs to Fencing | Sturgis | Leasehold Improvements | $1,889.56 | | Undetermined |
| Security Gate House | Sturgis | Leasehold Improvements | $67,277.83 | | Undetermined |
| SERVICE,OUTSIDE,FABRICATE | Sturgis | Leasehold Improvements | $288.37 | | Undetermined |
| Shelving for Parts Storage | Sturgis | Leasehold Improvements | $621.98 | | Undetermined |
| Sprinkler System | Sturgis | Leasehold Improvements | $784,917.30 | | Undetermined |
| Surge Protection for MC's that run Equip. | Sturgis | Leasehold Improvements | $19,656.18 | | Undetermined |
| TNT - Security System & Cameras | Sturgis | Leasehold Improvements | $3,195.13 | | Undetermined |
| Transformer,Copper core | Sturgis | Leasehold Improvements | $9,291.97 | | Undetermined |
| | | **TOTAL:** | **$16,574,876.10** | **TOTAL:** | **Undetermined** |

**In re: Structurlam Mass Timber U.S., Inc.**
**Case No. 23-10497**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Policy Type | Account number / Policy number | Current value of debtor's interest |
|---|---|---|---|
| Beazley Group | Professional Liability | - | Undetermined |
| Coalition Insurance | Cyber Liability | C-4MHK-175254 | Undetermined |
| Continental Casualty | 3rd Excess Liability | MPR665399966 | Undetermined |
| Intact Financial Corporation | D&O 2nd Excess | 5D5591495 | Undetermined |
| Liberty International Underwriters | D&O 3rd Excess | DOVAAB82MC002 | Undetermined |
| Miller Insurance Holdings Limited | 1st XS E&O | B0621PSTRU009022 | Undetermined |
| Miller Insurance Holdings Limited | 2nd XS E&O | B0621PSTRU009122 | Undetermined |
| Miller Insurance Holdings Limited | Manufacturers E&O | B0621PSTRU0088 | Undetermined |
| QBE Insurance Group Limited | 2nd Excess Liability | CAEX13494 | Undetermined |
| QBE Insurance Group Limited | General Liability | CGA1365578 | Undetermined |
| QBE Insurance Group Limited | US General Liability | - | Undetermined |
| RSA Insurance Group | Boiler & Machinery | EBI053259887 | Undetermined |
| RSA Insurance Group / Zurich Insurance Group | Canadian Property/Equipment | - | Undetermined |
| StarStone National Insurance Company | 1st Excess Liability | - | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 026710725-01 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 22SLCFM11570401 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 73PRX22AF82 PN316440Q | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 76429687 UTS2570783.22 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 795019695 PXP0000090-00 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | 7EA7XPI00I587-01 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | BXS0004018 0100161285-1 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | ENSI000244 | Undetermined |

**In re: Structurlam Mass Timber U.S., Inc.**
**Case No. 23-10497**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Policy Type | Account number / Policy number | Current value of debtor's interest |
|---|---|---|---|
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | FQY-H753480-01 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | PAC-PR00000002-C0 | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | PN316411q | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | PN316l0q | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | PN319340q | Undetermined |
| The Hanover Insurance Group, Inc. led with various other Insurance Carriers | US Property | RENND21000600109 | Undetermined |
| The Travelers Companies, Inc. | Directors & Officers Liability | 7551492 | Undetermined |
| Tokio Marine Kiln | 1st Excess Liability CDN | B0572NA21EAXW | Undetermined |
| Trisura Specialty Insurance Company | D&O 1st Excess | VDO1008312 | Undetermined |
| | | TOTAL: | Undetermined |