IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STRUCTURLAM MASS TIMBER U.S., INC., at al.,<br><br><br><br>Debtors. | Chapter 11<br>Case No. 23-10497 (CTG)<br>(Jointly Administered)<br><br>Hearing Date: May 30, 2023 @2:00 p.m.<br>Objection Deadline: May 23, 2023<br><br>Re: Docket No. 92 |

**OBJECTION OF LEVEL 10 CONSTRUCTION, LP TO
DEBTORS' PROPOSAL OF CURE AMOUNT**

Level 10 Construction, LP ("Level 10"), a contractual counter-party to the Debtor, hereby objects to the Debtors' proposed Cure Amount for said Contract as follows:

1. Level 10 is a party to an executory contract (the "Contract") with the Debtor Structurlam Mass Timber Corporation ("Debtor") for the sale by the Debtor to Level 10 of certain product to be produced by the Debtor and other services. The Debtor has filed a Notice of Potential Assumption and Assignment of Contracts, etc. (Docket No. 92), which attaches a Cure Notice. That Cure Notice lists the Cure Amount under the Contract as $0. However, the actual Cure Amount is not that simple, and Level 10 objects to the Cure Amount for the Contract as listed by the Debtor.

2. Pursuant to the Contract, on or about May 31, 2022, Level 10 paid the Debtor an advance in the amount of $2,824,885.80 (the "Advance") against the ultimate Contract price. Level 10 did receive engineering and other services from the Debtor in the amount of $598,606.00 against the Advance, but has received no further product or services. At this point, the Debtor is indebted to Level 10 under the Contract in the approximate amount of $2,226,279.80.

3. Of course, if the Contract is assumed and assigned, the assignee will owe Level 10 the performance specified in the Contract, rather than money. However, Level 10 asserts that at

this point, the Debtor is in default under the Contract in the amount of $2,226,279.80.  Level 10 reserves all of its rights in that regard.

Dated: May 23, 2023

Respectfully Submitted,

CONNOLLY GALLAGHER LLP

By: /s/ Karen C. Bifferato
    Jeffrey C. Wisler (#2795)
    Karen Bifferato (#3279)
    1201 North Market Street, 20th Floor
    Wilmington, Delaware 19801
    Telephone:    302.757.7300
    Facsimile:     302.658.0380
    Email: jwisler@connollygallagher.com
        kbifferato@connollygallagher.com

and

MANATT, PHELPS & PHILLIPS, LLP
Carl L. Grumer
2049 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:    310.312.4000
Facsimile:     310.312.4224

Attorneys for LEVEL 10 CONSTRUCTION, LP

#05739494