## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 23rd day of May, 2023, a copy of the **Objection of Level 10 Construction, LP to Debtors' Proposal of Cure Amount** was served via CM/ECF and as indicated upon the counsel below.

**BY EMAIL**

William E. Chipman, Jr., Esq.
Robert A. Weber, Esq.
Mark L. Desgrosseilliers, Esq.
Mark Olivere, Esq.
Chipman Brown Cicero & Cole, LLP
Email: chipman@chipmanbrown.com
       weber@chipmanbrown.com
       desgross@chipmanbrown.com
       olivere@chipmanbrown.com

Kelly Bourassa, Esq.
Christopher Keliher, Esq.
Erik Fleming, Esq.
Austin Beck, Esq.
Blake, Cassels & Graydon LLP
Email: kelly.bourassa@blakes.com
       christopher.keliher@blakes.com
       erik.fleming@blakes.com
       austin.beck@blakes.com

Julian I. Gurule, Esq.
Khaled Tarazi, Esq.
Buchalter, P.C.
Email: jgurule@buchalter.com
       ktarazi@buchalter.com

Matthew B. Harvey, Esq.
Morris Nichols Arsht & Tunnell LLP
Email: mharvey@morrisnichols.com

Stephen R. Tetro II, Esq.
James P. Sullivan, Esq.
Chapman and Cutler LLP
Email: stetro@chapman.com
       jsulliva@chapman.com

Matthew P. Ward, Esq.
Womble Bond Dickinson (US) LLP
Email: matthew.ward@wbd-us.com

Benjamin A. Hackman, Esq.
Office of the United States Trustee
Email: benjamin.a.hackman@usdoj.gov

                                            /s/ Karen C. Bifferato
                                              Karen C. Bifferato (#3279)

#05739397