## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Priscilla Romero, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On May 31, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Order (I) Authorizing (A) Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (II) Granting Related Relief** [Docket No. 204]

Dated: June 6, 2023

*/s/ Priscilla Romero*
Priscilla Romero
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Top 30 | Aspect Structural Engineers Canada LTD | | accounts@aspectengineers.com |
| Attorneys for Rotho Blaas USA Inc. | Barnes & Thornburg LLP | Mark R. Owens | mark.owens@btlaw.com |
| Top 30 | BDO Canada LLP (Kelowna Branch) | | eftpayments@bdo.ca |
| Counsel to the Prepetition Lender/DIP Lender | Blake, Cassels & Graydon LLP | Kelly Bourassa, Christopher Keliher, Erik Fleming, Austin Beck | kelly.bourassa@blakes.com; christopher.keliher@blakes.com; erik.fleming@blakes.com; Austin.Beck@blakes.com |
| Top 30 / Committee of Unsecured Creditors | Broadhead Operating dba HMH Agency | Attn: Stacey Davies | accounting@broadheadco.com; sdavies@broadheadco.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Buchalter PC | Julian I. Gurule | jgurule@buchalter.com |
| Top 30 | Cal-Tex Lumber CO | | chaser@caltexlbr.com |
| Counsel to the Prepetition Lender/DIP Lender; Bank of Montreal | Chapman and Cutler LLP | Stephen R. Tetro II, James P. Sullivan, Helena Honig | jsulliva@chapman.com; stetro@chapman.com; hhonig@chapman.com |
| Counsel for Mercer International, Inc. | Cole Schotz PC | G. David Dean, Michael E. Fitzpatrick, Jack M. Dougherty | ddean@coleschotz.com; mfitzpatrick@coleschotz.com; jdougherty@coleschotz.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Top 30 | Contech Construction Ltd | Kitty Taylor | accounting@contechconstructionltd.com |
| Top 30 | Day & Ross | | remittancedetails@dayandrossinc.ca |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | Fastenal Company | | uswirepayments@fastenal.com |
| Top 30 | Fox's Transport LTD. | | emahawan@foxstransport.com |
| Canadian Counsel for the Debtors and Debtors in Possession | Gowling WLG (Canada) LLP | Jonathan Ross, Manuel Dominguez, Stephen Kroeger | Jonathan.Ross@gowlingwlg.com; Manuel.DominguezLizaga@gowlingwlg.com; Stephen.Kroeger@gowlingwlg.com |
| Counsel to Walmart Inc. | Greenberg Traurig, LLP | Ari Newman | newmanar@gtlaw.com |
| Counsel to Walmart Inc. | Greenberg Traurig, LLP | Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| Counsel to Walmart Inc. | Greenberg Traurig, LLP | Oscar N. Pinkas | pinkaso@gtlaw.com |
| Top 30 | Henkel Canada Corporation | | ha.remit@us.henkel.com |
| Top 30 | Henkel Corporation | | HA.Remit@US.Henkel.com |
| Top 30 | Hexion Canada Inc | | northamericaAR@hexion.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for United Steelworkers | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Attorneys for Level 10 Construction, LP | Manatt, Phelps & Phillips, LLP | Carl L. Grumer | cgrumer@manatt.com |
| Top 30 | Marcon Metalfab Inc. | | accounting@marconmetalfab.com |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Top 30 | Monashee Manufacturing Corporation Ltd | Grant VanderMye | L.zhang@monasheemfg.com; grant.van@monasheemfg.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP | Matthew B. Harvey, Paige N. Topper | mharvey@morrisnichols.com; ptopper@morrisnichols.com |
| Top 30 | MTC Solutions | | accounting@mtcsolutions.com |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| Top 30 | New West Installations Ltd | | deniseh@newwestind.com |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Top 30 | Owens Corning Canada LP | | cashappteam@owenscorning.com |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Top 30 | Rotho Blaas USA Inc | William Broderick | usa@rothoblaas.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 / Committee of Unsecured Creditors | Simpson Strong Tie Canada, Limited | Arthur Mnatsakanian, Cassandra Payton | remittanceadvices@strongtie.com; cpayton@strongtie.com |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel for Mercer International, Inc. | Stearns Weaver Miller | Drew M. Dilworth, Eric J. Silver | ddillworth@stearnsweaver.com; esilver@stearnsweaver.com |
| Top 30 | Stiles Machinery Inc. | Patrick Mundwiler, Kent Hartman, Michael Callahan | dlourens@stilesmachinery.com; mcallahan@stilesmachinery.com |
| Top 30 | Swayback Holdings Ltd. | | bmehrer@greyback.com |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 | TICOMTEC USA, INC | Mikhail Gershfeld | mikhail.gershfeld@gmail.com |
| Committee of Unsecured Creditors | TICOMTEC USA, INC | Mikhail Gershfeld | mikhail.gershfeld@gmail.com |
| Top 30 | Timber Engineering Inc. | Marta Maj | marta.maj@timberengineering.ca |
| Counsel for United Steelworkers | United Steelworkers | David R. Jury, General Counsel | Djury@usw.org |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Top 30 | Walmart | Legal Department - Corporate Division | rachel.brand@walmart.com |
| Top 30 | Western Lumber Company, LLC | | accounting@westernlumber.com |
| Top 30 | Weyerhaeuser NR Company | Melanie Patterson, Teri Rongen | Melanie.patterson@wy.com; teri.rongen@weyerhaeuser.com |
| Top 30 | Williams Scotsman, Inc | | cashws@willscot.com |
| Counsel to Bank of Montreal | Womble Bond Dickinson (US) LLP | Matthew P. Ward, Morgan L. Patterson | matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| Top 30 | Woodpecker European Timber Framing & Woodworks Ltd | | office@EuropeanTimberFraming.com |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

