| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/21/2023 | 114 | 1012403 BC Ltd | dba Big Jay Express | 775 Martin Street | | | Penticton | BC | V2A 5L8 | Canada | FOREIGN | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/22/2023 | 17 | 505644 BC Ltd. dba | Sara Aitken | 3156 Appaloosa Rd | | | Kelowna | BC | V1V 2G9 | Canada | $9,399.57 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/22/2023 | 19 | A&S Service Group Ltd. | | 115 - 1441 Clark Ave | | | Penticton | BC | V2A 7K7 | Canada | $31,200.75 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/02/2023 | 27 | Accurate Solutions - Atlanta, Inc. | | 825 Chance Rd, Sutie 10 | | | Marietta | GA | 30066 | | $4,796.37 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/23/2023 | 98 | Airgas USA LLC | Sonja Locklear | 2530 Sever Road #300 | | | Lawrenceville | GA | 30043 | | $411.31 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/07/2023 | 43 | Airgas USA, LLC | | 110 West 7th St Suite 1300 | | | Tulsa | OK | 74119 | | $7,046.32 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/07/2023 | 49 | Airgas USA, LLC | | 110 West 7th St Suite 1300 | | | Tulsa | OK | 74119 | | $11,970.35 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/22/2023 | 20 | Andre Morf | | Address on File | | | | | | | $426,250.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/23/2023 | 21 | AP Fabrications, LLC | c/o Gary J. Barrett | Barrett Law Firm | 12410 Cantrell Rd, Ste 100 | | Little Rock | AR | 72223 | | $74,299.09 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/05/2023 | 35 | Arizona Department of Revenue | c/o Tax, Bankruptcy and Collection Sct | Office of the Arizona Attorney General - BCE | 2005 N Central Ave, Suite 100 | | Phoenix | AZ | 85004 | | $625.00 | Priority | A | | 05/12/2023 | Structurlam Mass Timber Corporation | 23-10499 |
| 05/12/2023 | 6 | Arizona Department of Revenue | Office of the Arizona Attorney General - BCE | 2005 N Central Ave, Suite 100 | | | Phoenix | AZ | 85004 | | $625.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/20/2023 | 109 | AWC Process Solutions LTD. | | 9087A 198 Street | | | Langley | BC | V1M 3B1 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/28/2023 | 121 | B. Riley Farber Advisory Inc. | | 150 York Street, Suite 1600 | | | Toronto | ON | M5H 3S5 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/07/2023 | 42 | B.C. Fasteners & Tools Ltd. | | 1960 Windsor Road | | | Kelowna | BC | V1Y 4R5 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/22/2023 | 18 | Baron Quality Assurance | David R. Baron | 4631 Falaise Dr. | | | Victoria | BC | V8Y 1B4 | Canada | $1,991.98 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/08/2023 | 55 | Barry Beecroft Fuel Distributors Ltd | Attn Maureen Hayter & Susan Stanley | 448 Industrial Avenue East | | | Penticton | BC | V2A 3J1 | Canada | $13,979.65 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 66 | BDO Canada LLP | | 1100 - 1055 West Georgia Street | Royal Centre | PO Box 11101 | Vancouver | BC | V6E 3P3 | Canada | $31,756.23 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/15/2023 | 102 | BDO Canada LLP (Vancouver Branch) | | 1100 - 1055 West Georgia Street | Royal Centre | PO Box 11101 | Vancouver | BC | V6E 3P3 | Canada | $19,220.83 | General Unsecured | | | | SLP Holdings Ltd. | 23-10500 |
| 06/15/2023 | 103 | BDO Canada LLP (Vancouver Branch) | | 1100 - 1055 West Georgia Street | Royal Centre | PO Box 11101 | Vancouver | BC | V6E 3P3 | Canada | $32,716.32 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/15/2023 | 104 | BDO Canada LLP (Vancouver Branch) | | 1100 - 1055 West Georgia Street | Royal Centre | PO Box 11101 | Vancouver | BC | V6E 3P3 | Canada | $31,756.23 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/09/2023 | 48 | Bell Media Inc | | 33 Carmi Ave | | | Penticton | BC | V2A 3G4 | Canada | $1,829.84 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/20/2023 | 108 | Boczulak, Stephen | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/20/2023 | 108 | Boczulak, Stephen | | Address on File | | | | | | | $270,177.60 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/08/2023 | 59 | Borrowman Electric Ltd. | | 2091 Mountain V | PO Box 1034 | | Lumby | BC | V0E 2G0 | Canada | $0.