SCHEDULE 2

| Counterparty | Contact | Address1 | Contract Description | Rejection Date |
|---|---|---|---|---|
| A&S Service Group Ltd. | | 115 - 1441 Clark Ave<br>Penticton, BC V2A 7K7 Canada | Janitorial service agreement | 7/6/2023 |
| Air Liquide Canada Inc | | 1250 Rene-Levesque West, Ste 1700<br>Montreal, QC H3B 5E6 Canada | Account 328247; Utility vendor | 7/6/2023 |
| Airgas USA, LLC | | 2530 Sever Road #300<br>Lawrenceville, GA 30043 | Account 4216530; Utility vendor | 7/6/2023 |
| Atco Structures & Logistics Ltd | | 115 Peacekeepers Drive SW<br>Calgary, AB T3E 7X4 Canada | Monthly rental | 7/6/2023 |
| Baron Quality Assurance | | 4631 Falaise Dr.<br>Victoria, BC V8Y Canada | Subcontractor | 7/6/2023 |
| Barry Beecroft Fuel Distributors Ltd | | 448 Industrial Avenue East<br>Penticton, BC V2A 3J1 Canada | Fuel vendor | 7/6/2023 |
| Bell Media Inc | | 33 Carmi Ave<br>Penticton, BC V2A 3G4 Canada | Utility vendor | 7/6/2023 |
| Bell Mobility Inc. | BDI a division on Bell Mobility Inc. | PO Box 4100 PO A<br>Etobicoke, ON M9C 0AB Canada | Utility vendor | 7/6/2023 |
| Booneville Vending & Coffee Services | | 22 West Main St.<br>Booneville, AR 72927 | Vendor | 7/6/2023 |
| Brandner Communications Inc. | | 32026 32nd Ave<br>Federal Way, WA 98001 | Subcontractor | 7/6/2023 |
| Broadhead Operating dba. HMH Agency | | 411 Washington Ave N, Ste 500<br>Minneapolis, MN 55401 | Services agreement | 7/6/2023 |
| Broadview Landscape Inc | | 1019 Moosejaw St<br>Penticton, BC V2A 5T5 Canada | Services agreement | 7/6/2023 |
| CDW Canada | | PO Box 57720<br>Postal Station A<br>Toronto, ON M5W 5M5 Canada | Acct 13252091;Acct 12948563Vendor | 7/6/2023 |
| CDW Direct LLC | | 200 N. Milwaukee Ave<br>Vernon Hills, IL 60061 | Vendor | 7/6/2023 |
| Conway Corporation | | 650 Locust Street<br>Conway AR  77034 | Account No. 4204654 | 7/6/2023 |
| Dowco Consultants Ltd | | 8621 201 Street, Suite 300<br>Langley, BC V2Y 0G9 Canada | Engineering contract | 7/6/2023 |
| elevateHR Consulting and Coaching | | 3503 20th St.<br>Vernon, BC V1T 4C6 Canada | Recruitment services | 7/6/2023 |
| Energy Resourcing | | #150, 205 Quarry Park Blvd SE<br>Calgary, AB T2C 3E7 Canada | Engineering contract | 7/6/2023 |
| Enriquez, Andrew | | 7225 N Jordan Ave<br>Portland, OR 97203 | Subcontractor | 7/6/2023 |
| Equilibrium Consulting Inc. | | 1535 West 3rd Ave<br>Vancouver, BC V6J 1J8 Canada | Subcontractor | 7/6/2023 |
| EZ Bins | | Dallas, TX 75266-0342 | Account 2472/2275; Utility vendor | 7/6/2023 |
| FA Wilhelm Construction | | 3914 Prospect St<br>Indianapolis, IN 46203 | Customer contract | 7/6/2023 |

