## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Priscilla Romero, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 6, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; via Overnight Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**; and via First Class Mail upon the service list attached hereto as **Exhibit F**:

- **Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases** [Docket No. 264]

Dated: July 12, 2023

/s/ Priscilla Romero
Priscilla Romero
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Attorneys for Rotho Blaas USA Inc. | Barnes & Thornburg LLP | Mark R. Owens | mark.owens@btlaw.com |
| Counsel to the Prepetition Lender/DIP Lender | Blake, Cassels & Graydon LLP | Kelly Bourassa, Christopher Keliher, Erik Fleming, Austin Beck | kelly.bourassa@blakes.com; christopher.keliher@blakes.com; erik.fleming@blakes.com; Austin.Beck@blakes.com |
| Counsel to the Official Committee of Unsecured Creditors | Buchalter PC | Julian I. Gurule, Khaled Tarazi | jgurule@buchalter.com; ktarazi@buchalter.com |
| Counsel to the Prepetition Lender/DIP Lender; Bank of Montreal | Chapman and Cutler LLP | Stephen R. Tetro II, James P. Sullivan, Helena Honig | jsulliva@chapman.com; stetro@chapman.com; hhonig@chapman.com |
| Counsel for Mercer International, Inc. | Cole Schotz PC | G. David Dean, Michael E. Fitzpatrick, Jack M. Dougherty | ddean@coleschotz.com; mfitzpatrick@coleschotz.com; jdougherty@coleschotz.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Canadian Counsel for the Debtors and Debtors in Possession | Gowling WLG (Canada) LLP | Jonathan Ross, Manuel Dominguez, Stephen Kroeger | Jonathan.Ross@gowlingwlg.com; Manuel.DominguezLizaga@gowlingwlg.com; Stephen.Kroeger@gowlingwlg.com |
| Counsel to Walmart Inc. | Greenberg Traurig, LLP | Ari Newman | newmanar@gtlaw.com |
| Counsel to Walmart Inc. | Greenberg Traurig, LLP | Dennis A. Meloro | Dennis.Meloro@gtlaw.com |
| Counsel to Walmart Inc. | Greenberg Traurig, LLP | Oscar N. Pinkas | pinkaso@gtlaw.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel for United Steelworkers | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Attorneys for Level 10 Construction, LP | Manatt, Phelps & Phillips, LLP | Carl L. Grumer | cgrumer@manatt.com |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Counsel to the Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP | Matthew B. Harvey, Paige N. Topper | mharvey@morrisnichols.com; ptopper@morrisnichols.com |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel for Mercer International, Inc. | Stearns Weaver Miller | Drew M. Dilworth, Eric J. Silver | ddillworth@stearnsweaver.com; esilver@stearnsweaver.com |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel for United Steelworkers | United Steelworkers | David R. Jury, General Counsel | Djury@usw.org |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Counsel to Bank of Montreal | Womble Bond Dickinson (US) LLP | Matthew P. Ward, Morgan L. Patterson | matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

