**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION RE: NOTICE OF (I) PLAN VOTING DEADLINE, (II) PLAN CONFIRMATION/ DISCLOSURE STATEMENT HEARING AND (III) CERTAIN RELATED MATTERS**

This Affidavit of Publication includes the sworn statement verifying that the *Notice of (I) Plan Voting Deadline, (II) Plan Confirmation/ Disclosure Statement Hearing and (III) Certain Related Matters* was published and incorporated by reference herein as follows:

1. In *The New York Times* - National Edition on November 17, 2023, attached hereto as **Exhibit A**.

2. In the *Arkansas Democrat Gazette* on November 19, 2023, attached hereto as **Exhibit B**.

3. In the *Vancouver Sun* on November 21, 2023, attached hereto as **Exbibit C**.

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

# Exhibit A



The New York Times
Company

620 8th Avenue
New York, NY 10018
nytimes.com

## PROOF OF PUBLICATION

November 17, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

11/17/2023, NY & NATL, pg B5

Larnyce Tabron

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

Digitally signed by John McGill
Date: 2023.11.17 14:14:40 -05'00'

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] Debtors. ) Chapter 11, Case No. 23-10497 (CTG) (Jointly Administered)

**NOTICE OF (I) PLAN VOTING DEADLINE, (II) PLAN CONFIRMATION/DISCLOSURE STATEMENT HEARING AND (III) CERTAIN RELATED MATTERS**

**PLEASE TAKE NOTICE THAT** on November 8, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Structurlam Mass Timber U.S., Inc. *et al.* (the "**Combined Disclosure Statement and Plan**"). Pursuant to an Order dated November 9, 2023 (the "**Interim Approval and Procedures Order**"), the Bankruptcy Court conditionally approved the Combined Disclosure Statement and Plan for solicitation purposes only. A combined hearing to consider the Combined Disclosure Statement and Plan (the "**Combined Hearing**") will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court, 3rd Floor, Court Room 7, on **December 19, 2023, at 11:00 a.m. (*prevailing* Eastern Time)**]. Objections to confirmation of the Combined Disclosure Statement and Plan, including any objection to the adequacy of the disclosures if any, must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim of such party; and (c) be filed with the Court and served so as to be actually received by the following parties by **4:00 p.m. (*prevailing* Eastern Time) on December 12, 2023:** (i) counsel for the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn:* William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com) and Mark D. Olivere, Esquire (olivere@chipmanbrown.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (*Attn:* Benjamin A. Hackman (Benjamin.a.hackman@usdoj.gov)); and (iii) counsel to the Official Committee of Unsecured Creditors, *Buchalter*, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730 (*Attn:* Julian Gurule, Esquire (jgurule@buchalter.com)); and *Morris, Nichols, Arsht & Tunnell LLP*, 1201 North Market Street, Wilmington, DE 19899-1347 (*Attn:* Matthew B. Harvey, Esquire (mharvey@morrisnichols.com)).

Pursuant to the Interim Approval and Procedures Order, the Bankruptcy Court approved the use of certain materials in the solicitation of votes to accept or reject the Combined Disclosure Statement and Plan and procedures to tabulate votes on the Combined Disclosure Statement and Plan. If you are a holder of a Claim against the Debtors as of November 9, 2023 (the "**Record Date**") and entitled to vote, you have received a ballot form (a "**Ballot**") and instructions for completing the Ballot. Ballots must be completed and returned in accordance with the instructions by **4:00 p.m., (*prevailing* Eastern Time), on December 12, 2023** (the "**Voting Deadline**"). Failure to follow the instructions may disqualify such Ballot and vote. The following are important dates to note.

**Important Dates**

| Description | Deadline |
|---|---|
| Voting Procedures Hearing Objection Deadline | November 7, 2023, at 4:00 pm (ET) |
| Voting Procedures and Interim Disclosure Statement Hearing | November 14, 2023, at 3:30 p.m. (ET) |
| Voting Record Date | The date of entry of the Interim Approval and Procedures Order |
| Solicitation Commencement Date | Within five (5) business days after entry of the Interim Approval and Procedures Order |
| Deadline for Creditors to File Rule 3018 Motions | December 1, 2023, at 4:00 p.m. (ET) |
| Plan Supplement Deadline | December 5, 2023 |
| Deadline for Debtors to Respond to Rule 3018 Motions | December 8, 2023, at 4:00 p.m. (ET) |
| Voting Deadline for the Combined Disclosure Statement and Plan | December 12, 2023, at 4:00 p.m. (ET) |
| Combined Disclosure Statement and Plan Objection Deadline | December 12, 2023, at 4:00 p.m. (ET) |
| Deadline to File Confirmation Brief and Other Evidence Supporting the Combined Disclosure Statement and Plan | December 14, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Tabulation Affidavit | December 14, 2023, at 4:00 p.m. (ET) |
| Combined Hearing | December 19, 2023, at 11:00 a.m. (ET) |

**PLEASE BE ADVISED THAT ARTICLE XI OF THE COMBINED DISCLOSURE STATEMENT AND PLAN CONTAINES CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCUPLATION AND INJUNCTION PROVISIONS SET FORTH IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MAY BE AFFECTED.**

Copies of the Combined Disclosure Statement and Plan and the Interim Approval and Procedures Order are available for review without charge at the website maintained by the Claims and Noticing Agent, https://www.kccllc.net/structurlam or by calling (888) 647-1715 (U.S./ Canada) or (310) 751-2619 (International).

Dated: November 14, 2023, Wilmington, Delaware, **CHIPMAN BROWN CICERO & COLE, LLP**, */s/ William E. Chipman, Jr.* , William E. Chipman, Jr. (No. 3818), Mark D. Olivere (No. 4291), Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Telephone: (302) 295-0191, Facsimile: (302) 295-0199, Email: chipman@chipmanbrown.com, olivere@chipmanbrown.com, *Counsel for the Debtors and the Debtor-in-Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

**LABOR | RETAIL**

# Top Retailers Fear Squeeze On Shoppers

FROM FIRST BUSINESS PAGE

month, he said, as shoppers turned out for special promotions. "They're leaning heavily into these promotional periods to buy these discretionary items that maybe they have held off purchasing this year," Mr. Rainey said, citing toys and clothes. That bodes well for Black Friday, he said, but less promising are "the shoulder periods before and after those events where we're just seeing the consumer not as strong."

On Wednesday, Target reported a roughly 5 percent decline in sales last quarter, which it said was the result of a decline in discretionary purchases like electronics offset somewhat by growth in beauty products and other more frequently bought items.

"Overall, consumers are still spending, but pressures like higher interest rates, the resumption of student loan repayments, increased credit card debt and reduced savings rates have left them with less discretionary income, forcing them to make trade-offs," Brian C. Cornell, Target's chief executive, said on a call with analysts. Two-thirds of toys in its stores will be priced at less than $25, the company said.

Target expects sales to continue falling in the final months of the year, subject to a "wide range" that reflects the uncertainty about holiday spending.

The U.S. Commerce Department reported that retail sales nationwide nudged down 0.1 percent in October from the previous month, the first drop since March. The decline, which is not adjusted for inflation, was driven by weakness in big-ticket categories like furniture and cars, which may be weighed down by the higher interest rates consumers face when buying on credit.

Home Depot said this week that "softer engagement" with pricey purchases like countertops and cabinets pushed down sales in its most recent quarter. The retailer boomed during the pandemic as people moved and took on home-improvement projects, but recently has experienced a "period of moderation," according to Ted Decker, the company's chief executive.

Macy's also reported a decline in sales in its most recent quarter, partly due to higher delinquency rates on its credit cards. It is heading into the holiday season with much leaner inventories than in recent years.

Consumer demand has been unexpectedly resilient, despite the Federal Reserve's efforts to rein in inflation by making it more expensive to borrow. The economy expanded at a 4.9 percent annual rate in the third quarter, far faster than the roughly 2 percent pace that officials at the Fed regard as a steady state of growth. Still, recent surveys measuring consumer confidence and opinions of the state of the economy have been gloomy, even as the job market remains healthy and wage growth outpaces inflation.

Holiday sales are expected to grow, but by less than in previous years. The National Retail Federation estimates that retail sales during November and December will increase 3 to 4 percent, down from a 5.3 percent rise that was recorded during last year's holiday shopping season.

Some retailers see more straitened times as an opportunity. TJX, the parent company of off-price retailers like TJ Maxx and Marshalls, reported 6 percent growth in sales in its most recent quarter. At HomeGoods, its furniture division, sales rose 9 percent, a contrast to other retailers reporting declines in that category.

Ernie Herrman, TJX's chief executive, said consumers come to the retailer's outlets for more bang for their buck relative to higher-priced retailers. "Customers are telling us that their value perception of us is very strong, which is key," he said.

ADAM DAVIS/EPA, VIA SHUTTERSTOCK

**A Walmart store in Austin, Texas. The retailer is "more cautious on the consumer," its finance chief said.**

# U.A.W. Members Back Contracts With Big 3

FROM FIRST BUSINESS PAGE

from $32. They were reached last month after a six-week wave of strikes that hobbled the companies — a strategy spearheaded by the union's new president, Shawn Fain, who had vowed to take a more adversarial approach to negotiations than his predecessors.

The agreements appear to have quickly reverberated across the auto industry, with Toyota, Hyundai and Honda announcing significant wage increase at nonunion plants in the United States only days later.

"We call that the U.A.W. bump, and that stands for 'U Are Welcome,'" Mr. Fain said in testimony before the Senate Health, Education, Labor and Pensions Committee this week. "And we're very proud of that. And when these workers decide to organize and join the U.A.W., they're going to realize the full benefit of union membership and get what they're fully due."

The new contracts also included larger company contributions to workers' retirement plans and the right to strike over plant closures. All three automakers declined to comment on the ratification votes.

Mr. Fain said the union was seeking to capitalize on its momentum by waging muscular organizing campaigns at nonunion plants, and, in remarks submitted to the Senate committee, he added that thousands of workers were already contacting the union and signing union cards.

But even Mr. Fain's tough approach in the talks with the Big Three did not yield terms attractive enough to many union members. G.M. workers at several large plants voted against the tentative agreement by large margins.

In contrast, members of the International Brotherhood of Teamsters recently approved a new contract at United Parcel Service with 86 percent support, while a new contract between the Writers Guild of America and Hollywood studios passed with 99 percent support.

Rebecca Givan, a labor studies professor at Rutgers University, said Mr. Fain had achieved a major victory despite having taken office only a few months earlier with a goal of reorienting the union.

Dr. Givan said the union's approach of initially striking at one plant at each of the three automakers and ramping up over time had "really upended a lot of conventional wisdom" in the labor movement and had proved unusually successful at reversing some concessions that the union had accepted years earlier, like the suspension of a cost-of-living adjustment.

"This shows that if workers build enough power, they can win things back," she said.

U.A.W. members at Mack Truck also ratified a contract on Wednesday, after rejecting an initial agreement with the company.

