# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | ) Case No. 23-10497 (CTG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re. Docket No. 495** |

## NOTICE OF FILING OF REVISED LIQUIDATING TRUST AGREEMENT

**PLEASE TAKE NOTICE** that, on December 5, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Filing of Plan Supplement* [Docket No. 495] (the "Plan Supplement") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Liquidating Trust Agreement was attached as Exhibit A to the Plan Supplement ("Original Agreement").

**PLEASE TAKE FURTHER NOTICE** that at the request of the Committee, the Debtors have made revisions to the Original Agreement. Attached hereto as **Exhibit A** is a revised Liquidating Trust Agreement (the "Revised Agreement"). For the convenience of the Court and all parties in interest, a blackline of the Revised Agreement against the Original Agreement is attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

| | |
|---|---|
| Dated: December 14, 2023<br>Wilmington, Delaware | CHIPMAN BROWN CICERO & COLE, LLP<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark L. Desgrosseilliers (No. 4083)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Email:    chipman@chipmanbrown.com<br>        desgross@chipmanbrown.com<br>        olivere@chipmanbrown.com<br><br>*Counsel to Debtors and Debtors in Possession* |