**Schedule 1: Amended or Duplicate Claims**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE OR AMENDED CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Arizona Department of Revenue Office of the Arizona Attorney General- BCE 2005 N Central Ave, Suite 100 Phoenix, AZ 85004 | 35 | 6 | $625.00 | Claim 6 was amended by claim 35 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| BDO Canada LLP (Vancouver Branch) 1100-1055 West Georgia Street Royal Centre PO Box 11101 Vancouver, BC V6E 3P3 Canada | 104 | 66 | $31,756.23 | Claim 66 is a duplicate of 104, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Bentonville KF SLP Holdings LP 601 California St. Suite 125 San Francisco, CA 94108 | 166 | 168 | $72,398.53 | Claim 166 is a duplicate of 168, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber U.S., Inc. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Bird Construction Group 5700 Explorer Dr., Suite 400 Mississauga, ON L4W 0C6 Canada | 206 | 202 | $1,976,172.10 | Claim 202 is a duplicate of 206, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE OR AMENDED CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Broadhead Operating dba HMH Agency<br>Stacey Davies<br>411 Washinton Ave N<br>Suite 500<br>Minneapolis, MN 55401 | 46 | 71 | $49,449.42 | Claim 71 is a duplicate of 46, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Brookstone, L.P.<br>Daniel E. Budorick<br>30 North LaSalle Street<br>Suite 4126<br>Chicago, IL 60602 | 143 | 200 | $354,730.00 | Claim 200 is a duplicate of 143, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Budorick, Daniel E.<br>30 North LaSalle Street<br>Suite 4126<br>Chicago, IL 60602 | 197 | 143 | $354,730.00 | Claim 143 was amended by claim 197 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Conway Corporation<br>PO Box 99<br>Conway, AR 72033 | 14 | 11 | $15,401.18 | Claim 11 is a duplicate of 14, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Conway Corporation<br>PO Box 99<br>Conway, AR 72033 | 223 | 14 | $15,401.18 | Claim 14 was amended by claim 223 and, therefore, no longer represents a valid claim against the Debtors' estates. |

2

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE OR AMENDED CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| CRG Financial LLC (As Assignee of Eagle Electric, Inc.) 84 Herbert Avenue Building B, Suite 202 Closter, NJ 07624 | 225 | 97 | $11,326.57 | Claim 97 was amended by claim 225 and, therefore, no longer represents a valid claim against the Debtors' estates. See also Docket No. 328 evidencing transfer of claim. |
| CRG Financial LLC (As Assignee of Waste Connections of Canada Inc.) 84 Herbert Avenue Building B, Suite 202 Closter, NJ 07624 | 154 | 85 | $3,346.57 | Claim 85 was amended by claim 154 and, therefore, no longer represents a valid claim against the Debtors' estates. See also Docket No. 286 evidencing transfer of claim No. 85. |
| Euler Hermes Agent for GOPHER MATS, LLC 880 Red Brook Blvd Ste 400C Owings Mills, MD 21117 | 194 | 170 | $28,117.78 | Claim 170 filed by "Euler Hermes agent for Gopher Mats, LLC" is a duplicate of claim 194, filed by "Gopher Mats, LLC, dba Viking Mat Company", asserting a claim for the same liability. Alternatively, claim 170 was amended by claim 194 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Freeman, Terry Catherine Freeman 13704 101A Avenue Edmonton, Alberta T5N0L1, Canada | 175 | 174 | $9,148.00 | Claim 174 is a duplicate of 175, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Freeman, Terry Catherine Freeman 13704 101A Avenue | 175 | 176 | $9,148.00 | Claim 176 is a duplicate of 175, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed |

