IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | ) Case No. 23-10497 (CTG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related Docket No. 527** |

**CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY APPLICATION OF ALVAREZ AND MARSAL CANADA, ULC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS FOR THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH AND INCLUDING NOVEMBER 30, 2023**

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleadings to the *Seventh Monthly Application of Alvarez And Marsal Canada, ULC for Compensation and Reimbursement of Expenses as Financial Advisors for the Debtors for the Period from November 1, 2023 Through and Including November 30, 2023* [Docket No. 527] (the "**Application**"), filed on December 15, 2023.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than January 5, 2024 at 4:00 p.m. (*prevailing* Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

- 2 -

Pursuant to the Interim Compensation Order [Docket No. 175], the Debtors are authorized and directed to pay Alvarez and Marsal Canada, ULC, the sum of $17,060.76, which represents eighty percent (80%) of the fees for the period of November 1, 2023 through November 30, 2023 and $0.00, which represents one hundred percent (100%) of the expenses requested in the Application for the same period upon the filing of this certification and without the need of a court order.

Dated: January 8, 2024         **CHIPMAN BROWN CICERO & COLE, LLP**
      Wilmington, Delaware

                                                */s/ William E. Chipman, Jr.*
                                                William E. Chipman, Jr. (No. 3818)
                                                Robert A. Weber (No. 4013)
                                                Mark L. Desgrosseilliers (No. 4083)
                                                Mark D. Olivere (No. 4291)
                                                Hercules Plaza
                                                1313 North Market Street, Suite 5400
                                                Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:          chipman@chipmanbrown.com
                  weber@chipmanbrown.com
                  desgross@chipmanbrown.com
                  olivere@chipmanbrown.com

*Counsel to Debtors and Debtors in Possession*