**George L. Medina**
Senior Paralegal

George.medina@dentons.com
D  +1 212 768 6735

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

RECEIVED
2025 FEB 14 AM 10:23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 13, 2025

**VIA FEDERAL EXPRESS**

Clerk's Office
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

    Re:    **Structurlam Mass Timber U.S., Inc., et al. 23-10497 (CTG)**

Dear Sir/Madam:

    Dentons US LLP is counsel to Command Industries Inc. ("Command"), a creditor in the above-referenced case who filed a claim on May 18, 2023, Claim No. 15 (the "Command Claim"). The Command Claim was filed through BMC Group as Claims Agent to the Debtor and not through the Court's EPOC filing system. Therefore we are unable to withdraw this Claim electronically. I submit the attached Withdrawal of Claim for filing and respectfully request, that the Command Claim, be withdrawn from any claims register maintained by the Debtor or this Court.

    Please file stamp and return one copy of the withdrawal to the undersigned in the self-addressed stamped envelope I've provided.

    Please feel free to call me at the telephone number listed a below with any questions or comments (917) 968-1503.

    Thank you for your attention to this matter.

    Very truly yours,

    *George L. Medina*
    George L. Medina
    Sr. Bankruptcy Paralegal

Larrain Rencoret ► Hamilton Harrison & Mathews ► Mardemootoo Balgobin ► HPRP ► Zain & Co. ► Delany Law ► Dinner Martin ► Maclay Murray & Spens ► Gallo Barrios Pickmann ► Muñoz ► Cardenas & Cardenas ► Lopez Velarde ► Rodyk ► Boekel ► OPF Partners

US_ACTIVE\129334884\V-1

United States Bankruptcy Court for the District of Delaware

**RECEIVED 2025 FEB 14 AM 10: 23 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE**

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Structurlam Mass Timber U.S., Inc., et al. 23-10497 |
| Creditor Name and Address: | Command Industries Inc. Attn: Marguerite Veenstra 630 Adams Court Kelowna BC VIX 7S2 |
| Court Claim Number (if known): | 15 |
| Date Claim Filed: | May 18, 2023 |
| Total Amount of Claim Filed: | $34,693.31 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 11, 2025

Print Name: Marguerite Veenstra

Title (if applicable): Operations Manager

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**