## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10497 (CTG)<br><br>Jointly Administered |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
### MAY 21, 2025, AT 3:00 P.M. (PREVAILING EASTERN TIME)

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

**RESOLVED MATTER**

1. Liquidating Trustee's Third Motion for Entry of an Order Further Extending the Deadline to File Objections to Claims (D.I. 760, filed 5/5/25).

   Response Deadline: May 14, 2025, at 4:00 p.m. (ET).

   Responses Received: None

   Related Documents:

   a. Certificate of No Objection Regarding Liquidating Trustee's Third Motion for Entry of an Order Further Extending the Deadline to File Objections to Claims (D.I. 761, filed 5/15/25).

   b. Order Granting Liquidating Trustee's Third Motion for Entry of an Order Further Extending the Deadline to File Objections to Claims (D.I. 762, entered 5/16/25).

   Status: An order has been entered. A hearing on this matter is no longer necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

| | |
|---|---|
| Dated: May 19, 2025<br>Wilmington, DE | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Jonathan M. Weyand*<br>Matthew B. Harvey (No. 5197)<br>Jonathan M. Weyand (No. 6959)<br>1201 N. Market St., 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Email: mharvey@morrisnichols.com<br>          jweyand@morrisnichols.com<br><br>- and -<br><br>**O'MELVENY & MYERS LLP**<br>Julian Gurule<br>400 South Hope Street<br>18th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Email: jgurule@omm.com<br><br>*Counsel to the Liquidating Trustee*<br>*of the Structurlam Liquidating Trust* |