**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STRUCTURLAM MASS TIMBER U.S., INC. *et al.*,[1] | ) ) ) | Case No. 23-10497 (CTG) |
| | ) | |
| Debtor. | ) ) | |
| | ) | |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | ) ) ) ) | Adversary Case No. 25-50541 (CTG) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WALMART INC., | ) ) | |
| Defendant. | ) ) | |

*SECOND AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 18, 2025, AT 10:00 A.M. (E.T.)**

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT. \*\***

**RESOLVED MATTERS**

1. Liquidating Trustee's Motion for Order Approving Settlement Agreement with Stiles Machinery, Inc. and Hain Capital Investors Master Fund, Ltd. [Filed June 24, 2025; Docket No. 767].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

[2] Amended items appear in **BOLD**.

Response Deadline: July 9, 2025 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

   A. Certificate of No Objection Regarding Liquidating Trustee's Motion for Order Approving Settlement Agreement with Stiles Machinery, Inc. and Hain Capital Investors Master Fund, Ltd [Filed July 10, 2025; Docket No. 769].

   B. Order Approving Settlement Agreement with Stiles Machinery, Inc. and Hain Capital Investors Master Fund, Ltd [Entered July 11, 2025; Docket No. 770].

Status:  An order has been entered by the Court.  Accordingly, a hearing on this matter is no longer required.

## MATTERS GOING FORWARD

## WALMART INC. – ADVERSARY CASE NO. 25-50541 (CTG)

2. [Redacted] Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 [Filed April 17, 2025; Adv. D.I. 1].

   Answer Deadline: May 17, 2025; extended by agreement of the parties to June 30, 2025.

   Responses Received:

   A. Walmart's Partial Motion to Dismiss the Trustee's Complaint [Filed June 30, 2025; Adv. D.I. 16].

   B. [SEALED] Memorandum of Law in Support of Walmart's Partial Motion to Dismiss the Trustee's Complaint [Filed June 30, 2025; Adv. D.I. 17].

   C. [SEALED] Answer to Complaint [Filed June 30, 2025; Adv. D.I. 18].

   Related Documents:

   A. [SEALED] Complaint and Objection to Proofs of Claim Number 204 and 209 Filed by Walmart Inc. [Filed April 17, 2025; Adv. D.I. 3].

   B. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed April 17, 2025; Adv. D.I. 4].

   C. Notice of Rescheduled Hearing Date [Filed June 6, 2025; Adv. D. I. 9].

    D. Order Approving Stipulation Further Extending Response Deadline [Filed June 9, 2025; Adv. D.I. 10].

    E. Order Approving Stipulation Extending Response Deadline [Filed July 15, 2025; Adv. D.I. 27].

Status: The parties currently are working on a scheduling order to submit to the Court, and therefore request adjournment of the status conference until the proposed form of scheduling order is submitted under certification of counsel.

3. Motion for Entry of an Order Authorizing the Liquidating Trustee to File Adversary Complaint Under Seal and Redact Certain Confidential Information in Connection with the Complaint [Filed April 17, 2025; Adv. D.I. 5].

Response Deadline: May 1, 2025.

Responses Received: None.

Related Documents:

    A. [SEALED] Complaint and Objection to Proofs of Claim Number 204 and 209 Filed by Walmart Inc. [Filed April 17, 2025; Adv. D.I. 3].

Status: The parties have agreed to adjourn this matter to August 6, 2025 at 2:00 p.m. (ET).

4. Walmart's Motion to Seal (I) Answer and Counterclaims and (II) Memorandum of Law in Support of Partial Motion to Dismiss [Filed July 3, 2025; Adv. D.I. 24].

Response Deadline: July 17, 2025.

Responses Received: None at this time.

Related Documents:

    A. [SEALED] Memorandum of Law in Support of Walmart's Partial Motion to Dismiss the Trustee's Complaint [Filed June 30, 2025; Adv. D.I. 17].

    B. [SEALED] Answer to Complaint [Filed June 30, 2025; Adv. D.I. 18].

Status: The parties have agreed to adjourn this matter to August 6, 2025 at 2:00 p.m. (ET).

| | |
|---|---|
| Dated: July 17, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>/s/ *Carl N. Kunz, III*<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Eric J. Monzo (DE Bar No. 5214)<br>Tara Pakrouh (DE Bar No. 6192)<br>Siena B. Cerra (DE Bar No.7290)<br>500 Delaware Ave, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6800<br>Email: ckunz@morrisjames.com<br>        emonzo@morrisjames.com<br>        tpakrouh@morrisjames.com<br>        scerra@morrisjames.com<br><br>*Special Counsel to Plaintiff*<br>*Heather L. Barlow as Liquidating Trustee*<br>*of the Structurlam Liquidating Trust* |