## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC. *et al.*,[1] | ) ) ) ) | Case No. 23-10497 (CTG) |
| Debtor. | ) ) ) | |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | ) ) ) ) | Adversary Case No. 25-50553 (CTG) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JC Lewis Construction, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
OCTOBER 7, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

---

**This proceeding will be conducted remotely via Zoom.**

**Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

**RESOLVED MATTER**

1. Liquidating Trustee's Fourth Motion for Entry of an Order Further Extending the Deadline to File Objections to Claims (D.I. 790, filed 9/12/25).

   Response Deadline: September 26, 2025, at 4:00 p.m. (ET).

   Responses Received: None

   Related Documents:

   A. Certificate of No Objection Regarding Liquidating Trustee's Fourth Motion for Entry of an Order Further Extending the Deadline to File Objections to Claims (D.I. 792, filed 10/1/25).

   B. Order Granting Liquidating Trustee's Fourth Motion for Entry of an Order Further Extending the Deadline to File Objections to Claims (D.I. 793, entered 10/2/25).

   Status: An order has been entered. A hearing on this matter is no longer necessary.

**JC LEWIS CONSTRUCTION – ADVERSARY CASE NO. 25-50553 (CTG)**

2. Adversary Complaint (A.D.I. 1, filed 4/18/25).

   Answer Deadline: October 3, 2025.

   Responses Received:

   Related Documents:

   A. Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 3, filed 4/23/25);

   B. Order Granting Motion to Extend Time for Service of the Summons and Complaint (A.D.I. 9, entered 8/12/25);

   C. Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 12, filed 9/3/25); and

   D. Affidavit/Declaration of Service of Complaint, Summons and Notice of Pretrial Conference, and Notice of Dispute Resolution Alternatives (A.D.I. 13, filed 9/8/25)

   Status: This matter is going forward.

| | |
|---|---|
| Dated: October 3, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Jonathan M. Weyand*<br>Matthew B. Harvey (No. 5197)<br>Jonathan M. Weyand (No. 6959)<br>1201 N. Market St., 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Email: mharvey@morrisnichols.com<br>          jweyand@morrisnichols.com<br><br>- and -<br><br>**O'MELVENY & MYERS LLP**<br>Julian Gurule<br>400 South Hope Street<br>18th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Email: jgurule@omm.com<br><br>*Counsel to the Liquidating Trustee*<br>*of the Structurlam Liquidating Trust* |