**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | ) ) ) | Case No. 23-10497 (CTG) |
| | ) | |
| Debtor. | ) ) | |
| | ) | |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | ) ) ) ) | Adversary Case No. 25-50541 (CTG) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WALMART INC., | ) ) | |
| Defendant. | ) ) ) | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 20, 2025, AT 10:00 A.M. (ET)**

> **THE HEARING WILL BE HELD IN COURTROOM NO. 5 ON THE FIFTH FLOOR.**
>
> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

[2] **This Agenda is amended to reflect the hearing will now be held in Courtroom no. 5 on the fifth floor.**

> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

## MATTERS GOING FORWARD:

## WALMART INC. – ADVERSARY CASE NO. 25-50541 (CTG)

1. Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 16, filed 6/30/25).

   <u>Response Deadline</u>: July 14, 2025; extended by agreement of the parties to August 15, 2025.

   <u>Responses Received</u>:

   A. [SEALED] Memorandum of Law in Support of Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 17, filed 6/30/25).

   B. [SEALED] Liquidating Trustee's Memorandum of Law in Opposition to Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 34, filed 8/15/25).

   C. [SEALED] Reply Memorandum of Law in Further Support of Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 40, filed 9/5/25).

   D. [UNSEALED] Memorandum of Law in Support of Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 41, filed 9/11/25).

   E. [UNSEALED] Reply Memorandum of Law in Further Support of Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 42, filed 9/11/25).

   F. [UNSEALED] Liquidating Trustee's Memorandum of Law in Opposition to Walmart's Partial Motion to Dismiss the Trustee's Complaint (A.D.I. 54, filed 9/30/25).

   <u>Related Documents</u>:

   A. [REDACTED] Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 (A.D.I. 1, filed 4/17/25).

   B. [SEALED] Complaint and Objection to Proofs of Claim Number 204 and 209 Filed by Walmart Inc. (A.D.I. 3, filed 4/17/25).

   C. [SEALED] Walmart's Answer and Counterclaims (A.D.I. 18, filed 6/30/25).

   D. Order Approving Stipulation Extending Response Deadline (A.D.I. 27, entered

      7/15/25).

E. Agreed Scheduling Order (A.D.I. 37, filed 8/27/25).

F. [SEALED] Liquidating Trustee's Answers and Affirmative Defenses to Walmart Inc.'s Counterclaims (A.D.I. 35, filed 8/15/25).

G. [UNSEALED] Liquidating Trustee's Answers and Affirmative Defenses to Walmart Inc.'s Counterclaims (A.D.I. 38, filed 8/28/25).

H. Notice of Completion of Briefing (A.D.I. 43, filed 9/12/25).

I. [UNSEALED] Walmart's Answer and Counterclaims (A.D.I. 51, filed 9/26/25).

J. [UNSEALED] Complaint and Objection to Proofs of Claim Number 204 and 209 Filed by Walmart Inc. (A.D.I. 52, filed 9/30/25).

Status:  Oral argument on this matter is going forward.

Dated: October 20, 2025
      Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Tara Pakrouh (DE Bar No. 6192)
Siena B. Cerra (DE Bar No.7290)
500 Delaware Ave, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Email: ckunz@morrisjames.com
      emonzo@morrisjames.com
      tpakrouh@morrisjames.com
      scerra@morrisjames.com

*Special Counsel to Plaintiff*
*Heather L. Barlow as Liquidating Trustee*
*of the Structurlam Liquidating Trust*