## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING
## OMNIBUS HEARING DATE

The undersigned hereby certifies as follows:

1. In response to the inquiries of Heather L. Barlow, solely in her capacity as liquidating trustee (the "Liquidating Trustee") of the Structurlam Liquidating Trust, by and through her undersigned counsel, an omnibus hearing has been scheduled by the Honorable Craig T. Goldblatt, United States Bankruptcy Judge.

2. Attached hereto is a proposed form of Order (the "Omnibus Hearing Order") that identifies the date and time of the hearing.

*[remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

WHEREFORE, the Liquidating Trustee hereby respectfully requests that the Court enter the Omnibus Hearing Order attached hereto at the Court's earliest convenience.

| | |
|---|---|
| Dated: November 17, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Brenna A. Dolphin*<br>Donna L. Culver (No. 2983)<br>Matthew B. Harvey (No. 5197)<br>Brenna A. Dolphin (No. 5604)<br>1201 N. Market St., 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Email: dculver@morrisnichols.com<br>       mharvey@morrisnichols.com<br>       bdolphin@morrisnichols.com<br><br>*Attorneys for Plaintiff Heather L. Barlow as Liquidating Trustee of the Structurlam Liquidating Trust* |