**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*, | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |

**OMNIBUS HEARING ORDER**

**IT IS HEREBY ORDERED** that the following omnibus hearings have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| December 9, 2025 | 1:00 p.m. (ET) |