## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10497 (CTG)<br><br>(Jointly Administered) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>DAY & ROSS INC.,<br><br>Defendant. | Adv. Case No. 25-50533 (CTG) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
### JANUARY 22, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)

---

**THERE ARE NO MATTERS GOING FORWARD.**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

---

## RESOLVED MATTER

1.      Liquidating Trustee's Motion for Order Approving Settlement Agreement with Day & Ross Inc. (D.I. 820/A.D.I. 29, filed 12/16/25).

        Response Deadline: December 30, 2025, at 4:00 p.m. (ET).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust.  The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

Responses Received: None

Related Documents:

A.  Certificate of No Objection Regarding Liquidating Trustee's Motion for Order Approving Settlement Agreement with Day & Ross Inc. (D.I. 828/A.D.I. 30, filed 12/31/25); and

B.  Order Granting the Liquidating Trustee's Motion for Order Approving Settlement Agreement with Day & Ross Inc. (D.I. 829/A.D.I. 31, entered 1/2/26).

Status:  An order has been entered. A hearing on this matter is no longer necessary.

Dated: January 14, 2026                     **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Brenna A. Dolphin*
Donna L. Culver (No. 2983)
Matthew B. Harvey (No. 5197)
Brenna A. Dolphin (No. 5604)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Email: dculver@morrisnichols.com
        mharvey@morrisnichols.com
        bdolphin@morrisnichols.com

*Attorneys for Plaintiff Heather L. Barlow*
*as Liquidating Trustee of the Structurlam*
*Liquidating Trust*