**CERTIFICATE OF SERVICE**

I, Brenna A. Dolphin, Esquire, do hereby certify that a copy of the foregoing *Notice of Agenda for Hearing Scheduled for January 22, 2026, at 10:00 A.M. (Prevailing Eastern Time)* was served this 14th day of January, 2026, upon the following counsel in the manner indicated:

**BY EMAIL**

Matthew B. Goeller
K&L Gates LLP
600 North King Street, Suite 901
Wilmington, DE 19801

Brandy A. Sargent
K&L Gates LLP
One SW Columbia Street
Suite 1900
Portland, OR 97204

*/s/ Brenna A. Dolphin*
Brenna A. Dolphin (#5604)