**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | : | Case No. 23-10497 (CTG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| HEATHER L. BARLOW, LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | : | ADVERSARY NO. 25-50554-CTG |
| Plaintiff, | : | |
| v. | : | |
| LEVEL 10 CONSTRUCTION, LP, | : | |
| Defendant. | : | |

**CERTIFICATION OF NO OBJECTION
<u>REGARDING DOCKET NO. 839</u>**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the Liquidating Trustee's Motion for Order Approving Settlement Agreement with Level 10 Construction, LP (the "Motion") filed on January 15, 2026. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. ("SMTU") (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation ("SMTC") (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

4930-1736-7692 v2

Notice of Motion, objections to the Motion were to be filed and served no later than January 29, 2026 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion, and attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

Respectfully submitted,

Dated: February 3, 2026
By: <u>*/s/ Leslie B. Spoltore*</u>
Leslie B. Spoltore, Esquire
Edmond M. George, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 South Justison Street, Suite 100
Wilmington, DE 19801
Phone: (302) 238-6947
Email: leslie.spoltore@obermayer.com
      edmond.george@obermayer.com

*Counsel to Heather L. Barlow, Liquidating Trustee of the Structurlam Liquidating Trust*