# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,[1] | Case No. 23-10497 (CTG) |
|  | (Jointly Administered) |
| Debtors. |  |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON FEBRUARY 13, 2026 AT 2:00 P.M.

**THERE ARE NO MATTERS GOING FORWARD.**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)**

1. Liquidating Trustee's Motion for Order Approving Settlement Agreement with Level 10 Construction, LP (D.I. 839, filed 1/15/2026)

    Related Documents:

    C.N.O. [D.I. 850, filed 2/3/2026]

    Order Granting Liquidating Trustee's Motion for Order Approving Settlement Agreement with Level 10 Construction, LP [D.I. 851, entered 2/3/2026]

    Status: C.N.O. filed, Order entered

[Signature contained on following page.]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The location of the Debtors' headquarters is: 2176 Government Street, Penticton, British Columbia, Canada V2A 8B5. The address of the registered agent for Structurlam Mass Timber U.S., Inc. is: 8 The Green, Suite A, Dover, Delaware 19901.

4934-7459-6747 v1

2

                        Respectfully submitted,

Dated: February 5, 2026        By: */s/ Leslie B. Spoltore*
                                          Leslie B. Spoltore, Esquire
                                          Edmond M. George, Esquire (*pro hac vice*)
                                          OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                          123 South Justison Street, Suite 100
                                          Wilmington, DE 19801
                                          Phone: (302) 238-6947
                                          Email: leslie.spoltore@obermayer.com
                                                    edmond.george@obermayer.com

                                          *Counsel to Heather L. Barlow, Liquidating Trustee*
                                          *of the Structurlam Liquidating Trust*

2