Exhibit B

**Exhibit B**
**Contract Counterparties, Insurance, and Lienholders Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Acera Insurance | Atten David Green | dgreen@capricmw.ca |
| Advanced Construction Southwest | Phil Stults | pstults@acswinc.com |
| BC Passive House | Tony Fuez | tony@bcpassivehouse.com |
| BC Passive House (2014) Inc. | | accounting@bcpassivehouse.com |
| Beazley Group | | info@beazley.com |
| Brookstone Management, LLC | Jeramy Moffitt | accounting@brookstone-tx.com |
| Brougham, David | | Email on File |
| Broward Builders | Shawn Appleton | shawn@browardbuilders.com |
| Buhler Commercial Construction | Jin Tang/Steve Buhler | jin@buhlercommercial.com |
| Bulkley Valley Engineering Services Ltd. | Eerik Lilles | eerik@bves.ca |
| Canadian Forest Products Ltd. | | remittanceadvice@canfor.com |
| CapriCMW Insurance Services | Atten David Green | dgreen@capricmw.ca |
| Cisco Systems Capital Canada | Jeff Rodriguez | csc-canada-crms@cisco.com |
| Cisco Systems Capital Canada Co | | csc-canada-crms@cisco.com |
| Durwest Construction Management Inc. | Tom Howe | thowe@durwest.com |
| Eagle Homes Sales Ltd. | Jodi Bland | jodi@eaglehomes.ca; Lana.Prokopuik@jplease.com; jodi@eaglehomes.ca |
| Eagle Homes Sales LTD. | | jodi@eaglehomes.ca |
| FFD Devito Investments Ltd. | Frank Devito | fddevito@yahoo.com |
| Fred Shearer & Sons, Inc. | Jeff Goemmel | j.goemmel@fredshearer.com |
| JC Lewis Construction, LLC | Jeret Fleming | nfo@jclewisconstruction.com |
| Jim Pattison Industries Ltd. dba Jim Pattison Lease | Lana Prokopuik | Lana.Prokopuik@jplease.com |
| Journey Group Companies | Joe Niewohner | jniewohner@journeyconstruction.com |
| Kerlin Drake Consulting | | okdlsu1@gmail.com |
| Kerr Properties Ltd. | | bdu@kinghoe.ca |
| Leavitt Machinery | Darin Bodnar | DBodnar@leavitt.ca |
| Leavitt Machinery Canada Inc | dba LEAVITT MACHINERY | ar@leavitt.ca |
| Leavitt Machinery General Partnership dba Leavitt Machinery | John Mutis | DBodnar@leavitt.ca |
| Leavitt Machinery USA Inc. | | ar@leavitt.ca |
| Liberty International Underwriters | c/o Liberty Mutual Canada | infocanada@libertymutual.com |
| MDM Construction Co Ltd | Steve Rempel | steve@mdmconstruction.ca |
| Meridian Onecap Credit Corp. | | client.service@meridianonecap.ca |
| Metropolitan Walters LLC | David Psacrita | dap@mw-ny.com |
| Miller Insurance Holdings Limited | c/o Miller Insurance Services LLP | info@miller-insurance.com |
| Minglian Group | Alex Zhang | alex@minglian.ca |
| QBE Insurance Group Limited | | corporate@qbe.com |
| Richard Hancock, Inc. | Isaac Lamar | isaac@rhiframing.com |
| Swayback Holdings Ltd. | | bmehrer@greyback.com |
| Timberlyne Group | Ben Duckworth | BDuckworth@Timberlyne.com |
| Treaty Construction | Barry Doherty | barry@treatysf.com |
| Trisura Specialty Insurance Company | John Watt, Regional V.P | john.watt@trisura.com |
| United Steelworkers | | payroll@structurlam.com |
| United Steelworkers (USW) | David R. Jury, Esquire | Djury@usw.org |
| United Steelworkers (USW) | Susan E. Kaufman, Esquire | skaufman@skaufmanlaw.com |
| Urban One Special Projects Inc. | Wendy Chan | invoices@urbanonebuilders.com |