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/08/2023 | 50 | Brandner Communications Inc. | | 32026 32nd Ave S | | | Federal Way | WA | 98001 | | $1,738.33 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/08/2023 | 50 | Brandner Communications Inc. | | 32026 32nd Ave S | | | Federal Way | WA | 98001 | | $238.75 | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/13/2023 | 46 | Broadhead Operating dba HMH Agency | Stacey Davies | 411 Washington Ave N Suite 500 | | | Minneapolis | MN | 55401 | | $49,449.42 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/13/2023 | 71 | Broadhead Operating dba HMH Agency | Stacey Davies | 411 Washington Ave N Suite 500 | | | Minneapolis | MN | 55401 | | $49,449.42 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/30/2023 | 24 | Cal-Tex Lumber Company Inc | | PO Box 631010 | | | Nacogdoches | TX | 75963-1010 | | $42,493.76 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/30/2023 | 25 | Cameron Wade Wiltse | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/30/2023 | 25 | Cameron Wade Wiltse | | Address on File | | | | | | | $117,031.92 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 70 | Canada Revenue Agency | Attention Alan Mileta | 9737 King George Boulevard | | | Surrey | BC | V3T 5W6 | Canada | $5,677.13 | General Unsecured | | | | SLP Holdings Ltd. | 23-10500 |

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/27/2023 | 4 | CDW Direct, LLC | Attn Vida Krug | CDW | 200 N. Milwaukee Ave | | Vernon Hills | IL | 60061 | | $5,397.77 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/30/2023 | 132 | Cisco Systems Capital Canada Co. | Attn Lawrence Schwab/Gaye Heck | c/o Bialson, Bergen and Schwab | 830 Menlo Ave., Suite 201 | | Menlo Park | CA | 94025 | | UNLIQUIDATED | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/14/2023 | 90 | Colorado Department of Revenue | | Bankruptcy Department Rm 104 | 1881 Pierce St | | Lakewood | CO | 80214 | | $169.00 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/14/2023 | 90 | Colorado Department of Revenue | | Bankruptcy Department Rm 104 | 1881 Pierce St | | Lakewood | CO | 80214 | | $1,508.00 | Priority | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/18/2023 | 15 | Command Industries Inc. | | 630 Adams Court | | | Kelowna | BC | V1X 7S2 | Canada | $34,693.31 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/15/2023 | 11 | Conway Corporation | | PO Box 99 | | | Conway | AR | 72033 | | $15,401.18 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/18/2023 | 14 | Conway Corporation | | PO Box 99 | | | Conway | AR | 72033 | | W/D | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/27/2023 | 107 | Croswell Cindy Ann | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/27/2023 | 107 | Croswell Cindy Ann | | Address on File | | | | | | | $5,360.84 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 07/03/2023 | 131 | Custom Air Conditioning Ltd. | | 1835 Broadway Street | | | Port Coquitlam | BC | V3C 421 | Canada | $32,529.41 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/11/2023 | 3 | Day & Ross Inc. | | 398 Main Street | | | Hartland | NB | E7P 1C6 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 07/04/2023 | 137 | De Mitri, Johnny | | Address on File | | | | | | | $10,982.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/31/2023 | 29 | Derek Leigh Johnson | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/31/2023 | 29 | Derek Leigh Johnson | | Address on File | | | | | | | $11,123.89 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 73 | Dominic Reed | | Address on File | | | | | | | $5,000.00 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/20/2023 | 97 | Eagle Electric, Inc. | | 4355 Boone Road | PO Box 488 | | Benton | AR | 72015 | | $11,326.57 | Priority | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/29/2023 | 128 | EB Horsman & Son | George Wilson Credit Dept | 19295 25th Ave | | | Surrey | BC | V3Z 3X1 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/29/2023 | 130 | Etty, Kayla | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/29/2023 | 130 | Etty, Kayla | | Address on File | | | | | | | $50,360.74 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/22/2023 | 100 | Fastenal Company | Legal | 2001 Theurer Blvd. | | | Winona | MN | 55987 | | $38,576.13 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/05/2023 | 34 | Floyd, Danielle | | Address on File | | | | | | | $10,000.