SCHEDULE 2

| Counterparty | Contact | Address1 | Contract Description | Rejection Date |
|---|---|---|---|---|
| Fortis BC Inc. | | PO Box 8970 Station Main<br>Vancouver, BC V6B 4E2 Canada | Utility vendor | 7/6/2023 |
| Gardiman, Belinda | | 1321 King Street<br>Penticton, BC V2A 4T1 Canada | Janitorial service agreement | 7/6/2023 |
| Heavy Timber Group | | 4120 Douglas Blvd #306-502<br>Granite Bay, CA 95746 | Commission sales agreement | 7/6/2023 |
| LaRosa Building Group, LLC | | 163 Research Parkway<br>Meriden, CT 06450 | Customer contract - Burritt Library | 7/6/2023 |
| Level 10 Construction | | 49 Stevenson Street, Suite 200<br>San Francisco, CA 94105 | Customer contract - Google SBO | 7/6/2023 |
| Moses Structural Engineers | | 366 Adelaide St. West<br>Suite LL04<br>Toronto, ON M5V 1R9 Canada | Engineering contract | 7/6/2023 |
| Okanagan Water Service Dba Culligan | | 1950 Windsor Road<br>Kelowna, BC V1Y 4R5 Canada | Utility vendor | 7/6/2023 |
| Pisacrita, David | | 443 Wurtemburg Road<br>Rhinebeck, NY 12572 | Customer contract - Dave's Shed | 7/6/2023 |
| R.M. Rogers Inc. | | 5322 W. Bellfort St., Ste. 107<br>Houston, TX 77035 | Customer contract - McKinney | 7/6/2023 |
| Ricoh USA, Inc | | PO Box 660342<br>Dallas, TX 75266-0342 | Account 36971588; Vendor | 7/6/2023 |
| Rid-It Pest Control | | PO Box 429 Station Main<br>Penticton, BC V2A 6J9 Canada | Account 37; Services agreement | 7/6/2023 |
| Shaw Cable | | PO Box 2468 Stn M<br>Calgary, AB T2P 4Y2 Canada | Utility vendor | 7/6/2023 |
| Shawmut Design and Construction | | 11390 W Olympic Blvd, Ste 200<br>Los Angeles, CA 90064 | Customer contract - Project C 1 - 4 | 7/6/2023 |
| Shawmut Design and Construction | | 11390 W Olympic Blvd, Ste 200<br>Los Angeles, CA 90064 | Customer contract - WMT OF12 | 7/6/2023 |
| Skansa USA Building Inc. | | 350 Fifth Avenue<br>New York, NY 10118 | Customer contract - Cold Spring Harbor | 7/6/2023 |
| South Okanagan Security Services Ltd. | | 104 - 1960 Barnes Street<br>Penticton, BC V2A 4C3 Canada | Vendor | 7/6/2023 |
| SR Freeman | | 2380 S. Bascom Avenue, Ste. 200<br>Campbell, CA 95008 | Customer contract - Tahoe Lake House | 7/6/2023 |
| Storagepipe Solutions Inc. | | 3080 Yonge St., Suite 6000<br>Toronto, ON M4N 3N1 Canada | Vendor | 7/6/2023 |
| Superior Propane a Division of Superior Plus LP | | 6750 Century Ave<br>Mississauga, ON M5W 0J5 Canada | Utility vendor | 7/6/2023 |
| Superior Septic Services | | 150 Commercial Place<br>Penticton, BC V2A 3H7 Canada | Utility vendor | 7/6/2023 |
| Telus Communications Inc. | Attn: Payment Experience | c/o Telus Services<br>PO Box 2210 Station Terminal<br>Vancouver, BC V8B 8P3 Canada | Utility vendor | 7/6/2023 |

SCHEDULE 2

| Counterparty | Contact | Address1 | Contract Description | Rejection Date |
|---|---|---|---|---|
| Urban One Builders | | 301-311 Alexander Street, Vancouver, BC Canada V6A 1E1 | Customer contrat - Cowichan School | 7/6/2023 |
| Van Houtte Coffee Services | | 105 - 2250 Acland Road, Kelowna, BC V1X 6N6 Canada | Account 303910; Vendor | 7/6/2023 |
| Waste Connections Of Canada Inc | | Dallas, TX 75266-0342 | Account 7320-002403-0000; Vendor | 7/6/2023 |