Exhibit B

**Exhibit B**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| A&S Service Group Ltd. | Attn Officer Director or Legal Dept | office.elitepenticton@gmail.com; elitepenticton@gmail.com |
| Air Liquide Canada Inc | Attn Officer Director or Legal Dept | eft.canada@airliquide.com |
| Airgas USA LLC | Don Ford, Donald Hall, Sonja Locklear | payments.remit@airgas.com |
| Airgas USA LLC | Sonja Locklear | sonja.locklear@airgas.com |
| Airgas USA, LLC | Cole Vann | susan.lenards@airgas.com; cashapps@airgas.com; william.vann@airgas.com |
| Atco Structures & Logistics Ltd | Attn Officer Director or Legal Dept | ar@atcosl.com |
| Baron Quality Assurance | David R. Baron | drbaron54@outlook.com |
| Barry Beecroft Fuel Distributors Ltd | Attn Maureen Hayter & Susan Stanley | accounting@bbfd.ca |
| Bell Media Inc | Attn Officer Director or Legal Dept | lindsey.craig@bellmedia.ca |
| Bell Mobility Inc. | BDI a division on Bell Mobility Inc. | BDIAR-EFT@bell.ca; sonia.soranno@bell.ca |
| Booneville Vending & Coffee Services | Attn Officer Director or Legal Dept | bnvlvend@magtel.com |
| Brandner Communications Inc. | Attn Officer Director or Legal Dept | pbrandner@brandner.com |
| Broadhead Operating dba HMH Agency | Stacey Davies | sdavies@broadheadco.com |
| Broadhead Operating dba. HMH Agency | dba HMH Agency | accounting@broadheadco.com |
| Broadview Landscape Inc | Attn Officer Director or Legal Dept | info@broadviewlandscape.ca |
| CDW Canada | Ayman Moughrabi | remittance@cdw.ca; ayman.moughrabi@cdw.ca |
| CDW Direct LLC | Attn Officer Director or Legal Dept | achremittance@cdw.com |
| CDW Direct, LLC | Attn Vida Krug | vida.krug@cdw.com |
| Conway Corporation | Attn Officer Director or Legal Dept | bill.bethea@conwaycorp.com |
| Dowco Consultants Ltd | Attn Officer Director or Legal Dept | accounting@dowco.com |
| elevateHR Consulting and Coaching | Attn Officer Director or Legal Dept | ryan@elevatehrconsulting.ca |
| Energy Resourcing | | accounting.canada@energyresourcing.com |
| Enriquez, Andrew | | Email on File |
| Equilibrium Consulting Inc. | Attn Officer Director or Legal Dept | Accounts@eqcanada.com |
| Equilibrium Consulting USA INC | Attn Officer Director or Legal Dept | hminielly@eqcanada.com |
| Gardiman, Belinda | Attn Officer Director or Legal Dept | Email on File |
| Heavy Timber Group | Attn Officer Director or Legal Dept | kspickler@structurlam.com |
| Moses Structural Engineers | David Moses | dmoses@mosesstructures.com; dmoses@mosesstructures.com |
| Okanagan Water Service Dba Culligan | Attn Officer Director or Legal Dept | remittance@culliganwater.ca |
| R.M. Rodgers Inc. | Attn Officer Director or Legal Dept | max@rmrodgers.com |
| Ricoh USA, Inc | Attn Officer Director or Legal Dept | rendel.delrosario@ricoh-usa.com |
| Ricoh-USA Inc. | Attn Officer Director or Legal Dept | oraclebankruptcyteam@ricoh-usa.com |
| Ricoh-USA, Inc. | Attn Officer Director or Legal Dept | oraclebankruptcyteam@ricoh-usa.com |
| Rid-It Pest Control | Rid-It Pest Control Ltd | ridit@telus.net; admin@ridit.ca |
| South Okanagan Security Services Ltd. | Attn Officer Director or Legal Dept | info@sossecurity.ca |
| Storagepipe Solutions Inc. | Attn Officer Director or Legal Dept | ar@storagepipe.com |
| Superior Propane a Division of Superior Plus LP | Attn Officer Director or Legal Dept | eft@superiorpropane.com |
| Superior Septic Services | Attn Officer Director or Legal Dept | accounting@superiorsepticpenticton.com |
| Van Houtte Coffee Services | Attn Officer Director or Legal Dept | ca.cs.remittal@vanhoutte.com |
| Waste Connections of Canada | Alex Banfield | alexander.banfield@wasteconnections.com |
| Waste Connections Of Canada Inc | Attn Officer Director or Legal Dept | ar-kelowna@wasteconnections.com |

Exhibit C

**Exhibit C**
**Affected Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for LEVEL 10 CONSTRUCTION, LP | Connolly Gallagher LLP | Jeffrey C. Wisler, Karen Bifferato | jwisler@connollygallagher.com; kbifferato@connollygallagher.com |

In re Structurlam Mass Timber U.S., Inc., et al.
Case No. 23-10497 (CTG)