Across the three automakers, skepticism toward the agreements arose in large part from veteran workers who felt that the proposed contracts did not go far enough to compensate them for years of concessions and weak wage growth, even given strong gains for newer workers. Wages for some newer workers will more than double over the next four years.

Huey Harris, a G.M. employee at a large truck assembly plant in Flint, Mich., who has worked at the company for over 20 years, said the deal should have gone further in rewarding veteran workers, though he ultimately voted for it. "The traditional people didn't think they were offered enough in the contract," he said.

Several longtime employees of the Big Three automakers said that even after the large gains of the new contract, they would not be making more than when they started their careers.

Curtis March, who works at Ford's Chicago Assembly Plant, said he made about $18 an hour once he reached the top wage for production workers at the company in the early 1990s, equivalent to more than $40 today when adjusted for inflation. He will make about $36 in the first year of the new contract.

Mr. March said the deal was likely to pass at Ford because it placated more recent employees, who outnumber veterans like him. Workers at his plant approved the deal after voting against several previous contracts.

Despite the ultimate success, the path to ratifying the contracts has included some internal strains for Mr. Fain and the union. Unite All Workers for Democracy, a reform group that played a key role in electing Mr. Fain and six other members of the U.A.W. executive board to their positions, declined to formally recommend that union members approve the contract even after Mr. Fain urged the group to do so at a recent meeting, according to three people familiar with the meeting. Instead, Unite All Workers passed a resolution committing it to stay neutral during the ratification vote, though it stated that the group "celebrates the record gains made in this agreement."

Two of these people also said the union's General Motors department had been less communicative and less proactive in distributing information about the contract to local union officials and members than the Ford and Stellantis departments.

The union declined to comment on these developments.

Ratification could also bring political benefits to President Biden, who waded into the negotiations over the summer and fall, and who risked angering business leaders by increasingly siding with the union's members.

Administration officials were taken aback in August when Mr. Fain called for a 40 percent raise for autoworkers and a four-day workweek. Executives at the Big Three called the White House to ask if Mr. Fain was serious. A senior administration official said Biden aides had reassured them that the union wanted a deal, but acknowledged that the negotiations could go quite differently from the way the automakers were used to.

In mid-September, when Mr. Biden was in New York for meetings at the United Nations General Assembly, he joined aides on a video call to make a decision that he and his team had been building toward for weeks: to join autoworkers on a picket line in Detroit. That decision infuriated executives, the administration official said, but the White House saw it as a victory for the president and for workers, by making a clear statement about where Mr. Biden stood in the negotiations.

Some autoworkers argued that the union had erred by failing to expand the strike, which eventually included about one-third of the companies' unionized workers in the United States, even more.

LaDonna Newman, another longtime Ford worker who opposed the contract because of its limited gains for veteran workers, said she believed the union could have won more at the bargaining table had it been willing to escalate further.

Still, she did not blame Mr. Fain for the outcome. "He walked into a burning building," Ms. Newman said. "I give him a lot of kudos for having the courage to go against the corporations."

Jim Tankersley and Sophia Lada contributed reporting.

JAMIE KELTER DAVIS FOR THE NEW YORK TIMES

**LaDonna Newman, a longtime Ford worker, said the U.A.W. could have won more at the bargaining table. Still, she praised Shawn Fain, the union president.**

# Union Workers Walk Out For Starbucks Giveaway

**By SANTUL NERKAR**

Unionized Starbucks workers walked off the job on Thursday to press their demands for contract negotiations and spotlight their complaints over staffing and scheduling issues.

The union representing the striking workers, Starbucks Workers United, said the walkout involved thousands of workers at more than 200 stores. Starbucks said workers were protesting at fewer than 100 stores, with most of those stores remaining open. The company has roughly 9,300 corporate-owned stores in the United States.

The stoppage coincides with an annual Starbucks promotion, Red Cup Day, in which customers receive bright-red reusable cups if they order a holiday-themed beverage, like a Sugar Cookie Almondmilk Latte.

Starbucks Workers United has said events like Red Cup Day force employees to handle more orders than usual but without sufficient staffing.

Unionized workers say the company has refused to bargain over staffing and scheduling issues that are particularly acute on such days, and the union filed an unfair labor practice claim with the National Labor Relations Board over the issue this year.

The union represents more than 9,000 Starbucks workers at more than 300 stores across the country. Employees at some unionized stores started the walkout on Wednesday with the aim of surprising the company, which was aware of Thursday's action.

Starbucks says the union is the side that has prevented bargaining sessions by insisting on conducting the meetings online, with rank-and-file members observing, rather than having negotiating teams sit down in person.

"We hope that Workers United's priorities will shift to include the shared success of our partners and negotiating contracts for those they represent," Andrew Trull, a company spokesman, said in a statement.

The union is calling on the company to shut down mobile orders on promotional days, which it says have become more frequent.

Daisy Federspiel-Baier, a shift supervisor at a Starbucks in Seattle, said her store received more than 200 orders in a half-hour during an October promotion in which customers could get 50 percent off any drink. The store was so overwhelmed that some drinks and food went to waste and orders were halted, she said.

"I watched as baristas verged on a state of mental breakdown, being verbally berated by customers and feeling pressure from bosses to keep performing when it was unreasonable to do so," Ms. Federspiel-Baier said.

In a statement, Starbucks acknowledged that promotions "may change store patterns and traffic," but added: "Our stores are often provided additional labor hours to augment staffing in support of planned promotional days."

Rachel Simandl, a shift supervisor at a unionized Starbucks in Chicago where employees walked out on Wednesday and Thursday, said staffing problems were more chronic, leaving workers exhausted and hurting business by increasing wait times for customers and lowering service quality.

"Straight up, what we need is to have more coverage on the floor," Ms. Simandl said. "Instead of only three people, to have four or five people. It makes such a big difference in the way the day flows."

The walkout was the latest development in a battle between the company and organized labor. After two initial election victories in the Buffalo area in December 2021, the union campaign quickly spread. About 70 stores filed for union elections in March 2022, but the momentum dissipated. Nearly 20 stores filed for union elections last month.

Of the stores that have had their election results certified by the National Labor Relations Board, 363 voted to unionize, while 71 voted against unionization.

In September, a judge for the labor board ruled that Starbucks had violated federal law by limiting raises and benefit improvements to nonunionized workers. Another administrative judge ruled in March that Starbucks had repeatedly violated federal labor laws by illegally tampering with union organizing and firing employees who sought to unionize.

In June, unionized workers declared a weeklong strike at more than 150 stores, protesting what they said was the company's ban on Pride Month apparel and treatment of L.G.B.T.Q. workers — an assertion that management denied. Starbucks said the protest had temporarily closed 21 stores.

Starbucks Workers United said the Red Cup Day protests on Thursday had extended to around a dozen nonunionized stores.

Noam Scheiber contributed reporting.

GRANT HINDSLEY FOR THE NEW YORK TIMES

**Daisy Federspiel-Baier, center, with other unionized Starbucks workers at an early walkout at their store in Seattle on Wednesday.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: MALLINCKRODT PLC, *et al.*, Debtors.[1] ) Chapter 11 ) Case No. 23-11258 (JTD) ) (Jointly Administered)

**NOTICE OF (I) OCCURANCE OF EFFECTIVE DATE AND (II) ENTRY OF ORDER APPROVING (A) THE DISCLOSURE STATEMENT AND (B) CONFIRMING THE FIRST AMENDED PREPACKAGED JOINT PLAN OF REORGANIZATION OF MALLINCKRODT PLC AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on October 10, 2023, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"), entered an order [Docket No. 522] (the "***Combined Order***") confirming the *First Amended Prepackaged Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 17] (as the same may have been modified, supplemented, and amended, the "***Plan***")[2] (attached as Exhibit A to the Combined Order) and approving the *Disclosure Statement for Prepackaged Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 18] of the above-captioned debtors and debtors in possession (collectively, the "***Debtors***").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on November 14, 2023.

**PLEASE TAKE FURTHER NOTICE** that the Combined Order, the Plan, and copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website maintained by the Debtors' solicitation agent, Kroll Restructuring Administration LLC (the "***Solicitation Agent***" or "***Kroll***"), at https://restructuring.ra.kroll.com/mallinckrodt2023. Copies of the Combined Order, the Plan, and all documents filed in these chapter 11 cases may also be obtained by calling the Solicitation Agent at 844.245.7926 (TOLL-FREE), 646.440.4855 (INTERNATIONAL), e-mailing the Solicitation Agent at MALLINCKRODT2023INFO@RA.KROLL.COM. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article IX of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, and any Holder of a Claim or an Interest and such Holder's respective predecessors, successors, and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Combined Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Combined Order in their entirety.

Dated: November 14, 2023, */s/ Michael J. Merchant*, **RICHARDS, LAYTON & FINGER, P.A.,** Mark D. Collins (No. 2981), Michael J. Merchant (No. 3854), Amanda R. Steele (No. 5530), One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701, Email: collins@rlf.com, merchant@rlf.com, steele@rlf.com -and- George A. Davis (admitted *pro hac vice*), Anupama Yerramalli (admitted *pro hac vice*), Adam S. Ravin (admitted *pro hac vice*), Hugh K. Murtagh (admitted *pro hac vice*), **LATHAM & WATKINS LLP,** 1271 Avenue of the Americas, New York, New York 10020, Telephone: (212) 906-1200, Facsimile: (212) 751-4864, Email: george.davis@lw.com, anu.yerramalli@lw.com, adam.ravin@lw.com, hugh.murtagh@lw.com -and- Jason B. Gott (admitted *pro hac vice*), Asif Attarwala (admitted *pro hac vice*), **LATHAM & WATKINS LLP,** 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Telephone: (312) 876-7700, Facsimile: (312) 993-9767, Email: jason.gott@lw.com, asif.attarwala@lw.com, *Counsel for Debtors and Debtors in Possession*

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/mallinckrodt2023. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan and the Combined Order, as applicable.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] Debtors. ) Chapter 11, Case No. 23-10497 (CTG) ) (Jointly Administered)

**NOTICE OF (I) PLAN VOTING DEADLINE, (II) PLAN CONFIRMATION/DISCLOSURE STATEMENT HEARING AND (III) CERTAIN RELATED MATTERS**

**PLEASE TAKE NOTICE THAT** on November 8, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Structurlam Mass Timber U.S., Inc. *et al.* (the "**Combined Disclosure Statement and Plan**"). Pursuant to an Order dated November 9, 2023 (the "**Interim Approval and Procedures Order**"), the Bankruptcy Court conditionally approved the Combined Disclosure Statement and Plan for solicitation purposes only. A combined hearing to consider the Combined Disclosure Statement and Plan (the "**Combined Hearing**") will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court, 3rd Floor, Court Room 7, on **December 19, 2023, at 11:00 a.m. (*prevailing* Eastern Time)**]. Objections to confirmation of the Combined Disclosure Statement and Plan, including any objection to the adequacy of the disclosures if any, must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim of such party; and (c) be filed with the Court and served so as to be actually received by the following parties by **4:00 p.m. (*prevailing* Eastern Time) on December 12, 2023:** (i) counsel for the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn:* William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com) and Mark D. Olivere, Esquire (olivere@chipmanbrown.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (*Attn:* Benjamin A. Hackman (Benjamin.a.hackman@usdoj.gov)); and (iii) counsel to the Official Committee of Unsecured Creditors, *Buchalter*, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730 (*Attn:* Julian Gurule, Esquire (jgurule@buchalter.com)); and *Morris, Nichols, Arsht & Tunnell LLP*, 1201 North Market Street, Wilmington, DE 19899-1347 (*Attn:* Matthew B. Harvey, Esquire (mharvey@morrisnichols.com)).