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE OR AMENDED CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Edmonton, Alberta T5N0L1, Canada | | | | Claim should be disallowed and expunged in its entirety. |
| Gin, Hanz 525 – 8th Avenue SW Calgary, Alberta T2P 1G1, Canada | 185 | 184 | $9,148.00 | Claim 184 is a duplicate of 185, asserting a claim for the same liability.  Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Gin, Hanz 525 – 8th Avenue SW Calgary, Alberta T2P 1G1, Canada | 185 | 187 | $9,148.00 | Claim 187 is a duplicate of 185, asserting a claim for the same liability.  Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Hugg & Hall Mobile Storage 6601 Scott Hamilton Dr. Little Rock, AR 72209 | 23 | 76 | $3,330.18 | Claim 76 is a duplicate of 23, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| KF Arc Holding LP 601 California St. Suite 1250 San Francisco, CA 94108 | 163 | 165 | $76,214.57 | Claim 165 is a duplicate of 163, asserting a claim for the same liability.  Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Kingfish Capital Partners, LLC 601 California St. Suite 1250 San Francisco, CA 94108 | 158 | 159 | $246,725.49 | Claim 159 is a duplicate of 158, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the |

4892-7925-8500, v. 2

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE OR AMENDED CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| | | | | claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Leanne Daniels Learning Development Leanne Daniels 5160 Haynes Road Vernon, BC V1B 3J6, Canada | 64 | 38 | $2,052.75 | Claim 38 is a duplicate of 64, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Monashee Manufacturing Corporation Ltd Lei Zhang 1247 Ellis Street Kelowna, BC V1Y 1Z6, Canada | 218 | 217 | $135,863.00 | Claim 217 is a duplicate of 218, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Morf, Andre Andre Morf 12203 Saunders Cr. Summerland, BC V0H 1Z0, Canada | 180 | 20 | $232,500.00 | Claim 20 was amended by claim 180 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Navin, Lisa Lisa Navin 119 Hemlock Ave Penticton, BC C2A 8B5, Canada | 192 | 127 | $33,326.45 | Claim 127 was amended by claim 192 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Owens Corning Sales, LLC Attn: Valerie Willhelms- Legal Department One Owens Corning Parkway | 118 | 106 | $51,031.72 | Claim 106 was amended by claim 118 and, therefore, no longer represents a valid claim against the Debtors' estates. |

4892-7925-8500, v. 2

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE OR AMENDED CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Toledo, OH 43659 | | | | |
| Penticton Winery Supplies Inc.<br>Mark Hartmann<br>4027 Solana Crescent<br>Penticton, BC V2A 9A4, Canada | 2 | 81 | $3,182.68 | Claim 81 is a duplicate of 2, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Pratt, Randy<br>Randy Pratt<br>4188 Coventry Way<br>North Vancouver, BC V7N4M9, Canada | 172 | 173 | $9,148.00 | Claim 172 is a duplicate of 173, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Pratt, Randy<br>Randy Pratt<br>4188 Coventry Way<br>North Vancouver, BC V7N4M9, Canada | 177 | 172 | $9,148.00 | Claim 172 is a duplicate of 177, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Richoh-USA, Inc.<br>3920 Arkwright Rd. Suite 400<br>Macon, GA 31210 | 12 | 16 | $4,651.80 | Claim 16 is a duplicate of 12, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

4892-7925-8500, v. 2

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE OR AMENDED CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Rotho Blaas USA Inc. c/o Mark R. Owens Barnes and Thornburg LLP 11 South Meridian Street Indianapolis, IN 46204 | 149 | 150 | $161,849.60 | Claim 149 is a duplicate of 150, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber U.S., Inc. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Stiles Machinery, Inc. Stiles Machinery, Inc. Attn: M. Callahan 3965 44th St. SE Grand Rapids, MI 49512 | 195 | 210 | $1,813,178.89 | Claim 210 is a duplicate of 195, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Stuart Olson Construction Ltd. Bird Construction Inc. Attention Legal and Risk Management 5700 Explorer Drive, Suite 400 Mississauga, ON L4W 0C6 Canada | 206 | 202 | $1,976,172.10 | Claim 202 is a duplicate of 206, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Superior Septic Services 150Commercial PL Penticton, BC V2A3h7, Canada | 65 | 57 | $2,361.57 | Claim 57 was amended by claim 65 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Taiber, Jonathan Jonathan Taiber 250 State St Apt 209 Cedar Falls, IA 50613 | 182 | 179 | $9,148.00 | Claim 179 is a duplicate of 182, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