**Exhibit B**
**Contract Counterparties, Insurance, and Lienholders Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Western Partitions Inc | James Coe | james.coe@wpibuilds.com |
| Williams Scotsman, Inc | | cashws@willscot.com |
| Williams Scotsman, Inc. (WILLSCOT) | Paul Mammarelli | vpmammar@willscot.com |
| Zenterra Developments | Chris Munro | chris@zenterra.ca |

Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | |
| Top 30 | Aspect Structural Engineers Canada LTD | | 101-190 West 3rd Avenue | | | Vancouver | BC | V5Y 1E9 | Canada |
| Top 30 | BDO Canada LLP (Kelowna Branch) | | 400 - 1631 Dickson Avenue | | | Kelowna | BC | V1Y 0B5 | Canada |
| Top 30 | Bird Construction | Marc Da Silva | #300 - 13777 Commerce Parkway | | | Richmond | BC | V6V 2X3 | Canada |
| Counsel to the Prepetition Lender/DIP Lender | Blake, Cassels & Graydon LLP | Kelly Bourassa, Christopher Keliher, Erik Fleming, Austin Beck | 855 - 2nd Street S.W., Suite 3500 | Bankers Hall East Tower | | Calgary | AB | T2P 4J8 | Canada |
| Top 30 / Committee of Unsecured Creditors | Broadhead Operating dba HMH Agency | Attn: Stacey Davies | 411 Washington Ave N | STE 500 | | Minneapolis | MN | 55401 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 | Cal-Tex Lumber CO | | PO Box 631010 | | | Nacogdoches | TX | 75963-1010 | |
| Lender/DIP Lender; Bank of Montreal | Chapman and Cutler LLP | Stephen R. Tetro II, James P. Sullivan, Helena Honig | 320 South Canal Street | 27th Floor | | Chicago | IL | 60606 | |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| Top 30 | Contech Construction Ltd | Kitty Taylor | 150 - 12860 Clarke Place | | | Richmond | BC | V6V2H1 | Canada |
| Top 30 | Day & Ross | | 11470 131st Street | | | Surrey | BC | V3R 4S7 | Canada |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 | Fastenal Company | | 650 E Robins Street | | | Conway | AR | 72032 | |
| Top 30 | Fox's Transport LTD. | | 8328 1st Street | | | Edmonton | AB | T6P 1X2 | Canada |
| Counsel to Walmart Inc. | Greenberg Traurig, LLP | Oscar N. Pinkas | One Vanderbilt Avenue | | | New York | NY | 10017 | |
| Top 30 | Heavy Timber Group | Kris Spickler | 4120 Douglas Blvd #306-502 | | | Granite Bay | CA | 95746 | |
| Top 30 | Henkel Canada Corporation | | c/o 912360 | PO Box 4090 STN A | | Toronto | ON | M5W 0E9 | Canada |
| Top 30 | Henkel Corporation | | 10 Finderne Ave | | | Bridgewater | NJ | 08807 | |
| Top 30 | Hexion Canada Inc | | c/o Lbx V7444C/U Bns Wholesale Lockbox | PO Box 7444 Station Terminal | | Vancouver | BC | V6B 4E2 | Canada |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 | Marcon Metalfab Inc. | | 7156 Brown Street | | | Delta | BC | V4G 1G8 | Canada |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Top 30 | Monashee Manufacturing Corporation Ltd | Grant VanderMye | 1247 Ellis Street | | | Kelowna | BC | V1Y 1Z6 | Canada |
| Top 30 | MTC Solutions | | Unit 106 - 12941 115th Street | | | Surrey | BC | V3R 0E2 | Canada |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| Top 30 | New West Installations Ltd | | 630 Beaver Lake Road | | | Kelowna | BC | V4V 1S7 | Canada |