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/23/2023 | 113 | Forest Economic Advisors LLC | | 298 Great Road, Suite 1 | | | Littleton | MA | 01460 | | $7,950.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 47 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | $1,625.21 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/14/2023 | 82 | George R Douglas and Associates | | 3261 Commercial Parkway | | | Memphis | TN | 38116 | | $9,978.71 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/20/2023 | 110 | Granville Island Hotel | | 1253 Johnston Street | | | Vancouver | BC | V6H 3R9 | Canada | $2,274.64 | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/09/2023 | 60 | Gustave Nehring687503 BC Inc DBA Okanagan Containers | | 237 Maple Avenue | | | Oliver | BC | V0H 1T9 | Canada | $8,715.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/31/2023 | 31 | Hexion Inc | Caroline Legault | 180 East Broad Street | | | Columbus | OH | 43215 | | $102,899.63 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/26/2023 | 23 | Hugg & Hall Mobile Storage | | 6601 Scott Hamilton Dr. | | | Little Rock | AR | 72209 | | $3,330.18 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/14/2023 | 76 | Hugg & Hall Mobile Storage | | 6601 Scott Hamilton Dr. | | | Little Rock | AR | 72209 | | $3,330.18 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/23/2023 | 22 | Hugg and Hall Equipment Company | | PO Box 194110 | | | Little Rock | AR | 72219 | | $24,784.34 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/16/2023 | 112 | ICC Evaluation Service, LLC | Terri Aguirre | 3060 Saturn Street, Suite 100 | | | Brea | CA | 92821 | | $2,845.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/27/2023 | 120 | Ifm Efector Canada Inc | | 2476 Argenti Road, Suite 302 | | | Mississauga | ON | L5N 6M1 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/20/2023 | 125 | John Ray Charles Depourca | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/20/2023 | 125 | John Ray Charles Depourca | | Address on File | | | | | | | $282,428.02 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 07/05/2023 | 133 | Justin Labossiere | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 07/05/2023 | 133 | Justin Labossiere | | Address on File | | | | | | | $60,450.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/14/2023 | 87 | Lam-Wood Systems Inc | James Johnson | 1580 W 47th Ave | | | Denver | CO | 80211 | | $55,000.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/05/2023 | 38 | Leanne Daniels Learning Development | Leanne Daniels | 5160 Haynes Road | | | Vernon | BC | V1B 3J6 | Canada | $2,052.75 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/11/2023 | 64 | Leanne Daniels Learning Development | Leanne Daniels | 5160 Haynes Road | | | Vernon | BC | V1B 3J6 | Canada | $2,052.75 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 72 | LinkPoint IT Solutions | | Unit 1-20075 100A Ave | | | Langley City | BC | V1M 3G4 | Canada | $37,865.72 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/29/2023 | 127 | Lisa Navin | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/29/2023 | 127 | Lisa Navin | | Address on File | | | | | | | $18,176.45 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/27/2023 | 116 | M. M. Satterfield Oil Co | | 105 E. Robins St | PO Box 1080 | | Conway | AR | 72033 | | $1,471.06 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/14/2023 | 101 | Mackenzie Projects Ltd. | | 1040 West Georgia Street Suite #990 | | | Vancouver | BC | V6E 4H1 | Canada | UNLIQUIDATED | General Unsecured | | | | SLP Holdings Ltd. | 23-10500 |