Page 1 of 1

Exhibit D

**Exhibit D**
**Contract Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| A&S Service Group Ltd. | Attn Officer Director or Legal Dept | 115 - 1441 Clark Ave | | Penticton | BC | V2A 7K7 | Canada |
| Air Liquide Canada Inc | Attn Officer Director or Legal Dept | 1250 Rene-Levesque West | Suite 1700 | Montreal | QC | H3B 5E6 | Canada |
| Airgas USA LLC | Don Ford, Donald Hall, Sonja Locklear | 2530 Sever Road #300 | | Lawrenceville | GA | 30043 | |
| Airgas USA, LLC | Cole Vann | 418 Highway 65 N | | Conway | AR | 72034 | |
| Atco Structures & Logistics Ltd | Attn Officer Director or Legal Dept | 115 Peacekeepers Drive Sw | | Calgary | AB | T3E 7X4 | Canada |
| ATCO Structures & Logistics Ltd. | Attn Officer Director or Legal Dept | 24639 Fraser Hwy | | Langley Twp | bc | V2Z 2L2 | Canada |
| Baron Quality Assurance | David R. Baron | 4631 Falaise Dr. | | Victoria | BC | V8Y 1B4 | Canada |
| Barry Beecroft Fuel Distributors Ltd | Attn Maureen Hayter & Susan Stanley | 448 Industrial Avenue East | | Penticton | BC | V2A 3J1 | Canada |
| Bell Media Inc | Attn Officer Director or Legal Dept | 33 Carmi Ave | | Penticton | BC | V2A 3G4 | Canada |
| Bell Mobility | Attn Officer Director or Legal Dept | 700 W Georgia St Basement-Z005 | | Vancouver | BC | V7Y 1K8 | Canada |
| Bell Mobility Inc. | Attn Officer Director or Legal Dept | PO Box 5480 | Station Terminal | Vancouver | BC | V6B 4B5 | Canada |
| Bell Mobility Inc. | BDI a division on Bell Mobility Inc. | PO Box 4100 PO A | | Etobicoke | ON | M9C 0A8 | Canada |
| Booneville Vending & Coffee Services | Attn Officer Director or Legal Dept | 22 West Main St. | | Booneville | AR | 72927 | |
| Brandner Communications Inc. | Attn Officer Director or Legal Dept | 32026 32nd Ave S | | Federal Way | WA | 98001 | |
| Broadhead Operating dba HMH Agency | Stacey Davies | 411 Washington Ave N Suite 500 | | Minneapolis | MN | 55401 | |
| Broadview Landscape Inc | Attn Officer Director or Legal Dept | 1019 Moosejaw St | | Penticton | BC | V2A5T5 | Canada |
| CDW Canada | Ayman Moughrabi | PO Box 57720 | Postal Station A | Toronto | ON | M5W 5M5 | Canada |
| CDW Direct, LLC | Attn Vida Krug | 200 N. Milwaukee Ave | | Vernon Hills | IL | 60061 | |
| Conway Corp | Attn Officer Director or Legal Dept | 650 Locust St | | Conway | AR | 72034 | |
| Dowco Consultants Ltd | Attn Officer Director or Legal Dept | 8621 201 Street, Suite 300 | | Langley | BC | V2Y 0G9 | Canada |
| elevateHR Consulting and Coaching | Attn Officer Director or Legal Dept | 3503 20th St. | | Vernon | BC | V1T 4C6 | Canada |
| Energy Resourcing | Attn Officer Director or Legal Dept | #150, 205 Quarry Park Blvd SE | | Calgary | AB | T2C 3E7 | Canada |
| Enriquez, Andrew | | Address on File | | | | | |
| Equilibrium Consulting Inc. | Attn Officer Director or Legal Dept | 1535 West 3rd Ave | | Vancouver | BC | V6J 1J8 | Canada |
| EZ Bins | Attn Officer Director or Legal Dept | | | Dallas | TX | 75266-0342 | |
| EZ Bins | Tami Hoggard | 4850B Weyerhauser Road | | OK Fallls | BC | V0H 1R2 | Canada |
| FA Wilhelm Construction | Attn Officer Director or Legal Dept | 3914 Prospect St | | Indianapolis | IN | 46203 | |
| Fortis BC | Attn Officer Director or Legal Dept | 103-1280 Commercial Way | | Penticton | BC | V2A 3H5 | Canada |
| Fortis Bc Inc | Attn Officer Director or Legal Dept | Po Box 8970 Station Main | | Vancouver | BC | V6B 4E2 | Canada |
| Gardiman, Belinda | Attn Officer Director or Legal Dept | Address on File | | | | | |
| Heavy Timber Group | Attn Officer Director or Legal Dept | 4120 Douglas Blvd #306-502 | | Granite Bay | CA | 95746 | |
| LaRosa Building Group | Attn Officer Director or Legal Dept | 163 Research Parkway | | Meriden | CT | 06450 | |
| Level 10 Construction | Attn Officer Director or Legal Dept | 49 Stevenson Street, Suite 200 | | San Francisco | CA | 94105 | |
| Moses Structural Engineers | David Moses | 366 Adelaide St. West | Suite LL04 | Toronto | ON | M5V 1R9 | Canada |
| Okanagan Water Service Dba Culligan | Attn Officer Director or Legal Dept | 1950 Windsor Road | | Kelowna | BC | V1Y 4R5 | Canada |
| Pisacrita, David | | 443 Wurtemburg Road | | Rhinebeck | NY | 12572 | |
| R.M. Rodgers Inc. | Attn Officer Director or Legal Dept | 5322 W Bellfort St. Ste 107 | | Houston | TX | 77035 | |
| Ricoh USA, Inc | Attn Officer Director or Legal Dept | PO Box 660342 | | Dallas | TX | 75266-0342 | |
| Ricoh-USA Inc. | Attn Officer Director or Legal Dept | P.O. Box 532530 | | Atlanta | GA | 30353-2530 | |
| Ricoh-USA, Inc. | Attn Officer Director or Legal Dept | 3920 Arkwright Rd., Suite 400 | | Macon | GA | 31210 | |
| Rid-It Pest Control | Rid-It Pest Control Ltd | PO Box 429 Station Main | | Penticton | BC | V2A 6J9 | Canada |
| S.R. Freeman | Attn Officer Director or Legal Dept | 2380 S. Bascom Avenue | Suite 200 | Campbell | CA | 95008 | |