Pursuant to the Interim Approval and Procedures Order, the Bankruptcy Court approved the use of certain materials in the solicitation of votes to accept or reject the Combined Disclosure Statement and Plan and procedures to tabulate votes on the Combined Disclosure Statement and Plan. If you are a holder of a Claim against the Debtors as of November 9, 2023 (the "**Record Date**") and entitled to vote, you have received a ballot form (a "**Ballot**") and instructions for completing the Ballot. Ballots must be completed and returned in accordance with the instructions by **4:00 p.m., (*prevailing* Eastern Time), on December 12, 2023** (the "**Voting Deadline**"). Failure to follow the instructions may disqualify such Ballot and vote. The following are important dates to note.

**Important Dates**

| Description | Deadline |
|---|---|
| Voting Procedures Hearing Objection Deadline | November 7, 2023, at 4:00 pm (ET) |
| Voting Procedures and Interim Disclosure Statement Hearing | November 14, 2023, at 3:30 p.m. (ET) |
| Voting Record Date | The date of entry of the Interim Approval and Procedures Order |
| Solicitation Commencement Date | Within five (5) business days after entry of the Interim Approval and Procedures Order |
| Deadline for Creditors to File Rule 3018 Motions | December 1, 2023, at 4:00 p.m. (ET) |
| Plan Supplement Deadline | December 5, 2023 |
| Deadline for Debtors to Respond to Rule 3018 Motions | December 8, 2023, at 4:00 p.m. (ET) |
| Voting Deadline for the Combined Disclosure Statement and Plan | December 12, 2023, at 4:00 p.m. (ET) |
| Combined Disclosure Statement and Plan Objection Deadline | December 12, 2023, at 4:00 p.m. (ET) |
| Deadline to File Confirmation Brief and Other Evidence Supporting the Combined Disclosure Statement and Plan | December 14, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Tabulation Affidavit | December 14, 2023, at 4:00 p.m. (ET) |
| Combined Hearing | December 19, 2023, at 11:00 a.m. (ET) |

**PLEASE BE ADVISED THAT ARTICLE XI OF THE COMBINED DISCLOSURE STATEMENT AND PLAN CONTAINES CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCUPLATION AND INJUNCTION PROVISIONS SET FORTH IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MAY BE AFFECTED.**

Copies of the Combined Disclosure Statement and Plan and the Interim Approval and Procedures Order are available for review without charge at the website maintained by the Claims and Noticing Agent, https://www.kccllc.net/structurlam or by calling (888) 647-1715 (U.S./ Canada) or (310) 751-2619 (International).

Dated: November 14, 2023, Wilmington, Delaware, **CHIPMAN BROWN CICERO & COLE, LLP,** */s/ William E. Chipman, Jr.*, William E. Chipman, Jr. (No. 3818), Mark D. Olivere (No. 4291), Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Telephone: (302) 295-0191, Facsimile: (302) 295-0199, Email: chipman@chipmanbrown.com, olivere@chipmanbrown.com, *Counsel for the Debtors and the Debtor-in-Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

# Exhibit B

Form v1.41

Arkansas Democrat Gazette

**AFFIDAVIT • STATE OF ARKANSAS**

I, Charles A. McNeice Jr., do solemnly swear that I am the Business Manager of the **Arkansas Democrat-Gazette**, a daily newspaper printed and published in PULASKI county, State of ARKANSAS; that I was so related to this publication at and during the publication of the annexed legal advertisement in the matter of :

RB150071

Pending in the court, in said County, and at the dates of the several publications of said advertisement stated below, and that during said periods and at said dates, said newspaper was printed and had a bona fide circulation in said County, that said newspaper had been regularly printed and published in said county, and had a bona fide circulation therein for the period of one month before the date of the first publication of said advertisement; and that said advertisement was published in the regular daily issues of said newspaper as stated below.

And that there is due or has been paid the **Arkansas Democrat-Gazette** for publication the sum of (Includes $0.00 Affidavit Charge).

***ADG Arkansas Democrat-Gazette 11/19/23; NWA Democrat Gazette 11/19/23***

Charles A. McNeice Jr.

Business Manager

State of ARKANSAS, County of PULASKI, Subscribed and sworn to before me on this 20th day of November, 2023

Deanna Griffin

NOTARY PUBLIC

OFFICIAL SEAL - #12347408
DEANNA GRIFFIN
NOTARY PUBLIC-ARKANSAS
PULASKI COUNTY
MY COMMISSION EXPIRES: 03-30-26

**AFFIDAVIT • STATE OF ARKANSAS**

I, Charles A. McNeice Jr., do solemnly swear that I am the Business Manager of the **Arkansas Democrat-Gazette**, a daily newspaper printed and published in PULASKI county, State of ARKANSAS; that I was so related to this publication at and during the publication of the annexed legal advertisement in the matter of :

RB150071

Pending in the court, in said County, and at the dates of the several publications of said advertisement stated below, and that during said periods and at said dates, said newspaper was printed and had a bona fide circulation in said County, that said newspaper had been regularly printed and published in said county, and had a bona fide circulation therein for the period of one month before the date of the first publication of said advertisement; and that said advertisement was published in the regular daily issues of said newspaper as stated below.

## LEGAL NOTICES

IN THE CIRCUIT COURT OF NEVADA COUNTY, ARKANSAS PROBATE DIVISION
IN THE MATTER OF THE ADOPTION OF DAISY BETHWREY WHITE, a minor
CASE NO. SOPR-23-37
WARNING ORDER
To: CHRISTOPHER MCCARTNEY KEE (Unknown Address)

You are hereby notified that a case has been filed in the Circuit Court of Nevada County, Arkansas, Probate Division, which may affect your rights. You are hereby warned to appear in this Court within thirty days and answer the Petition.

Upon failure of Respondent to do so, the Petition filed herein will be deemed to be admitted. The above-mentioned Respondent, or any person desiring to be heard concerning this action, is hereby notified.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as Clerk of the COurt on this 9 day of November, 2023.

COUNTY CLERK
BY: /s/Tammie Rose
Dates of Publication:
November 12, 2023
November 19, 2023
346605f

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS DISCOVER BANK, PLAINTIFF
vs.
CASE NO. 54CV-23-119
BREONNA RILEY, DEFENDANT
WARNING ORDER

The Defendant, BREONNA RILEY is hereby warned to appear in this Court within thirty (30) days from the date of first publication of this Order – or sixty (60) days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - and answer the Complaint filed against her by the Plaintiff.

Failure to file a written answer within thirty (30) days – or sixty (60) days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - may result in an entry of judgment by default against you or otherwise bar you from answering or asserting any defense you have.

WITNESS my hand and seal as Clerk of the Circuit Court of PHILLIPS County, State of Arkansas, this 31st day of October, 2023.

Asia R. Scott, CIRCUIT CLERK
Stephen L. Bruce, Ark Bar #2009103; Leah K. Clark, Ark Bar #2021287; Brett M. Harris, ABA #2022046, Attorney for Plaintiff, P.O. Box 808, Edmond OK 73083-0808, (405) 330-4110
348863z

Marsha purchased her first car from a Classifieds ad.

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS ROBIN R. PARRISH, VIRGINIA L. PARRISH AND GLORIA J. PARRISH-SMITH, PLAINTIFFS
VS. NO. 54CV-23-218
CERTAIN LANDS, DEFENDANT
NOTICE OF QUIET TITLE ACTION

Notice is hereby given that a Petition has been filed in the office of the Circuit Clerk of Phillips County, Arkansas, to quiet and confirm title in and to the following described property in Arkansas County, Arkansas:

Fifteen acres in the Southwest corner of the Northwest Quarter of Section Twenty-two, in Township One South, Range Four East, described as follows: viz; Commencing at the Southwest Corner of the North west Quarter of Section Twenty-two, thence running due East along the line of the said Northwest Quarter to a point equidistant between the Southwest and Southeast corners of said North-west Quarter of Section Twenty-two; thence due north to a point, a line from which, running due west to it's intersection with the West line of said Northwest Quarter of Section Twenty-Two, to the point of commencement, will make the said quantity of 15 acres, being the same land described in Book 51, Page 56, Phillips County Records.

Also: a tract of land containing 30 acres, the same lying in the shape of a parallelogram off the south part of the Southeast Quarter of the Northwest Quarter of Section Twenty-two, Township One South, Range Four East, described by two deeds which appear on records listed on Pages #411 and #412 in Book #50, and on Page #30 of Book #54 of the public records of the said Phillips County; said deeds being executed to General Jones by the Indiana Yearly Meeting of Friends; The total above aggregating 45 acres.

That the Plaintiffs, Robin R. Parrish, Virginia L. Parrish and Gloria J. Parrish-Smith are the lawful owners of the property herein described; that no one is in possession of said premises claiming adversely to the Plaintiffs; and Plaintiffs having paid the taxes, acting under color of title, the Plaintiffs, Robin R. Parrish, Virginia L. Parrish and Gloria J. Parrish-Smith are entitled to have the title to this property confirmed and quieted in Plaintiffs.

All persons who can set up any right to the land so purchased in consequence of any informality or any irregularity connected with the sale and all persons claiming any interest in the land or lien thereon are hereby notified to make an appear in Court within thirty (30) days of this Notice and show cause why the title of the Plaintiff herein should not be quieted and confirmed.

Lewis E. Ritchey
801 W. 4th Street
Little Rock, AR 72201
344364f

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS, DIVISION II
STATE OF ARKANSAS, OFFICE OF CHILD SUPPORT ENFORCEMENT, CASE NO.: 122951584, PLAINTIFF
VS. CASE NO. 58DR-22-549
JORDAN LEE PERRY STANDRIDGE, DEFENDANT/THIRD PARTY PLAINTIFF
VS.
AUTUMN CHEYENNE DUNCAN, THIRD PARTY DEFENDANT
WARNING ORDER

The Third Party Defendant, Autumn Cheyenne Duncan, is hereby warned to appear in this court within thirty (30) days of the date of the first publication of this Warning Order and answer the complaint of the Third Party Plaintiff, Jordan Lee Perry Standridge, and upon her failure to so do, said complaint will be taken as confessed and Autumn Cheyenne Duncan will be barred from answering or asserting any defenses thereto. The nature of the action and relief sought by the judgment of the Court is described as follows: Entry of a judgment against the named Third Party Defendant giving the Third Party Plaintiff joint custody and equal time with the parties' minor child, or alternatively, for an order establishing visitation with the minor child, plus a reasonable attorney's fee to be determined by the Court and the cost of the suit as well as all other and proper relief.