7

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE OR AMENDED CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Taiber, Jonathan<br>Jonathan Taiber<br>250 State St<br>Apt 209<br>Cedar Falls, IA 50613 | 182 | 183 | $9,148.00 | Claim 183 is a duplicate of 182, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Timberwolf Tools<br>3927 N. Central Park Ave<br>Chicago, IL 60618 | 129 | 8 | $3,796.50 | Claim 8 is a duplicate of 129, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| West Termite & Pest Mgmt<br>Emily Scholtes<br>810 Spring Creek Rd<br>Lowell, AR 72745 | 36 | 13 | $961.36 | Claim 13 was amended by claim 36 and, therefore, no longer represents a valid claim against the Debtors' estates. |

4892-7925-8500, v. 2

**Schedule 2: Duplicate Claims**

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| BDO Canada LLP (Vancouver Branch) 1100-1055 West Georgia Street Royal Centre PO Box 11101 Vancouver, BC V6E 3P3 Canada | 104 | 66 | $31,756.23 | Claim 66 is a duplicate of 104, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Bentonville KF SLP Holdings LP 601 California St. Suite 125 San Francisco, CA 94108 | 168 | 166 | $72,398.53 | Claim 166 is a duplicate of 168, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Bird Construction Group 5700 Explorer Dr., Suite 400 Mississauga, ON L4W 0C6 Canada | 206 | 202 | $1,976,172.10 | Claim 202 is a duplicate of 206, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Brookstone, L.P. Daniel E. Budorick 30 North LaSalle Street Suite 4126 Chicago, IL 60602 | 143 | 200 | $354,730.00 | Claim 200 is a duplicate of 143, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Conway Corporation<br>PO Box 99<br>Conway, AR 72033 | 14 | 11 | $15,401.18 | Claim 11 is a duplicate of 14, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Euler Hermes Agent for GOPHER MATS, LLC<br>880 Red Brook Blvd Ste 400C<br>Owings Mills, MD 21117 | 194 | 170 | $28,117.78 | Claim 170 filed by "Euler Hermes agent for Gopher Mats, LLC" is a duplicate of claim 194, filed by "Gopher Mats, LLC, dba Viking Mat Company", asserting a claim for the same liability. |
| Freeman, Terry<br>Catherine Freeman<br>13704 101A Avenue<br>Edmonton, Alberta T5N0L1, Canada | 176 | 174 | $9,148.00 | Claim 174 is a duplicate of 176, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Freeman, Terry<br>Catherine Freeman<br>13704 101A Avenue<br>Edmonton, Alberta T5N0L1, Canada | 176 | 175 | $9,148.00 | Claim 175 is a duplicate of 176, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Gin, Hanz<br>525 – 8th Avenue SW<br>Calgary, Alberta T2P 1G1, Canada | 187 | 184 | $9,148.00 | Claim 184 is a duplicate of 187, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

2

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Gin, Hanz<br>525 – 8th Avenue SW<br>Calgary, Alberta T2P 1G1, Canada | 187 | 185 | $9,148.00 | Claim 185 is a duplicate of 187, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Hugg & Hall Mobile Storage<br>6601 Scott Hamilton Dr.<br>Little Rock, AR 72209 | 23 | 76 | $3,330.18 | Claim 76 is a duplicate of 23, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| KF Arc Holding LP<br>601 California St.<br>Suite 1250<br>San Francisco, CA 94108 | 165 | 163 | $76,214.57 | Claim 163 is a duplicate of 165, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Kingfish Capital Partners, LLC<br>601 California St.<br>Suite 1250<br>San Francisco, CA 94108 | 158 | 159 | $246,725.49 | Claim 159 is a duplicate of 158, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Leanne Daniels Learning Development<br>Leanne Daniels<br>5160 Haynes Road<br>Vernon, BC V1B 3J6, Canada | 64 | 38 | $2,052.75 | Claim 38 is a duplicate of 64, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