In re Structurlam Mass Timber U.S., Inc., et al.
Case No. 23-10497 (CTG)

Page 1 of 2

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Top 30 | Owens Corning Canada LP | | C/O T10275 PO Box 4918 Stn A | | | Toronto | ON | M5W 0C9 | Canada |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Top 30 | Rotho Blaas USA Inc | William Broderick | 30 Wall St, 8th Floor | | | New York | NY | 10005 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 / Committee of Unsecured Creditors | Simpson Strong Tie Canada, Limited | Arthur Mnatsakanian, Cassandra Payton | 811-19055 Airport Way | | | Pitt Meadows | BC | V3Y 0G4 | Canada |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | |
| Counsel for Mercer International, Inc. | Stearns Weaver Miller | Drew M. Dilworth, Eric J. Silver | 150 West Flagler Street, Suite 2200 | | | Miami | FL | 33130 | |
| Top 30 | Stiles Machinery Inc. | Patrick Mundwiler, Kent Hartman, Michael Callahan | 3965 44th St SE | | | Grand Rapids | MI | 49512 | |
| Top 30 | Stuart Olsen Construction | Ashley Rancourt | #300 - 13777 Commerce Parkway | | | Richmond | BC | V6V 2X3 | Canada |
| Top 30 | Swayback Holdings Ltd. | | 402 Warren Avenue East | | | Penticton | BC | V2A 3M2 | Canada |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Top 30 | TICOMTEC USA, INC | Mikhail Gershfeld | 500 S. Jefferson, St. | | | Placentia | CA | 92870 | |
| Committee of Unsecured | TICOMTEC USA, INC | Mikhail Gershfeld | 1829 Rocky Road | | | Fullerton | CA | 92831 | |
| Top 30 | Timber Engineering Inc. | Marta Maj | 3637 West 6th Ave | | | Vancouver | BC | V6R 1T6 | Canada |
| Counsel for United Steelworkers | United Steelworkers | David R. Jury, General Counsel | 60 Boulevard of the Allies, Room 807 | | | Pittsburgh | PA | 15222 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Top 30 | Walmart | Legal Department - Corporate Division | 702 S.W. 8th St. | | | Bentonville | AR | 72716 | |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| Top 30 | Western Lumber Company, LLC | | 2240 Tower East | Suite 200 | | Medford | OR | 97504 | |
| Top 30 | Weyerhaeuser NR Company | Melanie Patterson, Teri Rongen | 200 Occidental Ave S | | | Seattle | WA | 98104 | |
| Top 30 | Williams Scotsman, Inc | | PO Box 91975 | | | Chicago | IL | 60693-1975 | |
| Top 30 | Woodpecker European Timber Framing & Woodworks Ltd | | #5 - 5 Cougar Mountain Crescent | | | Exshaw | AB | T0L 2C1 | Canada |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | |

In re Structurlam Mass Timber U.S., Inc., et al.
Case No. 23-10497 (CTG)