| 06/20/2023 | 96 | Marks Machinery & More dba Mark Walters LLC | | 2210 Towson Ave | | | Fort Smith | AR | 72901 | | $657.61 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/25/2023 | 119 | McDowell, Gavin | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/25/2023 | 119 | McDowell, Gavin | | Address on File | | | | | | | $149,157.78 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/16/2023 | 9 | McMaster-Carr Supply Company | | 1901 Riverside Parkway | | | Douglasville | GA | 30135 | | $1,103.00 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/13/2023 | 74 | MTC Solutions | Fabiana Saraiva | 12941 115th Avenue - Unit 106 | | | Surrey | BC | V3R 0E2 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/07/2023 | 39 | Mussell Crane Mfg | | 620 B Wellington Ave | PO Box 253, Station Main | | Chilliwack | BC | V2P 6J1 | Canada | $9,813.30 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/21/2023 | 111 | NABCO Mechanical and Electrical, Inc. | Chris Brand | 1750 S. Amity Road | PO Box 1547 | | Conway | AR | 72033 | | $1,658.12 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/14/2023 | 89 | New West Mill Installations Ltd. | Shane Gardner of FHP Lawyers LLP | 400 - 275 Lawrence Ave | | | Kelowna | BC | V1Y 6L2 | Canada | $83,078.67 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/30/2023 | 26 | Nicole Vivian Holland | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/30/2023 | 26 | Nicole Vivian Holland | | Address on File | | | | | | | $23,118.75 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/09/2023 | 62 | Nortrans Freight Management Ltd | | 7 - 215 Neave Road | | | Kelowna | BC | V1V 2L9 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 68 | Nor-Val Rentals Ltd | | 3004 Smith Drive | | | Armstrong | BC | V0E 1B1 | Canada | $3,789.63 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 68 | Nor-Val Rentals Ltd | | 3004 Smith Drive | | | Armstrong | BC | V0E 1B1 | Canada | $1,475.25 | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/14/2023 | 75 | Occupational Health Solutions | dba Canopy Employment Screenings | 814 North Creek Drive, Suite B | | | Conway | AR | 72032 | | $1,425.00 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/27/2023 | 117 | Owens Corning Canada LP | Attn Valerie Wilhelms - Legal Department | One Owens Corning Parkway | | | Toledo | OH | 43659 | | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/27/2023 | 106 | Owens Corning Sales, LLC | Attn Valerie Wilhelms - Legal Department | One Owens Corning Parkway | | | Toledo | OH | 43659 | | $51,031.72 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/27/2023 | 118 | Owens Corning Sales, LLC | Attn Valerie Wilhelms - Legal Department | One Owens Corning Parkway | | | Toledo | OH | 43659 | | $51,031.72 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 67 | Ozark Fluid Power, Inc. | | 10801 East Otter Creek Blvd | | | Mabelvale | AR | 72103 | | $1,056.07 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/28/2023 | 124 | Pat Allen Smith | | Address on File | | | | | | | $8,016.27 | Priority | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/14/2023 | 92 | Penticton Honda Centre | | 100 Industrial Avenue East | | | Penticton | BC | V2A 3H8 | Canada | $4,794.14 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |

In re Structurlam Mass Timber U.S., Inc., et al.
Case No. 23-10497 (CTG)

Page 3 of 5

Case 23-10497-CTG    Doc 262    Filed 07/05/23    Page 4 of 5
Claims Register by Name

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/04/2023 | 135 | Penticton Peach Festival | | Cherrylane Postal Outlet | 165-2111 Main Street | PO Box 21003 | Penticton | BC | V2A 8K8 | Canada | $500.00 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/08/2023 | 61 | Penticton Towing & Recovery | Taylor Kenyon | 1325 Commercial Way | | | Penticton | BC | V2A 3H4 | Canada | $1,008.00 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/10/2023 | 2 | Penticton Winery Supplies Inc. | Mark Hartmann | 4027 Solana Crescent | | | Penticton | BC | V2A 9A4 | Canada | $3,182.68 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/13/2023 | 81 | Penticton Winery Supplies Inc. | Mark Hartmann | 4027 Solana Crescent | | | Penticton | BC | V2A 9A4 | Canada | $3,182.68 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/16/2023 | 80 | Planidin, Wayne | | Address on File | | | | | | | BLANK | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/22/2023 | 99 | Purolator Inc | Attn Kelly Sullivan | 2727 Meadowpine