**Exhibit D**
**Contract Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Shaw Cable | Attn Officer Director or Legal Dept | Po Box 2468 Stn M | | Calgary | AB | T2P 4Y2 | Canada |
| Shaw Cable | Attn Officer Director or Legal Dept | 630 3 Ave SW Suite 900 | | Calgary | AB | T2P 4L4 | Canada |
| Shawmut Design and Construction | Attn Officer Director or Legal Dept | 11390 W Olympic Blvd Suite 200 | | Los Angeles | CA | 90064 | |
| South Okanagan Security Services Ltd. | Attn Officer Director or Legal Dept | 104 - 1960 Barnes Street | | Penticton | BC | V2A 4C3 | Canada |
| Storagepipe Solutions Inc. | Attn Officer Director or Legal Dept | 3080 Yonge St., Suite 6000 | | Toronto | ON | M4N 3N1 | Canada |
| Superior Propane a Division of Superior Plus LP | Attn Officer Director or Legal Dept | 6750 Century Ave | | Mississauga | ON | M5W0J5 | Canada |
| Superior Septic Services | Attn Officer Director or Legal Dept | 150 Commercial Place | | Penticton | BC | V2A 3H7 | Canada |
| Telus Communications | Attn Officer Director or Legal Dept | 510 West Georgia St | | Vancouver | BC | V6B 0M3 | Canada |
| Telus Communications Inc. | c/o Telus Services | Attn Payment Experience | PO Box 2210 Station Terminal | Vancouver | BC | V8B 8P3 | Canada |
| Urban One Builders | Jag Gill | 301-311 Alexander Street | | Vancouver | BC | V6A 1E1 | Canada |
| Urban One Builders | Jag Gill | 50 W. 7th Ave | | Vancouver | BC | V5Y1L6 | Canada |
| Van Houtte Coffee Services | Attn Officer Director or Legal Dept | 105 - 2250 Acland Road | | Kelowna | BC | V1X 6N6 | Canada |
| Waste Connections of Canada | Alex Banfield | 190 Campion Street | | Kelowna | BC | V1X 7S8 | Canada |
| Waste Connections of Canada | Edward Banfield | 112-1219 Commercial Way | | Penticton | BC | V2A 3H4 | Canada |
| Waste Connections of Canada, Inc. | Attn Officer Director or Legal Dept | | | Dallas | TX | 75266-0342 | |

# Exhibit E

**Exhibit E**
**Affected Party Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorneys for LEVEL 10 CONSTRUCTION, LP | Connolly Gallagher LLP | Jeffrey C. Wisler, Karen Bifferato | 1201 North Market Street, 20th Floor | Wilmington | DE | 19801 |

# Exhibit F

Exhibit F
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | |
| Counsel to the Prepetition Lender/DIP Lender | Blake, Cassels & Graydon LLP | Kelly Bourassa, Christopher Keliher, Erik Fleming, Austin Beck | 855 - 2nd Street S.W., Suite 3500 | Bankers Hall East Tower | | Calgary | AB | T2P 4J8 | Canada |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Counsel to the Prepetition Lender/DIP Lender; Bank of Montreal | Chapman and Cutler LLP | Stephen R. Tetro II, James P. Sullivan, Helena Honig | 320 South Canal Street | 27th Floor | | Chicago | IL | 60606 | |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Counsel to Walmart Inc. | Greenberg Traurig, LLP | Oscar N. Pinkas | One Vanderbilt Avenue | | | New York | NY | 10017 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | |
| Counsel for Mercer International, Inc. | Stearns Weaver Miller | Drew M. Dilworth, Eric J. Silver | 150 West Flagler Street, Suite 2200 | | | Miami | FL | 33130 | |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Counsel for United Steelworkers | United Steelworkers | David R. Jury, General Counsel | 60 Boulevard of the Allies, Room 807 | | | Pittsburgh | PA | 15222 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |

**Exhibit F**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | |

In re Structurlam Mass Timber U.S., Inc., et al.
Case No. 23-10497 (CTG)

Page 2 of 2