WITNESS my hand as clerk of the Circuit Court of Pope County, Arkansas, and the seal of said court this 8 day of November, 2023.

RACHEL OERTLING
CIRCUIT CLERK
BY: /s/DEPUTY CLERK
This Instrument Prepared By:
Peel Law Firm, P.A.
P.O. Box 986
Russellville, Arkansas 72811
(479) 968-4000
347820z

## LEGAL NOTICES

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS, 14th DIVISION - DOMESTIC RELATIONS
WILLIE E. GOODWIN, SR., PLAINTIFF
VS. NO. 60DR-16-3759
BETTYE GOODWINDEFENDANT
WARNING ORDER
To: Defendant Bettye Goodwin:

You are hereby notified that Willie E. Goodwin, Sr., Plaintiff, whose attorney is John Ogles, Ogles Law Firm, P.A., 200 S. Jeff Davis, P.O. Box 891, Jacksonville, AR 72078, has filed a Amended Motion Pursuant to ARCP Rule 70 to Order Defendant to Comply with Paragraph 7 of the Divorce Decree herein against you, a copy of which Amended Motion and summons shall be delivered to you or to your attorney upon request.

You are also notified that you must appear and defend by filing your Answer or other responsive pleading within thirty (30) days of the date of the first publication of this Warning Order; and in the event of your failure to do so, judgment by default will be entered against you for the relief demanded in the Amended Motion as circumscribed by the laws of this State.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as Clerk of the Court on this, the 19th day of November, 2023.

By: /s/Terri Hollingsworth
CIRCUIT COURT CLERK
Prepared by:
/s/John Ogles
John Ogles
Arkansas Bar No. 89003 Texas Bar No. 00797922 OGLES LAW FIRM, P.A.
200 S. Jeff Davis Post Office Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com
348735f

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS, 13TH DIVISION
IN THE MATTER OF REMEL NASAR GUESS, a minor
CASE NO. 60PR-23-1106
WARNING ORDER
TO: Tommy Guess

TAKE NOTICE that a Petition for Appointment of Guardians was filed by Robert Whitfield and Patricia Whitfield. You are warned to appear within 30 days of the date of the first publication of this Warning Order to answer the motion or be barred from answering or asserting your interest. The hearing date has been set for January 9, 2024, at 9 o'clock in the 13th Division, Pulaski County Circuit Court, 401 West Markham Street, Little Rock, Arkansas.

/s/Terri Hollingsworth
CIRCUIT CLERK
BY: /s/Dawn A. Williams
DATE: October 31, 2023
KNOLLMEYER LAW OFFICE, P.A.
Attorneys for Petitioners
2525 John Harden Drive
Jacksonville, AR 72076
(501) 985-1760
By: /s/Michael Knollmeyer
Michael Knollmeyer, AR86-105
345865f

PEOPLE READ SMALL ADS... YOU JUST DID!

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS, CIVIL DIVISION
UNIVERSITY DISTRICT DEVELOPMENT CORPORATION, PLAINTIFF
VS. NO. 60CV-23-5201
FELIX LUIS ROSARIO CRUZ, CURTIS HARRISON, JR., GREGORY HARRISON, PAMELA SMALL, JACQUELINE ONCIANO, AND UNKNOWN HEIRS OF ALLIE M. ROBINSON, and ALL PARTIES HAVING AN INTEREST IN OR CLAIMING TO HAVE AN INTEREST IN REAL PROPERTY HEREINAFTER DESCRIBED, DEFENDANTS
WARNING ORDER
TO THE DEFENDANTS: CURTIS HARRISON, JR. GREGORY HARRISON

You are hereby notified that the above Plaintiff has filed a Complaint to Confirm and Quiet Title against you in the above-named action.

You are also notified that you must appear and defend by filing your Answer or other responsive pleading within thirty (30) days of the date of the first publication of this Warning Order; and in the event of your failure to do so, judgment by default will be entered against you for the relief demanded in the Complaint and you will be barred from asserting any defense you may have.

This Warning Order first published on the 12th day of November 2023.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as Clerk of the Court on this 7th day of November, 2023.

BY: /s/Dawn A. Williams, D.C.
Prepared by:
Zachary T. Sellers
AR Law Partners, PLLC
415 N. McKinley St., Suite 830
Little Rock, AR 72205
(501) 710-6500
345912f

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
JUDITH DACANAY, PLAINTIFF
v.
Case No. 60CV-23-2747
JAMES A. JONES, JOANNE JONES, any heirs thereof, DOES 1-10; and all other persons, entities, or organizations, Who may have a claim of legal or equitable right, title, interest, ownership, or claim in and to:
4722 W 26th Street, Little Rock, AR 72204 Parcel No. 34L136006700; S-T-R: 07-01N-12W
Legal Description:
Lot 8, Block 6, Dowdy & Terry Subdivision
to the City of Little Rock, Pulaski County, Arkansas, DEFENDANTS
NOTICE OF QUIET TITLE ACTION

NOTICE IS HEREBY GIVEN that a Complaint has been filed in the office of the Circuit Clerk of Pulaski County, Arkansas, to quiet title in and to the following-described property in Pulaski County, Arkansas:
4722 W 26th Street, Little Rock, AR 72204 Parcel No. 34L136006700; S-T-R: 07-01N-12W
Legal Description:
Lot 8, Block 6, Dowdy & Terry Subdivision
to the City of Little Rock, Pulaski County, Arkansas

The real property described herein was conveyed in title and possession by way of a Warranty Deed, executed by Francisco Garcia, in exchange for valuable consideration. The last person, firm or corporation to pay taxes on the above-described real property was Judith Dacanay.

Any person(s) claiming any title or interest of any kind to such property is hereby notified to appear herein to assert his/her/its title or interest in such property and to show cause why the title to the real property should not be confirmed, quieted and vested in Plaintiff herein.

WITNESS my hand and seal of the Court this 7th day of November, 2023.

PULASKI COUNTY CIRCUIT COURT CLERK
BY: /s/N'ell L. Jones
Prepared by:
Joshua Q. Mostyn (AR Bar #2012235) MOSTYN PRETTYMAN, PLLC
2601 N. Walton Blvd., Ste. MP
Bentonville, Arkansas 72712
(479) 464-4549
josh@arklawyers.com
346148z

## LEGAL NOTICES

IN THE CIRCUIT COURT OF SAINT FRANCIS COUNTY, ARKANSAS, CIVIL DIVISION
JADE JAMES and DANITZA JAMES, Plaintiffs,
v. No. 62CV-23-77
ANACK, INC.; STEVEN JAY HAFFEN; DELAWARE VALLEY FLORAL GROUP, INC.; ROBERT CARICO; PARAMOUNT EXPRESS GA, INC.,d/b/a PARAMOUNT TRANSPORTS, INC.;XIANGUI LIU; JOHN DOES 1-3; and JOHN DOE ENTITIES 1-3, Defendants,
DELAWARE VALLEY FLORAL GROUP, INC. Third Party Plaintiff,
v.
WILLIAM JAMES BOSTON; EAN HOLDINGS, LLC; LARRY JOE REEVES; and, TRUCKS FOR YOU, INC. Third Party Defendants,
WARNING ORDER
To: William James Boston
100 Park Drive
Apartment 1135
Maumelle, Arkansas 72113-7435

You are hereby notified that a Complaint seeking to recover money damages for injuries alleged to have been sustained in an automobile accident on December 29, 2021 has been filed in the Circuit Court of Saint Francis County, Arkansas, Civil Division, in which Delaware Valley Floral Group, Inc. has filed a Third-Party Complaint against you which may affect your rights. You are hereby warned to appear in this Court within thirty (30) days of the first publication of this Warning Order and answer the Third-Party Complaint.

Upon failure of the Third-Party Defendant William James Boston to appear and answer, the Third-Party Complaint filed herein will be deemed to be admitted. The above-mentioned Defendant or any person desiring to be heard concerning this action, is hereby notified.

In Witness Whereof, I have hereunto set my hand and seal as Clerk of the Court on this 9th day of November 2023.

/s/Alan T. Smith, Clerk
Circuit Clerk
By: /s/
Date of first publication: November 15, 2023
346671f

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS, FORT SMITH DISTRICT, CIVIL DIVISION
LIVE OAK DEVELOPMENT, LLC, PLAINTIFF
VS. CASE NUMBER 66FCV-23-860-VI
MARTHA DUROSETTE, ET AL, DEFENDANT
WARNING ORDER
IN REM

The Defendants, Martha Durosette; and any person, entity, or organization claiming any right, title, interest or ownership in or claim in and to the properties that are the subject of this action are hereby warned to appear in this Court within thirty (30) days and answer the Complaint of the Plaintiff, Live Oak Development, LLC; and, upon failure of Defendants to do so, the Complaint filed herein will be deemed to be admitted. Properties that are the subject of this action are:

Lot 244 and 245, Fairfax Addition to the City of Fort Smith, Sebastian County, Arkansas, being in Section 5, Township 7 North, Range 32 West. Parcel 12423-0245-00000-00

WITNESS my hand and seal as Clerk of the Circuit Court of Sebastian County, Arkansas, this 6th day of November, 2023.

Susie R. Hassett, Circuit Clerk
Respectfully submitted, Paul Younger, Bar #2013-156, The Arkansas Real Estate Attorneys, PLLC, Attorney for the Plaintiff, 233 E. Main St., Suite 11 Farmington, AR 72730 Telephone: 479-409-3777, pyounger@arealtorneys.com
345787f

The ADG Classifieds are a paradise of pets for sale. From Boston Terriers to German Shepherds to Miniature Schnauzers to English Pointers.

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS, CIVIL DIVISION
SHELTER MUTUAL INSURANCE COMPANY and TIMOTHY FREEMAN, PLAINTIFFS
VS. CASE NO. 72CV-23-2336-1
JACOB MCMANNESS DEFENDANT
WARNING ORDER

The Plaintiffs initiated the lawsuit captioned above seeking $4,419.93 stemming from automobile collision that occurred on July 7, 2021, in Fayetteville, Arkansas. Defendant JACOB MCMANNESS is warned to appear in this court within 30 days of the first publication of this warning order and answer the complaint. If JACOB MCMANNESS fails to appear and file an answer, the allegations of the complaint will be deemed admitted and JACOB MCMANNESS will face entry of judgment by default and thereafter be barred from asserting his interest. IT IS SO ORDERED. /s/ Circuit Judge.
348848f

IT'S YOUR RIGHT TO KNOW
Independent third-party public notices are critical for transparency and accessibility to citizens who want to know more about government actions.
Arkansas Democrat Gazette

## LEGAL NOTICES

IN THE CIRCUIT COURT OF SEBASTIAN (FORT SMITH) COUNTY, ARKANSAS, CIVIL DIVISION
MIDFIRST BANK, PLAINTIFF
vs. No. 66FCV-23-705
PHILLIP C SAMMONS, RHONDA SAMMONS, H. DOYLE FRAZIER AND MARY R. FRAZIER TRUST, MIDLAND FUNDING LLC, LVNV FUNDING, LLC., ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION, COMMISSIONER OF REVENUE THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, DEFENDANTS
WARNING ORDER
TO THE DEFENDANT: H. Doyle Frazier and Mary R. Frazier Trust

On August 3, 2023, a complaint was filed against you by MidFirst Bank in the Circuit Court of Sebastian (Fort Smith) County, Arkansas, for the purpose of foreclosing on real property in the principal amount of $88,393.49, together with accrued interest, attorneys' fees, costs and late charges, if any. The above-mentioned real property is described as follows: LOT 34 RIVERCREST, AN ADDITION TO THE CITY OF FORT SMITH, SEBASTIAN COUNTY, ARKANSAS, ACCORDING TO THE PLAT FILED JUNE 28, 1962. You are hereby warned to appear and defend by filing an answer or other responsive pleading with this Court within thirty (30) days from the date of the first publication of this Warning Order.