3

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Monashee Manufacturing Corporation Ltd<br>Lei Zhang<br>1247 Ellis Street<br>Kelowna, BC V1Y 1Z6, Canada | 218 | 217 | $135,863.00 | Claim 217 is a duplicate of 218, asserting a claim for the same liability. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Penticton Winery Supplies Inc.<br>Mark Hartmann<br>4027 Solana Crescent<br>Penticton, BC V2A 9A4, Canada | 2 | 81 | $3,182.68 | Claim 81 is a duplicate of 2, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Pratt, Randy<br>Randy Pratt<br>4188 Coventry Way<br>North Vancouver, BC V7N4M9, Canada | 173 | 172 | $9,148.00 | Claim 172 is a duplicate of 173, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with SLP Holdings Ltd. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Pratt, Randy<br>Randy Pratt<br>4188 Coventry Way<br>North Vancouver, BC V7N4M9, Canada | 173 | 177 | $9,148.00 | Claim 177 is a duplicate of 173, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with SLP Holdings Ltd. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

4

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Richoh-USA, Inc. 3920 Arkwright Rd. Suite 400 Macon, GA 31210 | 12 | 16 | $4,651.80 | Claim 16 is a duplicate of 12, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Rotho Blaas USA Inc. c/o Mark R. Owens Barnes and Thornburg LLP 11 South Meridian Street Indianapolis, IN 46204 | 149 | 150 | $161,849.60 | Claim 149 is a duplicate of 150, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber U.S., Inc. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Stiles Machinery, Inc. Stiles Machinery, Inc. Attn: M. Callahan 3965 44th St. SE Grand Rapids, MI 49512 | 195 | 210 | $1,813,178.89 | Claim 210 is a duplicate of 195, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Stuart Olson Construction Ltd. Bird Construction Inc. Attention Legal and Risk Management 5700 Explorer Drive, Suite 400 Mississauga, ON L4W 0C6 Canada | 206 | 202 | $1,976,172.10 | Claim 202 is a duplicate of 206, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

5

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Taiber, Jonathan<br>Jonathan Taiber<br>250 State St<br>Apt 209<br>Cedar Falls, IA 50613 | 183 | 179 | $9,148.00 | Claim 179 is a duplicate of 183, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with SLP Holdings Ltd. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Taiber, Jonathan<br>Jonathan Taiber<br>250 State St<br>Apt 209<br>Cedar Falls, IA 50613 | 183 | 182 | $9,148.00 | Claim 182 is a duplicate of 183, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with SLP Holdings Ltd. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Timberwolf Tools<br>3927 N. Central Park Ave<br>Chicago, IL 60618 | 129 | 8 | $3,796.50 | Claim 8 is a duplicate of 129, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Structurlam Mass Timber Corporation. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

6

## Schedule 3: Late Filed Claims

### Bar Date: July 10, 2023

### Governmental Bar Date: October 18, 2023

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| Dowco Consultants Ltd<br>8621 201 Street, Suite 300<br>Langley, BC V2Y 0G9, Canada | 07/13/2023 | 214 | $36,219.75 | Claim was filed after the applicable July 10, 2023, bar date. |
| Evans, Tyler<br>3-2250 Baskin Street<br>Penticon, BC V2A 6Y3, Canada | 07/24/2023 | 221 | $18,000 | Claim was filed after the applicable July 10, 2023, bar date. |
| F.A. Wilhelm Construction Co., Inc.<br>3914 Prospect St<br>Indianapolis, IN 46203 | 09/08/2023 | 233 | $38,520.00 | Claim was filed after the applicable July 10, 2023, bar date. |
| Hamilton, Adam<br>145 Yellowbrick Road<br>Oliver, BC V0H 1T5, Canada | 08/06/2023 | 224 | $8,370.45 (Priority)<br><br>$138.88 (General Unsecured) | Claim was filed after the applicable July 10, 2023, bar date. |
| Jorgensen, Michael William<br>506 110 Ellis<br>Penticton, BC V2A 4L5<br>Canada | 07/17/2023 | 215 | $28,800.00 | Claim was filed after the applicable July 10, 2023, bar date. |