Page 2 of 2

Exhibit D

**Exhibit D**
**Contract Counterparties, Insurance, and Lienholders Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Acera Insurance | Atten David Green | 700 - 2025 Willingdon Ave | | Burnaby | BC | V5C 0J3 | Canada |
| Advanced Construction Southwest | Phil Stults | 2430 W. Mission Lane #1 | | Phoenix | AZ | 85021 | |
| Advanced Construction Southwest | Phil Stults | 1580 N. Batavia St., Ste. 1 | | Orange | CA | 92867 | |
| ATCO Structures & Logistics Ltd. | | 24639 Fraser Hwy | | Langley Twp | bc | V2Z 2L2 | Canada |
| Bazley, Bert | | Address on File | | | | | |
| BC Passive House | Tony Fuez | 1928 Artisan Road | | Pemberton | BC | V0N 2K0 | Canada |
| BC Passive House (2014) Inc. | | 1928 Artisan Road | | Pemberton | BC | V0N2K0 | Canada |
| Beazley Group | | 22 Bishopsgate | | London | | EC2N 4BQ | United Kingdom |
| BMW Canada Inc. | | 50 Ultimate Drive | | Richmond Hill | ON | L4S 0C8 | Canada |
| Brookstone Management, LLC | Jeramy Moffitt | 3715 Dacoma St, | | Houston | TX | 77092 | |
| Brougham, David | | Address on File | | | | | |
| Broward Builders | Shawn Appleton | 1200 East Kentucky Ave | | Woodland | CA | 95776 | |
| Buhler Commercial Construction | Jin Tang/Steve Buhler | 400 Brannan Street, Suite 204 | | San Francisco | CA | 94107 | |
| Bulkley Valley Engineering Services Ltd. | Eerik Lilles | 3763 1 Ave | | Smithers | BC | V0J 2N0 | Canada |
| Canadian Forest Products Ltd. | | 100-1700 West 75th Avenue | | Vancouver | BC | V6P 6G2 | Canada |
| Canadian Forest Products Ltd. | | 1700 W 75th Ave #100, | | Vancouver | BC | V6P 6G2 | Canada |
| CapriCMW Insurance Services | Atten David Green | 700 - 2025 Willingdon Ave | | Burnaby | BC | V5C 0J3 | Canada |
| Cisco Systems Capital Canada | Jeff Rodriguez | 181 Bay St Ste 3400 Bay Tower | | Toronto | ON | M5J 2T3 | Canada |
| Cisco Systems Capital Canada | | 24639 Fraser Hwy | | Langley Twp | BC | V2Z 2L2 | Canada |
| Cisco Systems Capital Canada Co | | 88 Queens Quay | Suite 2900 | Toronto | ON | M5J 0B8 | Canada |
| City of Conway | | 1111 Main Street | | Conway | AR | 72032 | |
| City of Conway, Arkansas | Bart Castleberry/Mayor | 1201 Oak Street | | Conway | AR | 72032 | |
| Coalition Insurance | | 55 2nd St., Suite 2500 | | San Francisco | CA | 94105 | |
| Continental Casualty | c/o CNA Insurance Company | 151 N Franklin St., Ste 700 | | Chicago | IL | 60606-1915 | |
| Denark Construction | Mohamed Abbas | 1635 Western Ave | | Knoxville | TN | 37921 | |
| DPR Construction | Daniel Berson | 1450 Veterans Blvd. | | Redwood | CA | 94063 | |
| DPR Construction | Daniel Berson | 945 Front Street | | San Francisco | CA | 94111 | |
| Durwest Construction Management Inc. | Carolyn Levesque | 301-4400 Chatterton Way | | Victoria | BC | V8X 5J2 | Canada |
| Durwest Construction Management Inc. | Tom Howe | 401 - 655 Tyee Road | | Victoria | BC | V9A 6X5 | Canada |
| Eagle Home Sales Ltd. (Inc No BC1143483) | | 120 Harbourfront Drive NE | | Salmon Arm | BC | V1Y 2T3 | Canada |
| Eagle Homes Sales Ltd. | Jodi Bland | 120 Harbourfront Drive NE | | Salmon Arm | BC | V1E 2T3 | Canada |
| Eagle Homes Sales LTD. | | 1190 - 51 Street NE | | Salmon Arm | BC | V1E 1Y1 | Canada |
| FFD Devito Investments Ltd. | Frank Devito | 7789 Munroe Crescent | | Vancouver | BC | V5S 3J9 | Canada |
| FFD Investments Devito Investments Ltd. | | 7789 Munroe Cresent | | Vancouver | BC | V5S 3J9 | Canada |
| Ford Credit Canada Company | | P.O. Box 2400 | | Edmonton | AB | T5J 5C7 | Canada |