Blvd. | | | Mississauga | ON | L5N 0E1 | Canada | $1,066.69 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/15/2023 | 83 | Purvis Industries | | PO Box 540757 | | | Dallas | TX | 75354 | | $9,699.89 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/14/2023 | 78 | R.M. Rodgers Inc. | | 5322 W Bellfort St. Ste 107 | | | Houston | TX | 77035 | | $137,740.00 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/09/2023 | 56 | Rapid Industries | | PO Box 1410 | | | Oliver | BC | V0H 1T0 | Canada | $66,960.79 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/08/2023 | 52 | Redwood Plastics And Rubber Corp | | 19695 - 92A Avenue | | | Langley | BC | V1M 3B3 | Canada | $2,074.63 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/08/2023 | 52 | Redwood Plastics And Rubber Corp | | 19695 - 92A Avenue | | | Langley | BC | V1M 3B3 | Canada | $2,420.08 | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/20/2023 | 105 | Richard Guinn | | Address on File | | | | | | | FOREIGN | Priority | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/17/2023 | 12 | Ricoh-USA, Inc. | | 3920 Arkwright Rd., Suite 400 | | | Macon | GA | 31210 | | $4,651.80 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/18/2023 | 16 | Ricoh-USA, Inc. | | 3920 Arkwright Rd., Suite 400 | | | Macon | GA | 31210 | | $4,651.80 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/07/2023 | 51 | Rid-It Pest Control | Rid-It Pest Control Ltd | PO Box 429 Station Main | | | Penticton | BC | V2A 6J9 | Canada | $477.75 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/12/2023 | 53 | S. Jenna Schmidt | | Address on File | | | | | | | $7,590.68 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/14/2023 | 86 | Schommer & Sons | Bonnie Bagley | 6421 NE Colwood Way | | | Portland | OR | 97218 | | $180,342.12 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/30/2023 | 30 | Shirley Ann Tripps | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/30/2023 | 30 | Shirley Ann Tripps | | Address on File | | | | | | | $73,043.20 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/28/2023 | 122 | Shyla Haskell | | Address on File | | | | | | | $8,332.18 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/15/2023 | 93 | Signode Packaging Group Canada ULC | | 16 Cleve Court | | | Halton Hills | ON | L7G 0L7 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/28/2023 | 123 | Sills, Nicholas | | Address on File | | | | | | | $15,000.00 | General Unsecured | | | | SLP Holdings Ltd. | 23-10500 |
| 05/16/2023 | 10 | Smart Choice Delivery, Inc. | | 6005 Scott Hamilton Dr | | | Little Rock | AR | 72209 | | $2,500.00 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/05/2023 | 40 | Smithson Employment Law Corporation | | 306 - 1500 Hardy Street | | | Kelowna | BC | V1Y 8H2 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/13/2023 | 45 | Splash Media Group Inc. | | 1010 4th Ave | | | Prince George | BC | V2L 3J1 | Canada | $661.50 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/01/2023 | 28 | Stephen Boczulak | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/01/2023 | 28 | Stephen Boczulak | | Address on File | | | | | | | $270,177.60 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/08/2023 | 57 | Superior Septic Services | | 150 Commercial Place | | | Penticton | BC | V2A 3H7 | Canada | $2,236.10 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/09/2023 | 65 | Superior Septic Services | | 150 Commercial Pl | | | Penticton | BC | V2A 3H7 | Canada | $2,361.57 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/14/2023 | 91 | Texcan | Division of Sonepar Canada Inc | 10449 120th Street | | | Surrey | BC | V3V 4G4 | Canada | $5,201.70 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/15/2023 | 7 | The Electric Blacksmith Ltd. | | 114-1091 Commercial Place | | | Squamish | BC | V8B 1B5 | Canada | $36,562.64 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 05/30/2023 | 32 | The Heavy Timber Group, Inc. | Thomas R. Phinney | Felderstain Fitzgerald et al | 500 Capitol Mail, Suite 2250 | | Sacramento | CA | 95814 | | $519,000.00 | Admin Priority | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |

In re Structurlam Mass Timber U.S., Inc., et al.