Your failure to file a written answer within thirty (30) days may result in a default judgment being entered against you for the relief sought in the complaint.

WITNESS my hand and seal as Clerk of the Circuit Court of Sebastian (Fort Smith) County, Arkansas on this 7th day of November, 2023.

Susie Hassett, Sebastian (Fort Smith) County Circuit Clerk
By: SL Howard, Deputy Clerk
SUBMITTED BY: WILSON & ASSOCIATES, P.L.L.C., 400 West Capitol Avenue Suite 1400 Little Rock, AR 72201, (501) 219-9388 By: Jillian Wilson (2014047), Attorneys for Plaintiff
346578f

January, February, March, April, May, June, July, August, September, October, November or December: Every day of the month Arkansas Democrat-Gazette Classifieds gets results for its advertisers.

IN THE DISTRICT COURT OF CLARK COUNTY, ARKANSAS CIVIL DIVISION
PATTERSON FEDERAL CREDIT UNION, PLAINTIFF
V.
CASE NO. ADCV-23-61
THOMAS WELLS, DEFENDANT
WARNING ORDER
TO: Thomas Wells

You are hereby notified that Patterson Federal Credit Union, Plaintiff, whose attorney is The Grisham Law Firm, P.O. Box 13980, Maumelle, AR 72113, has filed a Summons, Complaint, and Requests for Admission herein, a copy of which shall be delivered to you or your attorney upon request. You are also notified that you must appear and defend by filing your Answer or other responsive pleading within forty five (45) days of the date of the first publication of this Warning Order; and in the event of your failure to do so, a Judgment may be entered against you.

IN WITNESS WHEREOF, I hereunto set my hand and seal as Judge or Clerk of the Court on this 14 day of Nov., 2023

CLERK, /s/Karen Maberry
P. O. Box 449 .
Arkadelphia AR 71923
349116z

## LEGAL NOTICES

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS CIVIL DIVISION
RTO RENTALS, LLC, PLAINTIF
NO. 73CV-23-538
MICHAEL BISBEE DEFENDANT
WARNING ORDER
TO: Michael Bisbee
158 Decker Ln.
McRae, AR 72102

You are hereby notified that plaintiff, RTO Rentals, LLC ("RTO"), by its attorneys, Hurst Burnett PLC, P.O. Box 1149, Jonesboro, Arkansas, 72403, (870) 268-7608, has initiated legal proceedings against you for the recovery of personal property more particularly described as one (1) 12 x 20 Utility Building No. MUTX-587467-1220-409080 (the "Building"), and to recover an in personam judgment against you for the amounts owed under your rental purchase agreement, plus costs and attorney's fees.

A copy of this warning order, along with the complaint, replevin notice and affidavit of delivery shall be delivered to you or your attorney upon request. You are hereby notified that you must appear in this proceeding by filing your written response stating your objections to the entry of an order for delivery within five (5) days, excluding Sundays and legal holidays, of the date of the first publication of this warning order. You shall also serve a copy of your objection on plaintiff's counsel within this five (5) day time period. If you fail to properly object or otherwise defend within such time, you shall thereafter be barred from objecting to the entry of an order for delivery against you and the Building you leased from RTO, and an order for delivery shall be entered in favor of RTO as requested in the complaint and replevin notice.

You are further notified that you must appear in this proceeding by filing an answer or other responsive pleading within thirty (30) days of the date of the first publication of this warning order. If you fail to answer or otherwise defend within such time, you shall thereafter be barred from answering or asserting you interest, if any, in the Building, and a judgment by default shall be entered against you and in favor of RTO for the amounts claimed and all other relief requested in the complaint and other lawsuit materials.

White County Circuit Court Clerk
By /s/ Michelle Bui, D.C.
PREPARED BY:
HURST BURNETT PLC
P.O. Box 1149
Jonesboro, AR 72403
(870) 268-7600 (ph)
(870) 268-7607 (fx)
By: /s/ Ron Burnett
Ronald S. Burnett, Jr. (2006180)
rburnett@hbfirm.net
Attorneys for RTO
345817z

The items of personal property being stored at Purnell's Mini-Storage in the following units will be sold at public auction unless all charges against the unit are paid in full. The sale will take place at 10:00 a.m. on Tuesday November 28, 2023 at Purnell's Mini-Storage, 3202 West 28th, Pine Bluff, AR.

Delinquent Unit #'s 11, 14, 93, 165, 204, 219, 269, 306, 315, 347, 453, 528, 629, 634, 658, 756, 762, 816, 966, 967, 981, 990, 1011, 1049, 1099, 1123, B33, CC14
348068f

## LEGAL NOTICES

IN THE DISTRICT COURT OF HOT SPRINGS (GARLAND CO.), ARKANSAS DIVISION
DIAMOND LAKES FEDERAL CREDIT UNION, PLAINTIFF
V.
CASE NO. HTCV-23-438
JIMMIE KEEVIN TAYLOR AKA JAMES TAYLOR, DEFENDANT
WARNING ORDER
TO: Jimmie Keevin Taylor aka James Taylor

You are hereby notified that Diamond Lakes Federal Credit Union, Plaintiff, whose attorney is The Grisham Law Firm, P.O. Box 13980, Maumelle, AR 72113, has filed a Summons, Complaint, and Requests for Admission herein, a copy of which shall be delivered to you or your attorney upon request. You are also notified that you must appear and defend by filing your Answer or other responsive pleading within forty five (45) days of the date of the first publication of this Warning Order; and in the event of your failure to do so, a Judgment may be entered against you.

IN WITNESS WHEREOF, I hereunto set my hand and seal as Judge or Clerk of the Court on this 14th day of November, 2023.

CLERK, /s/Dackery Fernandez
607 Ouachita, Room 150
Hot Springs AR 71901
348926f

IN THE DISTRICT COURT OF SHERWOOD, ARKANSAS, CIVIL DIVISION
BAPTIST HEALTH FEDERAL CREDIT UNION, PLAINTIFF
V.
CASE NO. SWCV-22-2842
KYLE WRIGHT, DEFENDANT
WARNING ORDER
TO: Kyle Wright

You are hereby notified that Baptist Health Federal Credit Union, Plaintiff, whose attorney is The Grisham Law Firm, P.O. Box 13980, Maumelle, AR 72113, has filed a Summons, Complaint, and Requests for Admission herein, a copy of which shall be delivered to you or your attorney upon request. You are also notified that you must appear and defend by filing your Answer or other responsive pleading within forty five (45) days of the date of the first publication of this Warning Order; and in the event of your failure to do so, a Judgment may be entered against you.

IN WITNESS WHEREOF, I hereunto set my hand and seal as Judge or Clerk of the Court on this day of NOV 8 2023

CLERK, /s/ORIGINAL SIGNED BY
Emily Boughter, Deputy
P.O. Box 6256
Sherwood AR 72124
346661f

John sold Marsha's car in one day with a Classifieds ad.

JHook Towing and Recovery - Little Rock
5809 S University Ave
Little Rock, AR 72205
501-451-8697

Notice to Claim Vehicle and Notice of Public Auction. Pursuant to Arkansas Code 18-45-201 and 27-50- 1101, the following vehicles are held by JHook Towing and Recovery-Little Rock and will be sold at public auction on 12/29/23 from 9:00 am to 10:00 am. JHook Towing and Recovery-Little Rock claims a possessory lien for all charges. Owners and lien holders seeking to reclaim vehicles from the vehicle storage facility should contact JHook Towing and Recovery – Little Rock located at 5809 S University Little Rock, AR 72205 (501) 451-8697 no later than 4:00 pm Wednesday 12/22/23. JHook Towing and Recovery – Little Rock reserves the right to bid on these vehicles. The following vehicles, unclaimed by notified owner/lien holder, may be sold at same auction:

2004 Audi A6 Silver
VIN: WAUML64B14N070359
2006 Chevrolet Impala Tan
VIN: 2G1WT58K469357404
2017 Ford Escape White
VIN: 1FMCU0F78HUE25584
2023 GMC Terrain Burnt
VIN: 3GKALMEG6PL243533
349062z

## LEGAL NOTICES

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS, 16TH DIVISION
ALLEN WALKER, PLAINTIFF
VS.
CASE NO. 60CV-23-3226
VALENTINE CORPORATION, CHRISTOPHER THOMPSON, AND BRADLEY THOMPSON, DEFENDANTS
RICKEY ALEXANDER
WARNING ORDER
TO: VALENTINE CORPORATION

On May 5, 2023, a complaint was filed by Allen Walker seeking the enforcement of an equitable lien against property owned by separate defendant Valentine Corporation. The complaint seeks an equitable lien on the real property located in Pulaski County, Arkansas, more particularly described as follows:

LEGAL DESCRIPTION: TRACT #1: LOTS 7, 8, 10, 11, 12 AND 13, J.W. STRAWN'S REPLAT OF M.A. STONE'S SUBDIVISION IN SECTION 1, TOWNSHIP 2 NORTH, RANGE 11 WEST, PULASKI COUNTY, ARKANSAS. AND ALL OF LOT 9, J. W. STRAWN'S REPLAT OF M.A. STONE'S SUBDIVISION. LESS AND EXCEPT THAT PART OF SAID LOT 9, MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGIN AT THE NORTHERNMOST CORNER OF SAID LOT 9, WHICH CORNER INTERSECTS THE SOUTHEAST RIGHT-OF-WAY LINE OF OLD U.S. HIGHWAY #67; THENCE RUN IN A SOUTHEASTERLY DIRECTION ALONG THE NORTHEAST LINE OF SAID LOT 9 FOR A DISTANCE OF 836 FEET; THENCE RUN IN A SOUTHWESTERLY DIRECTION ALONG A LINE PARALLEL TO AND 836 FEET DISTANT FROM THE SOUTHEAST RIGHT-OF-WAY LINE OF OLD U.S. HIGHWAY #67 FOR A DISTANCE OF 130 FEET TO THE SOUTHWEST LINE OF SAID LOT 9; THENCE RUN IN A NORTHWESTERLY DIRECTION ALONG THE SOUTHWEST LINE OF SAID LOT 9 A DISTANCE OF 836 FEET TO A SOUTHEAST RIGHT-OF-WAY LINE OF OLD U.S. HIGHWAY #67; THENCE IN A NORTHEASTERLY DIRECTION ALONG SAID RIGHT-OF-WAY LINE 130 FEET TO THE POINT OF BEGINNING.