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| KBC Tools Incorporated<br>6300 18 Mile Road<br>Sterling Heights, MI 48314 | 07/17/2023 | 219 | $948.71 | Claim was filed after the applicable July 10, 2023, bar date. |
| Kutak Rock LLP<br>1650 Farnam St.<br>Omaha, NE 68102 | 10/25/2023 | 246 | $14,252.50 | Claim was filed after the applicable July 10, 2023, bar date. |
| Livingston International, Inc.<br>Hazel Lachica<br>405 The West Mall, Suite 400<br>Toronto, ON M9C 5KT, Canada | 10/16/2023 | 243 | $16,398.94 | Claim was filed after the applicable July 10, 2023, bar date. |
| McDougall, Ronald James<br>c/o Matthew Yates<br>405 Baker St., Suite 1<br>Nelson, BC V1L 4H7, Canada | 07/13/2023 | 212 | Unliquidated | Claim was filed after the applicable July 10, 2023, bar date. |
| Monashee Manufacturing Corporation Ltd<br>Lei Zhang<br>1247 Ellis Street<br>Kelowna, BC V1Y 1Z6, Canada | 07/18/2023 | 216 | $135,863.00 | Claim was filed after the applicable July 10, 2023, bar date. |
| Monashee Manufacturing Corporation Ltd<br>Lei Zhang<br>1247 Ellis Street<br>Kelowna, BC V1Y 1Z6, Canada | 07/18/2023 | 217 | $44,954.00<br>(Admin Priority) | Claim was filed after the applicable July 10, 2023, bar date. |

4893-6943-6036, v. 3

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| Monashee Manufacturing Corporation Ltd<br>Lei Zhang<br>1247 Ellis Street<br>Kelowna, BC V1Y 1Z6, Canada | 07/18/2023 | 218 | $90,909.00 (General Unsecured)<br><br>$44,954.00 (Admin Priority)<br><br>$90,909.00 (General Unsecured) | Claim was filed after the applicable July 10, 2023, bar date. |
| Moses Structural Engineers<br>David Moses<br>366 Adelaide St. West<br>Suite LL04<br>Toronto, ON M5V 1R9, Canada | 07/23/2023 | 222 | $3,511.17 | Claim was filed after the applicable July 10, 2023, bar date. |
| Motion Industries<br>1605 Alton Road<br>Irondale, AL 35210 | 08/10/2023 | 228 | $13,802.03 | Claim was filed after the applicable July 10, 2023, bar date. |

3

| NAME OF CLAIMANT | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| Poulin, Joseph<br>Box 52<br>5674 Tuktamamin Rd<br>Falkland, BC V0E 1W0, Canada | 07/13/2023 | 213 | $2,769.23 | Claim was filed after the applicable July 10, 2023, bar date. |
| R&L Carriers, Inc.<br>600 Gillam Road<br>Wilmington, OH 45177 | 07/21/2023 | 220 | $7,139.94 | Claim was filed after the applicable July 10, 2023, bar date. |
| Stiles Machinery, Inc.<br>3965 44th St. SE<br>Grand Rapids, MI 49512 | 07/11/2023 | 210 | $1,813,178.89 | Claim was filed after the applicable July 10, 2023, bar date. |
| Top Cat Tours Ltd<br>Myles Karn<br>4462 Meighen Street<br>Abbotsford, BC v3G 0E8, Canada | 10/20/2023 | 245 | $1,289.05 | Claim was filed after the applicable July 10, 2023, bar date. |
| WFP Engineered Products LLC<br>218 V Street<br>PO Box 489<br>Vancouver, WA 98666-0489 | 08/08/2023 | 226 | $15,930.64 | Claim was filed after the applicable July 10, 2023, bar date. |
| Wynn, Desiree<br>P.O. Box 433<br>Oliver BC V0H 1R0, Canada | 07/11/2023 | 211 | $5,000.00 | Claim was filed after the applicable July 10, 2023, bar date. |