**Exhibit D**
**Contract Counterparties, Insurance, and Lienholders Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Ford Credit Canada Leasing | Division of Canadian Road Leasing Company | PO Box 2400 | | Edmonton | AB | T5J 5C7 | Canada |
| Ford Credit Canada Leasing | | 198 PARKWAY PLACE | | PENTICTON | BC | V2A8G8 | Canada |
| Fred Shearer & Sons, Inc. | Jeff Goemmel | 8015 SW Hunziker Road | | Tigard | OR | 97223 | |
| Glasstep Consulting Inc | | 5796 Richards Crescent | | Vernon | BC | V1B 3R1 | Canada |
| Hensel Phelps Construction Co. | Jordan Kennedy | 420 Sixth Avenue | | Greeley | CO | 80631 | |
| Intact Financial Corporation | | 700 University Ave., Suite 1500 | | Toronto | ON | M5G 0A1 | Canada |
| JC Lewis Construction, LLC | Jeret Fleming | 155 Forest Service Loop | | Lufkin | TX | 75904 | |
| Je Dunn Construction | Ryan Christenson | 766 Elks Drive, Suite B | | Dickinson | ND | 58601 | |
| JE Dunn Construction Company | Bill Henn | 1001 Locust Street | | Kansas City | MO | 64106 | |
| Jim Pattison Industries Ltd. dba Jim Pattison Lease | Lana Prokopuik | 4937 REGENT ST. | | BURNABY | BC | V5C 4H4 | Canada |
| Journey Group Companies | Joe Niewohner | 4500 West 58th Street | | Sioux Falls | SD | 57108 | |
| Karmel, Matthew | | Address on File | | | | | |
| Kerlin Drake Consulting | Kerlin Drake | 103 Summit Place | | El Dorado | AR | 71730 | |
| Kerlin Drake Consulting | | 6 Oaklawn Drive | | Covington | LA | 70433 | |
| Kerr Properties Ltd. | | 26138 - 31B Avenue | | Aldergrove | BC | V4W 2Z6 | Canada |
| Kerr Properties Ltd. | | 2300 - 550 Burrard Street | | Vancouver | BC | V6C 2B5 | Canada |
| Leavitt Machinery | Darin Bodnar | 110-801 Waddington Dr | | Vernon | BC | V1T 8T5 | Canada |
| Leavitt Machinery Canada Inc | dba LEAVITT MACHINERY | 102 - 19433 96th Avenue | | Surrey | BC | V4N 4C4 | Canada |
| Leavitt Machinery General Partnership dba Leavitt Machinery | John Mutis | 24389 Fraser Highway, | | Langley | BC | V2Z 2L3 | Canada |
| Leavitt Machinery General Partnership dba Leavitt Machinery | John Mutis | #201 - 19433 96th Avenue | | Surrey | BC | V4N 4C4 | Canada |
| Leavitt Machinery USA Inc. | | 17300 West Valley Highway | | Tukwila | WA | 98188 | |
| Level 10 Construction LP | Shirley San Diego/ Doug Collins | 1050 Enterprise Way, Suite 250 | | Sunnyvale | CA | 94089 | |
| Levitt Machinery Canada Inc. | | 24389 Fraser Hwy | | Langley | BC | V2Z 2L3 | Canada |
| Levitt Machinery Canada Inc. | | 102-19433 96th Avenue | | Surrey | BC | V4N 4C4 | Canada |
| Levitt Machinery General Partnership | | 24389 Fraser Hwy | | Langley Twp | BC | V2Z 2L3 | Canada |
| Liberty International Underwriters | c/o Liberty Mutual Canada | 181 Bay Street, Suite 900 | | Toronto | ON | M5J 2T3 | Canada |
| Liberty International Underwriters | c/o Liberty Mutual Insurance | 175 Berkeley Street | | Boston | MA | 02116 | |
| MDM Construction (2012) Co Ltd | E Rich | 2-6285 205 Street | | Langley | BC | V2Y 1N7 | Canada |
| MDM Construction Co Ltd | Steve Rempel | 2-6285 205th Street | | Langley | BC | V2Y 1N7 | Canada |
| Meridian Onecap Credit Corp. | | 4710 Kingsway, Suite 1500 | | Burnaby | BC | V5H 4M2 | Canada |
| Metropolitan Walters LLC | David Pisacrita | 214 W. 29th Street | | New York | NY | 10001 | |
| Miller Insurance Holdings Limited | c/o Miller Insurance Services LLP | 70 Mark Lane | | London | | EC3R 7NQ | United Kingdom |
| Minglian Group | Alex Zhang | 760 W Georgia | | Vancouver | BC | V6A 2A3 | Canada |
| Minglian Group | Alex Zhang | 760 - 1885 West Georgia Street | | Vancouver | BC | V6E 4E6 | Canada |
| New-Line Products Ltd | | 9415 189 Street | | Surrey | BC | V4N 5L8 | Canada |