Case No. 23-10497 (CTG)                                                                                                           Page 4 of 5

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/2023 | 32 | The Heavy Timber Group, Inc. | Thomas R. Phinney | Felderstain Fitzgerald et al | 500 Capitol Mall, Suite 2250 | | Sacramento | CA | 95814 | | $244,827.05 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 07/03/2023 | 134 | Thomas Quigley | | 6814 West 96th Street | | | Zionsville | IN | 46077 | | UNLIQUIDATED | Priority | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/16/2023 | 94 | Thomas Skinner & Son Limited | Christina Fong | 13880 Vulcan Way | | | Richmond | BC | V6V 1K6 | Canada | $55.87 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/16/2023 | 94 | Thomas Skinner & Son Limited | Christina Fong | 13880 Vulcan Way | | | Richmond | BC | V6V 1K6 | Canada | $2,350.30 | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/07/2023 | 54 | Thompson Cooper LLP/Nexus Law Group LLP | Clinton Lee, Partner | 3960 Quadra Street, Suite 405 | | | Victoria | BC | V8X 4A3 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/05/2023 | 37 | Ticomtec USA, Inc. | Mikhail Gershfeld | 500 S. Jefferson Street | | | Placentia | CA | 92870 | | $77,857.59 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/05/2023 | 33 | Timberline Tooling, Inc. dba Aceco Precision Tools | | 4419 S Federal Way | | | Boise | ID | 83716 | | $24,806.55 | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/15/2023 | 8 | Timberwolf Tools | | PO Box 25 | | | Newry | ME | 04261 | | $3,796.50 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/30/2023 | 129 | Timberwolf Tools | | 3927 N. Central Park Ave | | | Chicago | IL | 60618 | | $3,796.50 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 07/03/2023 | 136 | Uline Canada Corporation | | Box 3500 | RPO Streetsville | | Mississauga | ON | L5M 0S8 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/07/2023 | 44 | Vesper Transport LTD. | | 2115 Wooden Road | | | Cawston | BC | V0X 1C1 | Canada | $19,179.88 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/09/2023 | 5 | W.W. Grainger, Inc. | | 401 S. Wright Rd. | | | Janesville | WI | 53546 | | $24,868.75 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/29/2023 | 126 | Washington Department of Revenue | | 2101 4th Ave Ste 1400 | | | Seattle | WA | 98121 | | $1,508.09 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/13/2023 | 85 | Waste Connections of Canada | Alex Banfield | 190 Campion Street | | | Kelowna | BC | V1X 7S8 | Canada | $4,510.53 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/08/2023 | 58 | Wesco Industries Ltd | | Unit 1, 9663 - 199A Street | | | Langley | BC | V1M 2X7 | Canada | $1,883.20 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/05/2023 | 1 | West Manufacturing Ltd. | | 2930 Marmot Lane | | | West Kelowna | BC | V4T 1T8 | Canada | $999.60 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/06/2023 | 36 | West Termite & Pest Mgmt | Emily Scholtes | 810 Spring Creek Rd | | | Lowell | AR | 72745 | | $961.36 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 05/17/2023 | 13 | West Termite, Pest and Lawn | | 810 Spring Creek Rd | | | Lowell | AR | 72745 | | $721.02 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/14/2023 | 88 | Western Pneumatics | Darla Palahniuk | 110 N Seneca | PO Box 23140 | | Eugene | OR | 97402 | | $4,149.17 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/20/2023 | 84 | Weyerhaeuser NR Company | Attn Melanie Patterson | 220 Occidental Ave S | | | Seattle | WA | 98104-3120 | | $125,666.03 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/12/2023 | 63 | Wholesale Electric Supply Co., Inc. | | 803 S Robison Rd | | | Texarkana | TX | 75504 | | $10,182.73 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/14/2023 | 77 | Wilkinsons, Inc. dba Wilkinsons Mall | | 1212 Harrison Street | | | Conway | AR | 72032 | | $4,058.00 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/12/2023 | 79 | Williams Scotsman Inc. | Attn Recovery Mgr | 4646 E. Van Buren St. Suite 400 | | | Phoenix | AZ | 85008 | | $44,407.98 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/09/2023 | 69 | Windsor Plywood | | 174 Industrial Place | | | Penticton | BC | V2A 7C8 | Canada | $136.29 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/09/2023 | 69 | Windsor Plywood | | 174 Industrial Place | | | Penticton | BC | V2A 7C8 | Canada | $37.72 | Admin Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/07/2023 | 41 | Winsupply Conway AR Co | | 555 Commerce Rd | | | Conway | AR | 72032-7801 | | $3,602.54 | General Unsecured | | | | Structurlam Mass Timber U.S., Inc. | 23-10497 |
| 06/26/2023 | 115 | Wiseworth Canada Industries (1996) Ltd. | | Unit 101, 19298 - 21 Avenue | | | Surrey | BC | V3Z 3M3 | Canada | FOREIGN | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/20/2023 | 95 | Wolanski, Sean | | Address on File | | | | | | | $15,150.00 | Priority | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 06/20/2023 | 95 | Wolanski, Sean | | Address on File | | | | | | | $90,604.22 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |
| 07/05/2023 | 138 | Woodpecker European Timber Framing and Woodworks Ltd. | Peter Graul | PO Box 8109 | | | Canmore | AB | T1W 2T8 | Canada | $35,855.40 | General Unsecured | | | | Structurlam Mass Timber Corporation | 23-10499 |

In re Structurlam Mass Timber U.S., Inc., et al.
Case No. 23-10497 (CTG)

Page 5 of 5