TRACT #2: PART OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 1, TOWNSHIP 2 NORTH, RANGE 11 WEST, PULASKI COUNTY, ARKANSAS, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER (OLD STONE) OF SAID NORTHEAST QUARTER NORTHEAST QUARTER, THENCE EAST 273 FEET (ACTUAL NORTH 89 DEGREES 22 MINUTES EAST 272.5 FEET) TO A POINT (OLD AXLE), THENCE NORTH 723 FEET TO THE CENTER OF DICK JETER ROAD (VALENTINE ROAD), THENCE NORTHWESTERLY ALONG SAID ROAD 209 FEET (ACTUAL NORTH 36 DEGREES 48 MINUTES WEST 207.8 FEET) TO THE SOUTH RIGHT-OF-WAY LINE OF OLD U.S. HIGHWAY #67, THENCE SOUTH 53 DEGREES 07 MINUTES WEST ALONG SAID RIGHT-OF-WAY LINE 185 FEET TO AN IRON PIN AT INTERSECTION OF WEST BOUNDARY LINE OF SAID NORTHEAST QUARTER NORTHEAST QUARTER, THENCE SOUTH 781.35 FEET TO THE POINT OF BEGINNING.

LESS AND EXCEPT THAT PART OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 1, TOWNSHIP 2 NORTH, RANGE 11 WEST, PULASKI COUNTY, ARKANSAS AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SAID NORTHEAST QUARTER NORTHEAST QUARTER, SECTION 1, TOWNSHIP 2 NORTH, RANGE 11 WEST, THENCE SOUTH 89 DEGREES 46 MINUTES 28 SECONDS EAST, (DEED RECORD EAST), 273.0 FEET TO A REBAR FOUND; THENCE NORTH, 474.0 FEET ALONG BARB WIRE FENCE LINE TO #4 REBAR SET FOR THE POINT OF BEGINNING; THENCE WEST 5.0 FEET TO A #4 REBAR SET; THENCE NORTH 20.0 FEET TO A #4 REBAR SET; THENCE EAST 5.0 FEET TO A #4 REBAR SET; THENCE SOUTH 20.0 FEET TO THE POINT OF BEGINNING.

A copy of the complaint shall be delivered to you or your attorney upon request. You are notified that you must appear in this Court and defend by filing your answer to the verified complaint or other responsive pleading within 30 days from the date of the first publication of this warning order. If you fail to timely answer or otherwise respond within 30 days from the date of the first publication of this warning order, judgment by default may be entered against you for the relief sought in the complaint or you may be otherwise barred from asserting any interest in the personal property described above or defense to the complaint.

WITNESS my hand and seal as Clerk of the Circuit Court of Pulaski County, Arkansas, on this 7th day of November, 2023.

PULASKI COUNTY CIRCUIT CLERK
By /s/Dawn A. Williams
Deputy Clerk
SUBMITTED BY:
Charles T. Coleman (80030)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442
Email: ccoleman@wlj.com
Attorneys for Allen Walker
346072f

See the van go!
Advertise in the Classifieds

## LEGAL NOTICES

IN THE DISTRICT COURT OF SHERWOOD, ARKANSAS, CIVIL DIVISION
CENTENNIAL BANK, PLAINTIFF
VS.
NO. SWCV-23-2805
TIFFANY C. DAVIS, DEFENDANT
WARNING ORDER
To: Tiffany C. Davis
2206 S. Martin Street
Little Rock, AR 72204-5518
DEFENDANT

You are hereby notified that Centennial Bank, whose attorneys are listed below, have filed a complaint against you in the District Court of Sherwood, Arkansas for a money judgment. This action may affect your rights. You are hereby warned to appear in this Court and defend by filing your answer to the complaint within thirty (30) days of the date of the first publication of this warning order; and in the event of your failure to do so, judgment by default may be entered against you for the relief demanded in the complaint as circumscribed by the laws of this State.

In Witness Whereof, I have hereunto set my hand and seal as Clerk of the Court on this 26th day of July, 2023.

/s/Katherine Fischer, deputy
Sherwood District Court Clerk
HANKINS LAW FIRM, P.A.
1515 East Kiehl Avenue
Sherwood, AR 72120
(501) 833-0168
Attorneys for Plaintiff
Centennial Bank
By: A. Vaughan Hankins
A. VAUGHAN HANKINS
ARK. BIN 98138
344996f

JHook Towing and Recovery
7303 Hwy 70
North Little Rock, AR 72117
501-955-2400

Notice to Claim Vehicle and Notice of Public Auction. Pursuant to Arkansas Code 18-45-201 and 27-50- 1101, the following vehicles are held by JHook Towing and Recovery, and will be sold at public auction on Thursday, December 28, 2023, 9:00 am to 10:00 am. JHook Towing and Recovery claims a possessory lien for all charges. Owners and lien holders seeking to reclaim vehicles from the vehicle storage facility should contact JHook Towing and Recovery located at 7303 Highway 70, North Little Rock, AR (501) 955-2400 no later than 4:00pm Monday December 26, 2023. JHook Towing & Recovery reserves the right to bid on these vehicles. The following vehicles, unclaimed by notified owner/lien holder, may be sold at same auction:

2013 LAND ROVER RANGE ROVER WHITE
VIN: SALVR2BG5DH772821
2000 HONDA ACCORD GOLD
VIN: 1HGCG5641YA113513
2010 FORD MUSTANG BLACK
VIN: 1ZVBP8CH0A5108477
2020 MAZDA CX-5 SILVER
VIN: JM3KFBCM8L0788507
2015 FORD FOCUS GOLD
VIN: 1FADP3F27FL378448
2013 VOLKSWAGEN JETTA JGL SILVER
VIN: 3VW467AJ2DM272551
2005 CHEVROLET TAHOE BLACK
VIN: 1GNEC13UX5R199613
349055z

LEGAL NOTICE
(For non-member banks)

Notice is hereby given that RiverBank, 203 W. Broadway St, Pocahontas, Randolph County, Arkansas 72455, intends to make application to the Federal Deposit Insurance Corporation and the Arkansas State Bank Department for approval to establish a full-service branch to be located at 1401 W Court St, Paragould, Greene County, Arkansas 72450.

Any person wishing to comment on this application may submit his or her comments to the Federal Deposit Insurance Corporation (FDIC) at https://cra.fdic.gov Alternatively, persons may submit comments in writing at 600 North Pearl Street, Suite 700, Dallas, Texas 75201, not later than November 21, 2023. The non-confidential portions of the application are on file at the Dallas Area Regional Office and are available for public inspection during regular business hours. Photocopies of the non-confidential portions of the application file will be made available upon request.

Any person desiring to comment on this application to the Arkansas State Bank Department may do so by filing his or her comments in writing to the State Bank Commissioner at the office of the department, 1 Commerce Way, Suite 303, Little Rock, Arkansas 72202. Written comments, including any formal protests, concerning this application must be received in the Arkansas State Bank Department no later than fifteen (15) days following the date of actual filing of the application.

This notice is published pursuant to Part 303.7 of the Rules and Regulations of the Federal Deposit Insurance Corporation and The Arkansas Banking Code of 1997, as amended.

October 29, November 5, 12 & 19, 2023
342169f

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS, CIVIL DIVISION
KW-DW PROPERTIES, LLC, and JAMES DUKE WEBB a/k/a DUKE WEBB, PETITIONERS
V.
CASE NO.73CV-22-888
YANCEY & ASSOCIATES, INC.; COMMONWEALTH THEATRES REALTY INC.; AND CITY OF SEARCY, WHITE COUNTY, ARKANSAS, RESPONDENTS
NOTICE OF

## LEGAL NOTICES

QUIET TITLE ACTION AND WARNING ORDER

NOTICE is hereby given that a First Amended Petition to Quiet Title has been filed in the office of the Circuit Clerk of White County, Arkansas, to quiet and confirm title in and to the following described property in White County, Arkansas:

I. A part of Lots 65, 66, 85, 86, and 87 and a part of closed Huddleston and Dodge Streets, all in Cone Addition to the City of Searcy and being more particularly described as follows: BEGINNING at a found 1/2" rebar (capped PS#1543) for the Northeast Corner of said Lot 87; thence S01°29'16"W a distance of 387.13 feet to a found angle iron, said point being 10 feet South of the Northeast Corner of said Lot 66; thence N89°24'16"W a distance of 265.61 feet to a set 1/2" rebar (capped PS#1737), said point being 10 feet South of the Northwest Corner Lot 65: thence N00°38'11"E a distance of 30.00 feet to a calculated point in the center line of Closed Dodge Street; thence S89°24'00"E along said center line a distance of 29.44 feet to a calculated point; thence departing from said center line, N56°25'06"E a distance of 35.60 feet to a calculated point for the Southeast Corner of Lot 85; thence N01°21'18"E along the East line of said Lot 85 a distance of 11.61 feet to a calculated point; thence departing from said East line, N89°19'42"W a distance of 43.01 feet to a calculated point on the East right of way line of Llama Drive; thence along said right of way line the following 2 courses: (1) with a curve turning to the left with an arc length of 104.36 feet, with a radius of 125.00 feet, with a chord bearing of N25°47'40"E, and a chord length of 101.35 feet to a calculated point; (2) thence N00°49'02"E a distance of 233.20 feet to a calculated point at the intersection of said right of way line and the North Lot line of Lot 85; thence S89°32'37"E along the North line of Lots 85, 86 and 87 a distance of 211.53 feet to the point of beginning, containing 1.93 Acres, more or less, as shown on the survey by PS#1737. Subject to all existing easements for roads or other purposes. (the "Large Tract").

II. A part of Lot 85 of Cone Addition to the City of Searcy and a part of closed Dodge Street, being more particularly described as follows: Commencing at a found "X" in concrete for the Southwest Corner of Lot 45 of Cone Addition; thence N00°54'50"E a distance of 264.09 feet to a found 1/2" rebar (PS #1543); thence N00°38'11"E a distance of 145.91 feet to a calculated point for the POINT OF BEGINNING; thence S89°24'00"E a distance of 29.44 feet to a calculated point; thence N56°25'06"E a distance of 35.60 feet to a calculated point; thence N01°21'18"E a distance of 11.61 feet to a calculated point; thence N89°19'42"W a distance of 43.01 feet to a calculated point on the Easterly right of way line of Llama Drive; thence along said right of way line with a curve turning to the right with an arc length of 19.84 feet, with a radius of 125.00 feet, with a chord bearing of S54°15'33"W, with a chord length of 19.82 feet to a calculated point; thence departing from said right of way line, S00°46'50"W a distance of 19.92 feet to the point of beginning, containing 0.03 Acres, more or less, as shown on survey by PS #1737. Subject to all existing easements for roads or other purposes. (the "Small Tract").