4

**Schedule 4: Insufficient Documentation Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| Canada Revenue Agency Attention: Alan Mileta 9737 King George Boulevard Surrey, BC V3T 5W6, Canada | 70 | $5,677.13 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |
| DeMitri, Johnny 8755 Palmer Place Summerland, BC V0H 1Z2, Canada | 137 | $10,982.00 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |
| Floyd, Danielle 7a Patton Circle Conway, AR 72032 | 34 | $10,000.00 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |
| Kenyon, Taylor 1325 Commercial Way Penticton, BC V2A 3H4, Canada | 61 | $1,008.00 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |
| Mackenzie Projects Ltd 1040 West Georgia Street Suite 990 Vancouver, BC V6E 4H1, Canada | 101 | $345,984.00 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |
| Poulin, Joseph Box 52 5674 Tuktamanin Rd Falkland, BC V0E 1W0, Canada | 213 | $2,769.23 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |
| Purolator Inc. Attn: Kelly Sullivan 2727 Meadowpine Blvd. Mississauga, ON L5N 0E1, Canada | 99 | $1,066.69 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| Reed, Dominic<br>2235 Raintree Dr.<br>Conway, AR 72032 | 73 | $5,000.00 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |
| Ricoh-USA, Inc.<br>3920 Arkwright Rd., Suite 400<br>Macon, GA 31210 | 12 | $4,651.80 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |
| Ricoh-USA, Inc.<br>3920 Arkwright Rd., Suite 400<br>Macon, GA 31210 | 16 | $4,651.80 | The proof of claim was filed without any documentation to substantiate the proof of claim. The Debtors have been unable to identify any basis for this alleged liability. |

2

4865-3806-9638, v. 3

**Schedule 5: Books and Record Claims**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIMED AMOUNT | REASON FOR DISALLOWANCE OR MODIFICATION |
|---|---|---|---|
| Broadhead Operating dba HMH Agency<br>Stacey Davies<br>411 Washinton Ave N, Suite 500<br>Minneapolis, MN 55401 | 46 | $49,449.42 | The Debtors have reviewed this claim and the Debtors' Books and Records, and have consulted with the claimant, and have concluded that half of this claim belongs with debtor Structurlam Mass Timber Corporation, and the other half belongs with debtor Structurlam Mass Timber U.S., Inc. Accordingly, Claim 46 in the amount of $49,449.42 should be reduced and allowed in the amount of $24,724.71 |
| Broadhead Operating dba HMH Agency<br>Stacey Davies<br>411 Washinton Ave N, Suite 500<br>Minneapolis, MN 55401 | 71 | $49,449.42 | The Debtors have reviewed this claim and the Debtors' Books and Records, and have consulted with the claimant, and have concluded that half of this claim belongs with debtor Structurlam Mass Timber Corporation, and the other half belongs with debtor Structurlam Mass Timber U.S., Inc. Accordingly, Claim 71 in the amount of $49,449.42 should be reduced and allowed in the amount of $24,724.71 |
| First Insurance Funding, a Division of Lake Forest Bank Trust Company, N.A.<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | 196 | $109,993.13 | The Debtors have reviewed this claim and the Debtors' Books and Records and have concluded that the Debtors do not have any liability for this claim. The Debtors' records reflect that this claim was paid by ACH on September 14, 2023. |