**Exhibit D**
**Contract Counterparties, Insurance, and Lienholders Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Ptolemy, John | | Address on File | | | | | |
| QBE Insurance Group Limited | | Level 18, 388 George Street | | Sydney | NSW | 2000 | Australia |
| Richard Hancock, Inc. | Isaac Lamar | 1029 Third Street | | Santa Rosa | CA | 95404 | |
| Ritchie Contracting & Design Ltd. | Jessica Robinson | #104, 198 Winnipeg St | | Penticton | BC | V2A 5M1 | Canada |
| RSA Insurance Group | | 22 Bishopsgate, Floor 8 | | London | | EC2N 4BQ | United Kingdom |
| RSA Insurance Group / Zurich Insurance Group | c/o Zurich Insurance Group | Mythenquai 2 | | Zurich | | 8002 | Switzerland |
| StarStone National Insurance Company | c/o Core Specialty | P.O. Box 5755 | | Cincinnati | OH | 45201 | |
| Swayback Holdings (1983) Ltd. (Inc. No. BC0270322) | | 402 Warren Avenue East | | Penticton | BC | V2A 3M2 | Canada |
| Swayback Holdings Ltd. | | 402 Warren Avenue East | | Penticton | BC | V2A 3M2 | Canada |
| Swayback Holdings1983 Ltd. | Matthew George Kenyon, President | 402 Warren Avenue East | | Penticton | BC | V2A 3M2 | Canada |
| The Hanover Insurance Group, Inc. | | 440 Lincoln Street | | Worcester | MA | 01653-0002 | |
| The Travelers Companies, Inc. | | 85 Lexington Ave, 7th Floor | | New York | NY | 10017-2600 | |
| Timberlyne Group | Ben Duckworth | 613 Hwy 46 E | | Boerne | TX | 78006 | |
| Tokio Marine Kiln | | 20 Fenchurch Street | | London | | EC3M 3BY | United Kingdom |
| Treaty Construction | Barry Doherty | 2278 44th Avenue | | San Francisco | CA | 94116 | |
| Trisura Specialty Insurance Company | John Watt, Regional V.P | 1055 West Georgia Street | Suite 3020, Box 11160 | Vancouver | BC | V6E 3R5 | Canada |
| United Steelworkers | | PO Box 9083 | Commerce Court Postal Station | Toronto | ON | M5L 1K1 | Canada |
| United Steelworkers (USW) | David R. Jury, Esquire | 60 Boulevard of the Allies, Room 807 | | Pittsburgh | PA | 15222 | |
| United Steelworkers (USW) | Susan E. Kaufman, Esquire | 919 N. Market Street, Suite 460 | | Wilmington | DE | 19801 | |
| Urban One Special Projects Inc. | Wendy Chan | 50 West 7th Avenue | | Vancouver | BC | V5Y 1L6 | Canada |
| Western Partitions Inc | James Coe | 4745 Pacific Ave | | Eugene | OR | 97402 | |
| Williams Scotsman, Inc | | PO Box 91975 | | Chicago | IL | 60693-1975 | |
| Williams Scotsman, Inc. (WILLSCOT) | Paul Mammarelli | 7424 Bicentennial | | Little Rock | AR | 72205 | |
| Zenterra Developments | Chris Munro | 216-2630 Croydon Dr | | Surrey | BC | V3Z 6T3 | Canada |