Any person claiming any right, title, or interest of any kind in or to either the Large Tract and/or the Small Tract is hereby notified to appear herein to assert his/her/its right, title, or interest in such property and to demonstrate why title to this property should not be quieted and confirmed in Petitioner KW-DW Properties, LLC.

TO DEFENDANTS IDENTIFIED AS:
YANCEY & ASSOCIATES, INC.; and COMMONWEALTH THEATRES REALTY INC.; together with:
ALL UNKNOWN PERSONS, ENTITIES, AND ORGANIZATIONS CLAIMING ANY RIGHT, TITLE, INTEREST, OR OWNERSHIP IN AND TO THE REAL PROPERTY AS MORE SPECIFICALLY DESCRIBED AS THE LARGE TRACT AND/OR THE SMALL TRACT IN THE LEGAL DESCRIPTIONS SET FORTH ABOVE

ALL SUCH DEFENDANTS are hereby notified that a case has been filed in the Circuit Court of White County, Arkansas, which may affect their rights. ALL SUCH DEFENDANTS are hereby warned to appear in this Court within thirty (30) days from the date of first publication of this Notice and answer the Petition to Quiet Title filed herein by Petitioners KW-DW Properties, LLC, and James Duke Webb a/k/a Duke Webb. Upon failure to do so, ALL SUCH DEFENDANTS may face entry of judgment by default or otherwise be barred from asserting their interests in this matter, the Petition to Quiet Title filed herein may be deemed to be admitted, and they may lose their interest in the Large Tract and/or the Small Tract as described above.

This Notice of Quiet Title action and Warning order is issued pursuant to order of the White County Circuit Court on October 6, 2023.

WITNESS my hand and seal of the Court this 6th day of October, 2023.

WHITE COUNTY CIRCUIT CLERK
BY: /s/Sara Brown-Carlton
Deputy Clerk
WARNING ORDER

## LEGAL NOTICES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] Debtors. | Chapter 11<br>Case No. 23-10497 (CTG)<br>(Jointly Administered) |

**NOTICE OF (I) PLAN VOTING DEADLINE, (II) PLAN CONFIRMATION/DISCLOSURE STATEMENT HEARING AND (III) CERTAIN RELATED MATTERS**

**PLEASE TAKE NOTICE THAT** on November 8, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Structurlam Mass Timber U.S., Inc. *et al.* (the "**Combined Disclosure Statement and Plan**"). Pursuant to an Order dated November 9, 2023 (the "**Interim Approval and Procedures Order**"), the Bankruptcy Court conditionally approved the Combined Disclosure Statement and Plan for solicitation purposes only. A combined hearing to consider the Combined Disclosure Statement and Plan (the "**Combined Hearing**") will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court, 3rd Floor, Court Room 7, on **December 19, 2023, at 11:00 a.m.** (***prevailing*** **Eastern Time)**]. Objections to confirmation of the Combined Disclosure Statement and Plan, including any objection to the adequacy of the disclosures if any, must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim of such party; and (c) be filed with the Court and served so as to be actually received by the following parties by **4:00 p.m. (*prevailing* Eastern Time) on December 12, 2023:** (i) counsel for the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn:* William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com) and Mark D. Olivere, Esquire (olivere@chipmanbrown.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (*Attn:* Benjamin A. Hackman (Benjamin.a.hackman@usdoj.gov)); and (iii) counsel to the Official Committee of Unsecured Creditors, *Buchalter*, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730 (*Attn:* Julian Gurule, Esquire (jgurule@buchalter.com)); and *Morris, Nichols, Arsht & Tunnell LLP,* 1201 North Market Street, Wilmington, DE 19899-1347 (*Attn:* Matthew B. Harvey, Esquire (mharvey@morrisnichols.com)).

Pursuant to the Interim Approval and Procedures Order, the Bankruptcy Court approved the use of certain materials in the solicitation of votes to accept or reject the Combined Disclosure Statement and Plan and procedures to tabulate votes on the Combined Disclosure Statement and Plan. If you are a holder of a Claim against the Debtors as of November 9, 2023 (the "**Record Date**") and entitled to vote, you have received a ballot form (a "**Ballot**") and instructions for completing the Ballot. Ballots must be completed and returned in accordance with the instructions by **4:00 p.m.,** (***prevailing*** **Eastern Time), on December 12, 2023** (the "**Voting Deadline**"). Failure to follow the instructions may disqualify such Ballot and vote. The following are important dates to note.

**Important Dates**

| Description | Deadline |
|---|---|
| Voting Procedures Hearing Objection Deadline | November 7, 2023, at 4:00 pm (ET) |
| Voting Procedures and Interim Disclosure Statement Hearing | November 14, 2023, at 3:30 p.m. (ET) |
| Voting Record Date | The date of entry of the Interim Approval and Procedures Order |
| Solicitation Commencement Date | Within five (5) business days after entry of the Interim Approval and Procedures Order |
| Deadline for Creditors to File Rule 3018 Motions | December 1, 2023, at 4:00 p.m. (ET) |
| Plan Supplement Deadline | December 5, 2023 |
| Deadline for Debtors to Respond to Rule 3018 Motions | December 8, 2023, at 4:00 p.m. (ET) |
| Voting Deadline for the Combined Disclosure Statement and Plan | December 12, 2023, at 4:00 p.m. (ET) |
| Combined Disclosure Statement and Plan Objection Deadline | December 12, 2023, at 4:00 p.m. (ET) |
| Deadline to File Confirmation Brief and Other Evidence Supporting the Combined Disclosure Statement and Plan | December 14, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Tabulation Affidavit | December 14, 2023, at 4:00 p.m. (ET) |
| Combined Hearing | December 19, 2023, at 11:00 a.m. (ET) |

**PLEASE BE ADVISED THAT ARTICLE XI OF THE COMBINED DISCLOSURE STATEMENT AND PLAN CONTAINES CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCUPLATION AND INJUNCTION PROVISIONS SET FORTH IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MAY BE AFFECTED.**

Copies of the Combined Disclosure Statement and Plan and the Interim Approval and Procedures Order are available for review without charge at the website maintained by the Claims and Noticing Agent, https://www.kccllc.net/structurlam or by calling (888) 647-1715 (U.S./ Canada) or (310) 751-2619 (International).

Dated: November 14, 2023, Wilmington, Delaware, **CHIPMAN BROWN CICERO & COLE, LLP,** */s/ William E. Chipman, Jr.*, William E. Chipman, Jr. (No. 3818), Mark D. Olivere (No. 4291), Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Telephone: (302) 295-0191, Facsimile: (302) 295-0199, Email: chipman@chipmanbrown.com, olivere@chipmanbrown.com, *Counsel for the Debtors and the Debtor-in-Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

## LEGAL NOTICES

Online Auction

Pulaski County assets including desks, computers, file cabinets, printers, office supplies, vehicles, and shop equipment. All available for bid!

**MONDAY, NOVEMBER 13, 2023 – MONDAY, NOVEMBER 27, 2023**
**Go to:**
**https://pulaskicounty.net/pulaski-county-purchasing**
**Or**
**www.unitedsurplusauctions.com**
Auction number 11272023

Inspection:
**Inspection dates and times: By appointment**
Contact: Randy Standridge at (501) 607-3733

Payments Received at:
United Surplus Auctions
16523 MacArthur Drive
North Little Rock, AR 72118

**Pick Up/Removal**
**TUESDAY, November 28, 2023**
**9AM – 3PM CST AND BY APPOINTMENT**

This publication was paid for by Pulaski County, Arkansas at a cost of $694.40

# Exhibit C

***AFFIDAVIT as to insertion of Notice***

I, Sarah Macfarlane of Postmedia Network Inc., make oath and say:

1. **That I**, am a Representative of the Vancouver Sun Newspaper and as such have knowledge of the facts herein stated.
2. **That I**, have examined and find that the LEGAL NOTICE –

for

STRUCTURLAM MASS TIMBER U.S., INC., et al.

Published an in the following Vancouver Sun newspaper on

November 21st, 2023

Sworn before me at the City of Toronto in the Municipality of Metro Toronto this December 6 2023

______________________________ Lawyer

A Commissioner for taking Affidavits

______________________________

Sarah Macfarlane 416-655-2545

**Sahil Razdan**
**a Commissioner, etc.,**
**Province of Ontario,**
**while a Barrister and Solicitor**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] ) | Case No. 23-10497 (CTG) |
| Debtors. ) | (Jointly Administered) |

**NOTICE OF (I) PLAN VOTING DEADLINE, (II) PLAN CONFIRMATION/DISCLOSURE STATEMENT HEARING AND (III) CERTAIN RELATED MATTERS**

**PLEASE TAKE NOTICE THAT** on November 8, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Structurlam Mass Timber U.S., Inc. *et al.* (the "**Combined Disclosure Statement and Plan**"). Pursuant to an Order dated November 9, 2023 (the "**Interim Approval and Procedures Order**"), the Bankruptcy Court conditionally approved the Combined Disclosure Statement and Plan for solicitation purposes only. A combined hearing to consider the Combined Disclosure Statement and Plan (the "**Combined Hearing**") will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court, 3rd Floor, Court Room 7, on **December 19, 2023, at 11:00 a.m.** (*prevailing* **Eastern Time**)]. Objections to confirmation of the Combined Disclosure Statement and Plan, including any objection to the adequacy of the disclosures if any, must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim of such party; and (c) be filed with the Court and served so as to be actually received by the following parties by **4:00 p.m. (***prevailing* **Eastern Time) on December 12, 2023:** (i) counsel for the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn:* William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com) and Mark D. Olivere, Esquire (olivere@chipmanbrown.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (*Attn:* Benjamin A. Hackman (Benjamin.a.hackman@usdoj.gov)); and (iii) counsel to the Official Committee of Unsecured Creditors, *Buchalter*, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730 (*Attn:* Julian Gurule, Esquire (jgurule@buchalter.com)); and *Morris, Nichols, Arsht & Tunnell LLP,* 1201 North Market Street, Wilmington, DE 19899-1347 (*Attn:* Matthew B. Harvey, Esquire (mharvey@morrisnichols.com)).

Pursuant to the Interim Approval and Procedures Order, the Bankruptcy Court approved the use of certain materials in the solicitation of votes to accept or reject the Combined Disclosure Statement and Plan and procedures to tabulate votes on the Combined Disclosure Statement and Plan. If you are a holder of a Claim against the Debtors as of November 9, 2023 (the "**Record Date**") and entitled to vote, you have received a ballot form (a "**Ballot**") and instructions for completing the Ballot. Ballots must be completed and returned in accordance with the instructions by **4:00 p.m., (***prevailing* **Eastern Time), on December 12, 2023** (the "**Voting Deadline**"). Failure to follow the instructions may disqualify such Ballot and vote. The following are important dates to note.

**Important Dates**

| Description | Deadline |
|---|---|
| Voting Procedures Hearing Objection Deadline | November 7, 2023, at 4:00 pm (ET) |
| Voting Procedures and Interim Disclosure Statement Hearing | November 14, 2023, at 3:30 p.m. (ET) |
| Voting Record Date | The date of entry of the Interim Approval and Procedures Order |
| Solicitation Commencement Date | Within five (5) business days after entry of the Interim Approval and Procedures Order |
| Deadline for Creditors to File Rule 3018 Motions | December 1, 2023, at 4:00 p.m. (ET) |
| Plan Supplement Deadline | December 5, 2023 |
| Deadline for Debtors to Respond to Rule 3018 Motions | December 8, 2023, at 4:00 p.m. (ET) |
| Voting Deadline for the Combined Disclosure Statement and Plan | December 12, 2023, at 4:00 p.m. (ET) |
| Combined Disclosure Statement and Plan Objection Deadline | December 12, 2023, at 4:00 p.m. (ET) |
| Deadline to File Confirmation Brief and Other Evidence Supporting the Combined Disclosure Statement and Plan | December 14, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Tabulation Affidavit | December 14, 2023, at 4:00 p.m. (ET) |
| Combined Hearing | December 19, 2023, at 11:00 a.m. (ET) |

**PLEASE BE ADVISED THAT ARTICLE XI OF THE COMBINED DISCLOSURE STATEMENT AND PLAN CONTAINES CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCUPATION AND INJUNCTION PROVISIONS SET FORTH IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MAY BE AFFECTED.**

Copies of the Combined Disclosure Statement and Plan and the Interim Approval and Procedures Order are available for review without charge at the website maintained by the Claims and Noticing Agent, https://www.kccllc.net/structurlam or by calling (888) 647-1715 (U.S./ Canada) or (310) 751-2619 (International).

Dated: November 14, 2023, Wilmington, Delaware, **CHIPMAN BROWN CICERO & COLE, LLP,** */s/ William E. Chipman, Jr.*, William E. Chipman, Jr. (No. 3818), Mark D. Olivere (No. 4291), Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Telephone: (302) 295-0191, Facsimile: (302) 295-0199, Email: chipman@chipmanbrown.com, olivere@chipmanbrown.com, *Counsel for the Debtors and the Debtor-in-Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

Deputy Prime Minister and Minister of Finance Chrystia Freeland will release the government's updated fiscal and economic projections on Tuesday. *ADRIAN WYLD/THE CANADIAN PRESS*

# Ottawa's spending plans getting squeezed by soaring debt payments

*ERIK HERTZBERG*

With his government deeply unpopular and an election due in the next two years, Prime Minister Justin Trudeau may be tempted to spend money. The bond market is getting in the way.

Trudeau's administration is being squeezed by rising debt payments and slowing revenue growth — a challenge for a leader who, in eight years of governing, has never had to contend with an environment in which borrowing was expensive.

Interest costs have risen substantially since Finance Minister Chrystia Freeland drafted her March budget. The economy is weakening and the path to a so-called soft landing has narrowed. Canada's central bank is warning that its policy rate, already at a 22-year high, may stay elevated for a while, given the current level of inflation.

This combination is a new problem for Trudeau, whose Liberals swept to power in 2015 promising to spend on social programs and infrastructure after years of austerity under Stephen Harper's Conservatives. Interest charges on federal debt were $28.2 billion in the first eight months of this year, up 35 per cent from the same period in 2022, and the pressure is rising to cut back on other spending.

"The federal government needs to reduce its level of program spending, that's clear," Randall Bartlett, senior director of Canadian economics at Desjardins Securities, said. Federal program expenses are expected to equal about 16 per cent of gross domestic product this year — well above the long-term average. "We are at the mercy of international bond markets, and things can turn very quickly."

Canada is one of only two countries in the Group of Seven with triple-A ratings from both S&P Global Ratings and Moody's Investors Service. Freeland and Trudeau often laud that fact. "We are a government that has always exercised fiscal restraint," the prime minister said Friday. "We have the best debt-to-GDP ratio in the G7." Bartlett said in a report on Friday that it's unlikely Canada will fall from the highest credit rating.

But the government's updated fiscal and economic projections, which Freeland will release Tuesday afternoon in Ottawa, will have to factor in the cost of new industrial subsidies, wage settlements for public-sector workers and new measures to spur housing construction. Combined with a slowing economy, that means there's upside risk to the government's forecast of a $40.1-billion deficit this fiscal year.

The political timing is tough. The Liberals are slumping in opinion polls against their Conservative opponents, who have hammered the government on fiscal matters by accusing of them of stoking inflation with deficits.

Meanwhile, Trudeau's minority government is being propped up in Parliament by a deal with the left-leaning New Democratic Party, which wants to spend. The parties' supply and confidence agreement, by which the NDP agreed to help the Liberals pass legislation, includes a provision that the government should pass a national drug-coverage plan this year. *Bloomberg*

# Blockade disrupts copper mine

First Quantum Minerals Ltd. says it has reduced operations at its Cobre Panama copper mine further and warns if a blockade of small boats at the mine's port continues it will have to temporarily halt production. The company says it is down to one remaining ore processing train and that without shipments arriving at the mine's port, it expects to run out of supplies for the on-site power plant later this week. People in Panama have been protesting an operating agreement between the company and the government for the mine that has raised nationalist anger as well as environmentalist objections. First Quantum says the blockade by the boats has affected the delivery of supplies for the mine's on-site power generation plant, which is necessary for full operations. It has also affected the loading of copper concentrate onto ships. *The Canadian Press*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (I) PLAN VOTING DEADLINE, (II) PLAN CONFIRMATION/DISCLOSURE STATEMENT HEARING AND (III) CERTAIN RELATED MATTERS**

**PLEASE TAKE NOTICE THAT** on November 8, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Structurlam Mass Timber U.S., Inc. *et al.* (the "**Combined Disclosure Statement and Plan**"). Pursuant to an Order dated November 9, 2023 (the "**Interim Approval and Procedures Order**"), the Bankruptcy Court conditionally approved the Combined Disclosure Statement and Plan for solicitation purposes only. A combined hearing to consider the Combined Disclosure Statement and Plan (the "**Combined Hearing**") will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court, 3rd Floor, Court Room 7, on **December 19, 2023, at 11:00 a.m.** (***prevailing* Eastern Time)**]. Objections to confirmation of the Combined Disclosure Statement and Plan, including any objection to the adequacy of the disclosures if any, must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim of such party; and (c) be filed with the Court and served so as to be actually received by the following parties by **4:00 p.m. (*prevailing* Eastern Time) on December 12, 2023:** (i) counsel for the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn:* William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com) and Mark D. Olivere, Esquire (olivere@chipmanbrown.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (*Attn:* Benjamin A. Hackman (Benjamin.a.hackman@usdoj.gov)); and (iii) counsel to the Official Committee of Unsecured Creditors, *Buchalter*, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730 (*Attn:* Julian Gurule, Esquire (jgurule@buchalter.com)); and *Morris, Nichols, Arsht & Tunnell LLP,* 1201 North Market Street, Wilmington, DE 19899-1347 (*Attn:* Matthew B. Harvey, Esquire (mharvey@morrisnichols.com)).

Pursuant to the Interim Approval and Procedures Order, the Bankruptcy Court approved the use of certain materials in the solicitation of votes to accept or reject the Combined Disclosure Statement and Plan and procedures to tabulate votes on the Combined Disclosure Statement and Plan. If you are a holder of a Claim against the Debtors as of November 9, 2023 (the "**Record Date**") and entitled to vote, you have received a ballot form (a "**Ballot**") and instructions for completing the Ballot. Ballots must be completed and returned in accordance with the instructions by **4:00 p.m., (*prevailing* Eastern Time), on December 12, 2023** (the "**Voting Deadline**"). Failure to follow the instructions may disqualify such Ballot and vote. The following are important dates to note.

**Important Dates**

| Description | Deadline |
|---|---|
| Voting Procedures Hearing Objection Deadline | November 7, 2023, at 4:00 pm (ET) |
| Voting Procedures and Interim Disclosure Statement Hearing | November 14, 2023, at 3:30 p.m. (ET) |
| Voting Record Date | The date of entry of the Interim Approval and Procedures Order |
| Solicitation Commencement Date | Within five (5) business days after entry of the Interim Approval and Procedures Order |
| Deadline for Creditors to File Rule 3018 Motions | December 1, 2023, at 4:00 p.m. (ET) |
| Plan Supplement Deadline | December 5, 2023 |
| Deadline for Debtors to Respond to Rule 3018 Motions | December 8, 2023, at 4:00 p.m. (ET) |
| Voting Deadline for the Combined Disclosure Statement and Plan | December 12, 2023, at 4:00 p.m. (ET) |
| Combined Disclosure Statement and Plan Objection Deadline | December 12, 2023, at 4:00 p.m. (ET) |
| Deadline to File Confirmation Brief and Other Evidence Supporting the Combined Disclosure Statement and Plan | December 14, 2023, at 4:00 p.m. (ET) |
| Deadline to File Voting Tabulation Affidavit | December 14, 2023, at 4:00 p.m. (ET) |
| Combined Hearing | December 19, 2023, at 11:00 a.m. (ET) |

**PLEASE BE ADVISED THAT ARTICLE XI OF THE COMBINED DISCLOSURE STATEMENT AND PLAN CONTAINES CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCUPLATION AND INJUNCTION PROVISIONS SET FORTH IN ARTICLE XI OF THE PLAN, AS YOUR RIGHTS MAY BE AFFECTED.**

Copies of the Combined Disclosure Statement and Plan and the Interim Approval and Procedures Order are available for review without charge at the website maintained by the Claims and Noticing Agent, https://www.kccllc.net/structurlam or by calling (888) 647-1715 (U.S./ Canada) or (310) 751-2619 (International).

Dated: November 14, 2023, Wilmington, Delaware, **CHIPMAN BROWN CICERO & COLE, LLP,** */s/ William E. Chipman, Jr.*, William E. Chipman, Jr. (No. 3818), Mark D. Olivere (No. 4291), Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Telephone: (302) 295-0191, Facsimile: (302) 295-0199, Email: chipman@chipmanbrown.com, olivere@chipmanbrown.com, *Counsel for the Debtors and the Debtor-in-Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

Driving
INTO THE FUTURE
JOIN US FOR OUR AUTOMOTIVE SERIES
WILL CANADA BE LEFT BEHIND IN EV ADOPTION? | NOVEMBER 29 @ 11AM ET
Is Canada smart to adopt EV standards, regulation and incentivization schemes from other countries or are we better with a unique made-in-Canada plan that addresses our specific needs and conditions?
THE RESURRECTION OF HYDROGEN | DECEMBER 13 @ 11AM ET
What are hydrogen's advantages and disadvantages and which segments are most compatible with hydrogen powertrains and infrastructure?
HOW SECURE IS THE DATA IN OUR CARS? | JANUARY 17, 2024 @ 11AM ET
How safe is your personal information stored in your car? Driving into the Future will walk you through the pitfalls, weaknesses, and possible solutions to keeping the information your car generates and stores your own.
REGISTER FOR FREE at driving.ca/events
This panel discussion made possible with support from:
TOYOTA | Driving.ca